UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DESIREE PEARCE )<br>)<br>Plaintiff, )<br>and )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, )<br>And BRANT P. MCGETTRICK )<br>)<br>Defendants. )<br>) | Civil Action No.: 04 11409 NG |

## AFFIDAVIT OF DEREK C. ANDERSON

I, Derek C. Anderson, do hereby depose and state the following:

1. I am an attorney at law and represent the Defendants The Duchesneau Group Inc., David Michael Duchesneau, and Brant McGettrick (hereinafter "Defendants").

2. Plaintiff's counsel provided Attorney Pete S. Michaels of Murphy & Michaels, LLP with a courtesy copy of the state court complaint in the civil action entitled <u>Desiree Pearce v. The Duchesneau Group, Inc., David Michael Duchesneau, and Brant P. McGettrick</u>, Commonwealth of Massachusetts, Middlesex Superior Court, Civil Action No. 04-943, (the "Complaint") on March 12, 2004.

3. Plaintiff's counsel served the Complaint on Defendants on June 3, 2004.

4. The Complaint filed in state court does not include an amount in controversy.

5. Plaintiff's counsel notified the undersigned counsel by letter dated May 20, 2004 that Plaintiff lost in excess of $75,000 as a result of the conduct in question in Plaintiff's complaint.

Sworn under the pains and penalties of perjury this ___21___ day of June 2004.

_____
Derek C. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2004, a true and correct copy of the foregoing Petition for Removal was delivered by hand to the following counsel of record for Plaintiff: Matthew J. Tuttle, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108.

_____
Derek C. Anderson

2