UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DESIREE PEARCE )<br>)<br>          Plaintiff,    )<br>and                                              )<br>                                                     )<br>THE DUCHESNEAU GROUP, INC.,  )<br>DAVID MICHAEL DUCHESNEAU,  )<br>And BRANT P. MCGETTRICK        )<br>                                                     )<br>          Defendants.    )<br>_____ ) | Civil Action No.: 04 11409 NG |

ASSENTED TO MOTION OF THE DEFENDANTS FOR AN ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE PLEAD

Defendants respectfully request an enlargement of time until July 23, 2004 to file their Answer or to otherwise plead. In support of this Motion, Defendants state the following:

1. Defendants have not previously sought an enlargement of time to Answer or otherwise plead.

2. Counsel for the Plaintiff has been contacted about this extension and assents to this motion.

3. Neither party will be prejudiced by the Court granting the enlargement to and including July 23, 2004.

For the reasons stated above, the Defendants respectfully request an enlargement of time until July 23, 2004 to Answer or otherwise plead.

        Respectfully submitted,
        THE DUCHESNEAU GROUP, INC.,
        DAVID MICHAEL DUCHESNEAU, and
        BRANT P. MCGETTRICK,
        By their attorneys,

        /s/ Derek C. Anderson
        Derek C. Anderson, Esq.
        BBO # 645895
        Murphy & Michaels, LLP
        One Liberty Square
        Boston, MA  02109
        (617) 350-7700

Dated:  June 24, 2004

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of June, 2004, a true and correct copy of the foregoing Motion was delivered by hand to the following counsel of record for Plaintiff: Matthew J. Tuttle, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108.

                                        /s/ Derek C. Anderson
                                        Derek C. Anderson