UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, )<br>And BRANT P. MCGETTRICK )<br>)<br>Defendants. )<br>) | Civil Action No.: 04 11409 NG<br><br>STIPULATION |

This cause came to be heard upon agreement of counsel for Plaintiff and Defendants. As of the date of the filing of this Stipulation, Defendants have filed a Motion to Dismiss or in the alternative for a More Definite Statement. On the basis of the filing of the aforementioned, Plaintiff has agreed that Defendants should be and hereby are afforded a ten (10) day extension of time to file their Answer, and/or Counterclaim and/or Third Party Complaint as may be applicable from the date that the Court enters its Orders on said Motions.

For good cause appearing, it is hereby

**ORDERED** that Defendants should be and hereby are entitled to an extension of ten days from the date that the Court enters its Orders on their Motion to Dismiss or in the alternative for a More Definite Statement in which to file their Answer and/or Counterclaim and/or Third Party Complaint.

APPROVED:

/s/ Matthew J. Tuttle, Esq., by Derek C. Anderson per
Matthew J. Tuttle, Esq.,
Perkins, Smith & Cohen, LLP,
One Beacon Street, 30th Floor, Boston, MA 02108.

Attorney for Plaintiff
Desiree Pearce

_____
Derek C. Anderson, Esq.
Murphy & Michaels, LLP
One Liberty Square
Boston, Massachusetts 02109

Attorney for Defendants
The Duchesneau Group, Inc.
David M. Duchesneau, and
Brant P. McGettrick

                IT IS SO ORDERED.

                _____
                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the __23__ day of July, 2004, a true and correct copy of the foregoing Stipulation was delivered by hand to the following counsel of record for Plaintiff: Matthew J. Tuttle, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108.

_____
Derek C. Anderson