UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DESIREE PEARCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, )<br>And BRANT P. MCGETTRICK )<br>)<br>Defendants. ) | Civil Action No.: 04 11409 NG |

## DEFENDANTS' MOTION TO DISMISS AND IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT

Defendants, by their undersigned counsel, respectfully submit this Motion to Dismiss and in the alternative for a More Definite Statement pursuant to Rules 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure. In support hereof, Defendants submit herewith and incorporate herein their Memorandum of Law.

Respectfully submitted,

Pete S. Michaels
psm@mmmslaw.com
Derek C. Anderson
dca@mmmslaw.com
Debbie G. Evans
dge@mmmslaw.com
MURPHY & MICHAELS, LLP
One Liberty Square
Boston, Massachusetts 02109
(617) 350-7700

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants hereby request that the Court schedule oral argument with respect to this Motion to Dismiss or in the alternative for a More Definite Statement.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, Derek C. Anderson, Esq., certify that on July 22, 2004, I conferred with Matthew Tuttle, Esq., counsel for Plaintiff, and attempted in good faith to resolve or narrow the issues set forth in Defendants' Motion to Dismiss or in the alternative for a More Definite Statement.

_____
Derek C. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on the  23  day of July, 2004, a true and correct copy of the foregoing Motion to Dismiss or in the alternative for a More Definite Statement was delivered by hand to the following counsel of record for Plaintiff: Matthew J. Tuttle, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108.

_____
Derek C. Anderson