UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE,<br><br>       Plaintiff,<br><br>v.<br><br>THE DUCHESNEAU GROUP, INC.,<br>DAVID MICHAEL DUCHESNEAU,<br>and BRANT P. MCGETTRICK,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04 11409 NG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S ASSENTED-TO MOTION
TO EXTEND TIME FOR FILING OPPOSITION TO
THE DEFENDANTS' MOTION TO DISMISS**

    Plaintiff Desiree Pearce respectfully requests that she be allowed additional time in which to respond in opposition to Defendants' Motion To Dismiss And In The Alternative For A More Definite Statement. Specifically, the plaintiff seeks to extend the filing deadline to and including September 7, 2004. The defendants, through their counsel, have assented to this motion for an extension.

    In support of this motion the plaintiff states as follows:

    1.    The defendants in this matter filed Defendants' Motion To Dismiss And In The Alternative For A More Definite Statement with the Court on July 23, 2004 (the "Motion To Dismiss").

    2.    The plaintiff requires additional time in order to adequately respond to the numerous issues raised by the Motion to Dismiss. The parties are also discussing the potential for an early resolution of this matter, which will be explored during this time as well.

3. The requested extension of time causes no prejudice to the defendants, and the defendants assent to the relief requested herein.

4. Counsel for the plaintiff has consulted with counsel for the defendants, and the defendants assent to the relief requested herein.

WHEREFORE, Plaintiff Desiree Pearce respectfully requests that the deadline for opposing the Motion To Dismiss be extended to and including September 7, 2004.

Respectfully submitted,

DESIREE PEARCE,

By her attorneys,

s/ Sara B. Davis
Matthew J. Tuttle BBO# 562758
Sara B. Davis BBO# 648002
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

Dated: August 8, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by facsimile telecopier and mail on August 9, 2004.

/s/ Sara B. Davis<br>
Sara B. Davis

28926-2-MotExtend080904.doc