UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DESIREE PEARCE,                     )
                                    )
         Plaintiff,                 )
                                    )
v.                                  )          Civil Action No. 04 11409 NG
                                    )
THE DUCHESNEAU GROUP, INC.,         )
DAVID MICHAEL DUCHESNEAU,           )
and BRANT P. MCGETTRICK,            )
                                    )
         Defendants.                )
_____)

## PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME FOR FILING OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS

Plaintiff Desiree Pearce respectfully requests that she be allowed additional time in which to respond in opposition to Defendants' Motion To Dismiss And In The Alternative For A More Definite Statement. Specifically, the plaintiff seeks to extend the filing deadline to and including September 24, 2004. The defendants, through their counsel, have assented to this motion for an extension.

In support of this motion, the plaintiff states as follows:

1.  The defendants in this matter filed Defendants' Motion To Dismiss And In The Alternative For A More Definite Statement with the Court on July 23, 2004 (the "Motion To Dismiss").

2.  The plaintiff previously filed, and the Court allowed, an assented-to motion to establish September 7, 2004 as the filing date for the plaintiff's opposition to the Defendants' Motion To Dismiss.

3.   Since the filing of the Motion to Dismiss, the parties have been exploring the possibility of an early resolution of this matter and will use this additional time to continue discussions.  The plaintiff will also use this additional time to prepare her opposition to the Motion to Dismiss, if necessary.

4.   The requested extension of time causes no prejudice to the defendants, and the defendants assent to the relief requested herein.

5.   Counsel for the plaintiff has consulted with counsel for the defendants, and the defendants assent to the relief requested herein.

WHEREFORE, Plaintiff Desiree Pearce respectfully requests that the deadline for opposing the Motion To Dismiss be extended to and including September 24, 2004.

Respectfully submitted,

DESIREE PEARCE,

By her attorneys,

    s/ Sara B. Davis
Matthew J. Tuttle BBO# 562758
Sara B. Davis BBO# 648002
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

Dated:  September 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by facsimile telecopier and mail on September 1, 2004.

                                                  s/ Sara B. Davis
                                                  Sara B. Davis

28926-2-MotExtend090104.doc