UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
DESIREE PEARCE,                                )
                                                          )
                    Plaintiff,                          )
                                                          )
v.                                                         )          Civil Action No. 04 11409 NG
                                                          )
THE DUCHESNEAU GROUP, INC.,          )
DAVID MICHAEL DUCHESNEAU,           )
and BRANT P. MCGETTRICK,                   )
                                                          )
                    Defendants.                        )
_____)

**PLAINTIFF'S ASSENTED-TO MOTION
TO EXTEND TIME FOR FILING OPPOSITION TO
THE DEFENDANTS' MOTION TO DISMISS**

Plaintiff Desiree Pearce respectfully requests that she be allowed additional time in which to respond in opposition to Defendants' Motion To Dismiss And In The Alternative For A More Definite Statement.  Specifically, the plaintiff seeks to extend the filing deadline to and including October 15, 2004.  The defendants, through their counsel, have assented to this motion for an extension.

In support of this motion, the plaintiff states as follows:

1.        The defendants in this matter filed Defendants' Motion To Dismiss And In The Alternative For A More Definite Statement with the Court on July 23, 2004 ("Motion To Dismiss").

2.        The plaintiff previously filed, and the Court allowed, assented-to motions first establishing September 7, 2004, and then September 24, 2004 as the filing date for the plaintiff's opposition to the Defendants' Motion To Dismiss.

3.      The parties have been and continue to be actively involved in discussions seeking the possible early resolution of this matter.  Within the additional time requested by this motion, the parties should be able to determine whether such a resolution will be possible.  The plaintiff also requires this additional time to complete her opposition to the Motion to Dismiss.

4.      The requested extension of time causes no prejudice to the defendants, and it will promote the efficient administration of justice before this Court.

5.      Counsel for the plaintiff has consulted with counsel for the defendants, and the defendants assent to the relief requested herein.

WHEREFORE, Plaintiff Desiree Pearce respectfully requests that the deadline for opposing the Motion To Dismiss be extended to and including October 15, 2004.

Respectfully submitted,

DESIREE PEARCE,

By her attorneys,

s/ Sara B. Davis
Matthew J. Tuttle BBO# 562758
Sara B. Davis BBO# 648002
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

Dated:  September 24, 2004

2

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorney(s)

of record for each other party by mail on September 24, 2004.

s/ Sara B. Davis
Sara B. Davis

28926-2-MotExtend092404.doc