UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DESIREE PEARCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, )<br>And BRANT P. MCGETTRICK )<br>)<br>Defendants. )<br>) | Civil Action No.: 04 11409 NG |

## NOTICE OF FIRM NAME CHANGE

Please be advised that Pete S. Michaels, Derek C. Anderson and Deborah G. Evans have changed firms and are now with Michaels & Ward, LLP which shall be substituted as attorneys for Defendants, Duschesneau Group, Inc., David Michael Duchesneau, and Brant P. McGettrick in place of Murphy & Michaels, LLP. Attorneys Michaels, Anderson and Evans can be contacted at the following address:

**Pete S. Michaels, Esq.**
psm@michaelsward.com
Derek C. Anderson, Esq.
dca@michaelsward.com
Deborah G. Evans, Esq.
dge@michaelsward.com
**MICHAELS & WARD, LLP**
**One Liberty Square**
**Boston, MA  02109**
**Tel: (617) 350-4040**
**Fax: (617) 350-4050**

Please direct all future correspondence and pleadings to this address.

                                        Respectfully Submitted,

                                        Duschesneau Group, Inc., David Michael
                                        Duchesneau, and Brant P. McGettrick
                                        By their attorneys,

                                        _/s/ Derek C. Anderson_
                                        Pete S. Michaels
                                        Derek C. Anderson
                                        Michaels & Ward, LLP
                                        One Liberty Square
                                        Boston, MA   02109
                                        (617) 350-4040

Dated:  October 20, 2004

## CERTIFICATE OF SERVICE

I certify that on this 20th day of October 2004, a true copy of the above document was served upon counsel for each other party and the NASD by postage paid first class mail.

                                        _/s/ Derek C. Anderson_
                                        Derek C. Anderson