UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DESIREE PEARCE**  )<br>)<br>Plaintiff,  )<br>vs.  )<br>)<br>**THE DUCHESNEAU GROUP, INC.,**  )<br>**DAVID MICHAEL DUCHESNEAU,**  )<br>**And BRANT P. MCGETTRICK**  )<br>)<br>**Defendants.**  )<br>_____) | Civil Action No.: 04 11409 NG |

## STIPULATION

This cause came to be heard upon agreement of counsel for Plaintiff and counsel for Defendants, The Duchesneau Group, Inc., David Duchesneau, and Brant McGettrick, (hereinafter collectively referred to as "Defendants"). As of the date of the filing of this Stipulation, Defendants have filed a Motion to Dismiss and, in the alternative, Motion for a More Definite Statement, and Plaintiff has filed an Opposition Memorandum. Plaintiffs and Defendants have agreed that Defendants should be and hereby are afforded an extension to file a Reply Memorandum on or before November 5, 2004 and Plaintiff shall file her Surreply Memorandum on or before November 19, 2004.

For good cause appearing, it is hereby

**ORDERED** that Plaintiff and Defendants should be and hereby are entitled to an extension of time to file a Reply and Surreply Memorandum on November 5, 2004 and

November 19, 2004 respectively.



APPROVED:

/s/ Matthew J. Tuttle, Esq., by Derek C. Anderson
Matthew J. Tuttle, Esq.,
Perkins, Smith & Cohen, LLP,
One Beacon Street, 30th Floor, Boston, MA 02108.

Attorney for Plaintiff
Desiree Pearce


_____
Derek C. Anderson, Esq.
Michaels & Ward, LLP
One Liberty Square
Boston, Massachusetts  02109

Attorney for Defendants
The Duchesneau Group, Inc.
David M. Duchesneau, and
Brant P. McGettrick

                                    IT IS SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2004, a true and correct copy of the foregoing Stipulation was delivered by first class mail to the following counsel of record for Plaintiff: Matthew J. Tuttle, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108.

_____
Derek C. Anderson