UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                               )
DESIREE PEARCE,                   )
                                               )
        Plaintiff,               )
                                               )
v.                                          )     Civil Action No. 04 11409 NG
                                               )
THE DUCHESNEAU GROUP, INC.,  )
DAVID MICHAEL DUCHESNEAU,   )
and BRANT P. MCGETTRICK,      )
                                             )
        Defendants.        )
_____)

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A
SURREPLY MEMORANDUM OF LAW IN FURTHER OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE
MOTION FOR A MORE DEFINITE STATEMENT**

Plaintiff Desiree Pearce hereby moves this Court for leave, pursuant to Local Rule 7.1 (B)(3), to file a Surreply Memorandum of Law in further opposition to Defendants' Motion to Dismiss, or in the Alternative Motion for a More Definite Statement. As grounds for this Motion, the Plaintiff states:

1. On July 23, 2004, the Defendants filed their Motion to Dismiss, or in the Alternative, Motion for a More Definite Statement ("Motion to Dismiss");

2. On October 15, 2004, the Plaintiff filed her opposition to the Defendants' Motion to Dismiss.

3. On November 19, 2004, the parties entered into a Stipulation, attached hereto as Exhibit A, that provided for a schedule for the Defendants to file a reply brief and the Plaintiff to file a surreply brief in support of their respective positions on the Motion to Dismiss.

2

4.    Pursuant to that Stipulation, the Defendants filed their reply brief on November 5, 2004.

5.    The Stipulation provides for a surreply by the Plaintiff to be filed by November 19, 2004.

6.    The Plaintiff's surreply, attached hereto as <u>Exhibit B</u>, concisely responds to the new issues raised in the Defendants' reply brief.  The Plaintiff submits that it contains analysis and authorities that will help the Court resolve the pending Motion to Dismiss.

WHEREFORE, the Plaintiff respectfully requests that this Court grant her leave to file the accompanying Surreply Memorandum of Law.

>    Respectfully submitted,
>
>    DESIREE PEARCE,
>
>    By her attorneys,
>
>    _____s/ Sara B. Davis_____
>    Matthew J. Tuttle BBO# 562758
>    mtuttle@pscboston.com
>    Sara B. Davis BBO# 648002
>    sdavis@pscboston.com
>    PERKINS SMITH & COHEN LLP
>    One Beacon Street, 30th Floor
>    Boston, MA 02108
>    (617) 854-4000

Dated:  November 19, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by U.S. Mail postage pre-paid on November 19, 2004.

                                                    s/ Sara B. Davis
                                                    Sara B. Davis

Case 1:04-cv-11409-NG     Document 15     Filed 11/19/2004     Page 3 of 3