## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFIC

2004 OCT 27  P 3:

U.S. DISTRICT COUR
DISTRICT OF MASS.

|  |  |
|---|---|
| **DESIREE PEARCE** ) | |
| ) | |
| **Plaintiff,** ) | |
| **vs.** ) | **Civil Action No.: 04 11409 NG** |
| ) | |
| **THE DUCHESNEAU GROUP, INC.,** ) | |
| **DAVID MICHAEL DUCHESNEAU,** ) | |
| **And BRANT P. MCGETTRICK** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION

This cause came to be heard upon agreement of counsel for Plaintiff and counsel

for Defendants, The Duchesneau Group, Inc., David Duchesneau, and Brant McGettrick,

(hereinafter collectively referred to as "Defendants").  As of the date of the filing of this

Stipulation, Defendants have filed a Motion to Dismiss and, in the alternative, Motion for

a More Definite Statement, and Plaintiff has filed an Opposition Memorandum.  Plaintiffs

and Defendants have agreed that Defendants should be and hereby are afforded an

extension to file a Reply Memorandum on or before November 5, 2004 and Plaintiff shall

file her Surreply Memorandum on or before November 19, 2004.

For good cause appearing, it is hereby

**ORDERED** that Plaintiff and Defendants should be and hereby are entitled to an

extension of time to file a Reply and Surreply Memorandum on November 5, 2004 and

November 19, 2004 respectively.

APPROVED:

/s/ Matthew J. Tuttle, Esq., by Derek C. Anderson
Matthew J. Tuttle, Esq.,
Perkins, Smith & Cohen, LLP,
One Beacon Street, 30th Floor, Boston, MA 02108.

Attorney for Plaintiff
Desiree Pearce

Derek C. Anderson, Esq.
Michaels & Ward, LLP
One Liberty Square
Boston, Massachusetts  02109

Attorney for Defendants
The Duchesneau Group, Inc.
David M. Duchesneau, and
Brant P. McGettrick

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2004, a true and correct copy of the foregoing Stipulation was delivered by first class mail to the following counsel of record for Plaintiff: Matthew J. Tuttle, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108.

Derek C. Anderson