# United States District Court
# District of Massachusetts

DESIREE PEARCE,
    Plaintiff,

V.                      CIVIL ACTION NO. 2004-11409-NG

THE DUCHESNEAU GROUP, INC.,
DAVID MICHAEL DUCHESNEAU,
BRANT P. McGETTRICK,
    Defendants.

## **<u>ORDER</u>**

COLLINGS, U.S.M.J.

Pursuant to L.R. 16.1(B)(3), counsel for each party are directed to notify the Court in writing, **_on or before the close of business on Friday, December 3, 2004,_** whether or not their clients consent to the reassignment of this case to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: November 18, 2004.