# MICHAELS & WARD, LLP
### ATTORNEYS AT LAW
ONE LIBERTY SQUARE
BOSTON, MASSACHUSETTS 02109

Derek C. Anderson
dca@michaelsward.com

Telephone: (617) 350-4040
Facsimile: (617) 350-4050

December 3, 2004

**VIA HAND DELIVERY**

Clerk of Court, Civil
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    **Desiree Pearce v. The Duchesneau Group, Inc., David Michael Duchesneau and Brant P. McGettrick**
            **Civil Action No. 04-11409 NG**

Dear Sir/Madam:

This office represents the Defendants in the above-referenced matter. Pursuant to Local Rule 16.1(B)(3) and the order of the Court, Defendants hereby notify the Court that they consent to the reassignment of this case to the Honorable Robert B. Collings.

If you have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

Derek C. Anderson

DCA/lmf

cc:    Pete S. Michaels, Esq.
       Deborah G. Evans, Esq.
       Matthew Tuttle, Esq.