

**PERKINS SMITH & COHEN**

Perkins Smith & Cohen LLP
Attorneys at Law

Sara B. Davis, Esquire
(617) 854-4183
sdavis@pscboston.com

December 3, 2004

**By Hand Delivery**

The Honorable Robert B. Collings
United States Magistrate Judge
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 6420
Boston, MA  02210

    Re:    **Desiree Pearce v. The Duchesneau Group et al.**
             **Civil Action No. 04-11409-NG**

Dear Judge Collings:

    We represent the Plaintiff, Desiree Pearce, in the above matter. We respectfully submit this letter pursuant to the instructions in your Order of November 18, 2004, regarding reassignment of the above matter. On behalf of Ms. Pearce, we respectfully must decline the reassignment of this case to a Magistrate Judge at this time.

    Thank you for your attention to this matter.

                                          Very truly yours,

                                          Sara B. Davis

cc:    Derek C. Anderson, Esq. (by regular mail)

28926-2-Collings120304.doc