UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, )<br>And BRANT P. MCGETTRICK )<br>)<br>Defendants. )<br>) | Civil Action No.: 04 11409 NG |

## DEFENDANT THE DUCHESNEAU GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1, The Duchesneau Group, Inc. hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Respectfully submitted,
THE DUCHESNEAU GROUP, INC.

Pete S. Michaels
psm@michaelsward.com
Derek C. Anderson
dca@michaelsward.com
Deborah G. Evans
dge@michaelsward.com
MICHAELS & WARD, LLP
One Liberty Square
Boston, Massachusetts 02109
(617) 350-4040

## CERTIFICATE OF SERVICE

I hereby certify that on the 8 day of December, 2004, a true and correct copy of the foregoing Corporate Disclosure Statement was delivered by first class mail to the following counsel of record for Plaintiff: Matthew J. Tuttle, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108.

_____
Derek C. Anderson