UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>THE DUCHESNEAU GROUP INC,   )<br>n/k/a ARGENT WEALTH   )<br>MANAGEMENT INC., DAVID   )<br>MICHAEL DUCHESNEAU, and   )<br>BRANT P. MCGETTRICK,   )<br>   )<br>   Defendants.   ) | CIVIL ACTION<br>NO. 04-11409-NG |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please be advised that Jason C. Moreau has withdrawn as attorney for Defendants, The Duchesneau Group Inc. n/k/a Argent Wealth Management, Inc. (the "Duchesneau Group"), David M. Duchesneau ("Mr. Duchesneau"), and Brant McGettrick ("Mr. McGettrick") (collectively the "Duchesneau Defendants"). The Duchesneau Defendants will continue to be represented by Pete S. Michaels, Deborah Gale Evans, and Derek C. Anderson of Michaels & Ward, LLP.

Respectfully submitted this 8th day of December, 2005.


/s/ Derek C. Anderson____

Pete S. Michaels
psm@michaelsward.com
Deborah Gale Evans
dge@michaelsward.com
Derek C. Anderson
dca@michaelsward.com
MICHAELS & WARD, LLP
One Liberty Square
Boston, Massachusetts  02109
(617) 350-4040
Fax:  (617) 350-4050


**CERTIFICATION**

     I hereby certify that on the 8th day of December, 2005 a copy of the foregoing *Notice of Withdrawal of Counsel* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


          /s/ Derek C. Anderson_____