UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-11409-NG |
| ) | |
| THE DUCHESNEAU GROUP INC, ) | |
| n/k/a ARGENT WEALTH ) | |
| MANAGEMENT INC., DAVID ) | |
| MICHAEL DUCHESNEAU, and ) | |
| BRANT P. MCGETTRICK, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF THIRD PARTY COMPLAINT
BY DEFENDANTS THE DUCHESNEAU GROUP INC. N/K/A ARGENT WEALTH
MANAGEMENT INC., DAVID MICHAEL DUCHESNEAU,
AND BRANT MCGETTRICK**

The Duchesneau Group Inc. n/k/a Argent Wealth Management, Inc. (the "Duchesneau Group"), David M. Duchesneau ("Mr. Duchesneau"), and Brant McGettrick ("Mr. McGettrick") (collectively the "Duchesneau Defendants") hereby dismiss without prejudice their Third Party Complaint against Salomon Smith Barney, Inc.

Respectfully submitted this 8th day of December, 2005.


/s/ Derek C. Anderson____

Pete S. Michaels
psm@michaelsward.com
Deborah Gale Evans
dge@michaelsward.com
Derek C. Anderson
dca@michaelsward.com
MICHAELS & WARD, LLP
One Liberty Square
Boston, Massachusetts  02109
(617) 350-4040
Fax:  (617) 350-4050

## CERTIFICATION

  I hereby certify that on the 8th day of December, 2005 a copy of the foregoing *Notice of Withdrawal of Third-Party Complaint* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


            /s/ Derek C. Anderson_____