UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE,<br><br>      Plaintiff,<br><br>v.<br><br>THE DUCHESNEAU GROUP, INC.,<br>DAVID MICHAEL DUCHESNEAU,<br>and BRANT P. MCGETTRICK,<br><br>      Defendants. | CIVIL ACTION<br>NO. 04 11409 NG |

**JOINT STATEMENT AND PROPOSED PRETRIAL
SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1**

      The Court has noticed a scheduling conference for December 23, 2005. In accordance with the provisions of Local Rule 16.1(B), counsel have conferred concerning an agenda for matters to be discussed at the scheduling conference, a proposed pretrial schedule for the case that includes a plan of discovery and the filing of motions, and consideration of consent to trial by magistrate judge. Counsel hereby submit this Joint Statement and proposed pretrial scheduling order pursuant to Local Rule 16.1(D).

**I.**    **DISCOVERY**

    **A.**    **Initial Disclosures**

The parties intend to exchange initial disclosures by January 6, 2006.

    **B.**    **Subsequent Discovery**

The parties propose the following schedule for discovery:

    1.    All non-expert depositions and written discovery (interrogatories, requests for production of documents and things) are to be completed by June 30, 2006. At present, the

parties anticipate that the number of depositions necessary in connection with this action will not exceed the number allowed under Local Rule 26.1(c).

2. The plaintiff's expert disclosures will be made by July 28, 2006.

3. The defendants' expert disclosures will be made by August 25, 2006.

4. All expert depositions, if any, are to be completed by September 22, 2006.

5. The final pretrial conference is to be scheduled for after January 3, 2007.

## II.  MOTIONS

The parties propose the following deadlines for the filing of motions:

1. Any dispositive motions are to be filed by October 31, 2006.

2. Any oppositions to dispositive motions are to be filed by November 30, 2006.

## III.  SETTLEMENT

The plaintiff has served a written demand upon the defendants pursuant to L.R. 16.1(C).

## IV.  CONSENT TO TRIAL BY MAGISTRATE JUDGE

At this time, the parties are not prepared to consent to trial by a Magistrate Judge.

## V.  CONSENT TO ALTERNATIVE DISPUTE RESOLUTION

The plaintiff would be in favor of mediating this matter at the appropriate time.

The defendants have considered mediation but are not willing to mediate the alleged claims at this time.

## VI.  MODIFICATION OF THE SCHEDULE

All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion to the Court.

## VII.  CERTIFICATIONS

The Certifications required by local Rule 16.1(D)(3), signed by counsel and by an authorized representative of each party, will be filed at or before the scheduling conference.

## VIII.    AGENDA FOR THE SCHEDULING CONFERENCE

The following matters are to be addressed at the scheduling conference:

1. The parties' proposed pre-trial schedule and discovery plan;

2. The status of any settlement discussions or use of alternative dispute resolution methods.

Respectfully submitted,

| | |
|---|---|
| DESIREE PEARCE, | THE DUCHESNEAU GROUP, INC., MICHAEL DUCHESNEAU, and BRANT P. MCGETTRICK |
| By her attorneys, | By their attorneys, |
|     s/ Sara B. Davis<br>Matthew J. Tuttle BBO# 562758<br>mtuttle@pscboston.com<br>Sara B. Davis BBO# 648002<br>sdavis@pscboston.com<br>PERKINS SMITH & COHEN LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108<br>(617) 854-4000 |     s/ Derek C. Anderson<br>Pete S. Michaels<br>psm@michaelsward.com<br>Deborah Gale Evans<br>dge@michaelsward.com<br>Derek C. Anderson<br>dca@michaelsward.com<br>MICHAELS & WARD, LLP<br>One Liberty Square<br>Boston, Massachusetts 02109<br>(617) 350-4040 |

Dated December 16, 2005

APPROVED AND SO ORDERED

_____, 2005

_____
United States District Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of December, 2005 a copy of the foregoing Joint Statement and Proposed Pretrial Scheduling Order Pursuant to Local Rule 16.1 was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             s/ Sara B. Davis
                                             Sara B. Davis