UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-11409-NG |
| ) | |
| THE DUCHESNEAU GROUP, INC., ) | |
| n/k/a ARGENT WEALTH ) | |
| MANAGEMENT, INC., DAVID ) | |
| MICHAEL DUCHESNEAU, and ) | |
| BRANT P. MCGETTRICK, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to the provisions of Local Rule 16.1(D)(3), the undersigned counsel, parties and authorized corporate representative hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

David Michael Duchesneau,
Personally and on behalf of
Defendant,
The Duchesneau Group, n/k/a
Argent Wealth Management,


                          Brant P. McGettrick

                          Derek C. Anderson, Esq.,
                          BBO No. 645895
                          Attorney for the Defendants
                          Michaels & Ward, LLP
                          One Liberty Square
                          Boston, Massachusetts 02109

Dated: December 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2005, a true and correct copy of the foregoing **Certification Pursuant to Rule 16(D)(3)** was filed **Electronically.** Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ Derek C. Anderson

