UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DESIREE PEARCE,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> THE DUCHESNEAU GROUP, INC.,  ) <br> DAVID MICHAEL DUCHESNEAU,  ) <br> and BRANT P. MCGETTRICK,  ) <br> ) <br> Defendants.  ) | CIVIL ACTION <br> NO. 04 11409 NG |

## LOCAL RULE 16.1 CERTIFICATION

The Plaintiff, Desiree Pearce, and her counsel hereby certify, pursuant to Local Rule 16.1(D)(3), that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs as described in Local Rule 16.4.

PLAINTIFF

_/s/ Desiree Pearce_
Desiree Pearce

COUNSEL FOR PLAINTIFF

_/s/ Matthew J. Tuttle_
Matthew J. Tuttle BBO# 562758
mtuttle@pscboston.com
Sara B. Davis BBO# 648002
sdavis@pscboston.com
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

Dated: December 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2005 a copy of the above document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew J. Tuttle
Matthew J. Tuttle

28926-2-Certification.doc