# United States District Court
# District of Massachusetts

DESIREE PEARCE,
       Plaintiff,

   v.                        CIVIL ACTION NO. 2004-11409-NG

THE DUCHESNEAU GROUP., INC.,
DAVID MICHAEL DUCHESNEAU,
BRANT P. McGETTRICK,
       Defendants.

# *SCHEDULING*
# *ORDER - RULE 16(b), FED. R. CIV. P.*

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1)    Automatic disclosures shall be **COMPLETED** *on or before the close of business on Friday, January 6, 2006.*

(2)    Initial requests for production of documents and interrogatories

must be **SERVED** *on or before the close of business on Monday, February 6, 2006.*

(3)    All other non-expert discovery shall be filed and/or served *on or before the close of business on Friday, May 26, 2006* and **COMPLETED** *on or before the close of business on Friday, June 30, 2006.*

(4)    The plaintiff shall serve reports of its experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on Friday, July 28, 2006*; the defendants shall serve reports of its experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on Friday, August 25, 2006.*

(5)    Expert depositions must be *COMPLETED on or before the close of business on Friday, September 22, 2006.*

(6)    Counsel shall report for a Further 16(b) Conference on *Monday, June 19, 2006 at 2:30 P.M.* at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge


Date:  December 27, 2005.