# United States District Court
# District of Massachusetts

DESIREE PEARCE,
      Plaintiff,

      v.                      CIVIL ACTION NO. 2004-11409-NG

THE DUCHESNEAU GROUP., INC.,
DAVID MICHAEL DUCHESNEAU,
BRANT P. McGETTRICK,
      Defendants.

## ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

**COLLINGS, U.S.M.J.**

    After consideration of the various alternative dispute resolution programs (ADR) available and at the request of counsel, I find this case appropriate for ADR and accordingly, refer this case to the Court's ADR Program for the following ADR:

```
____ EARLY NEUTRAL EVALUATION      _X_ MEDIATION
____ MINI-TRIAL                    ____ SUMMARY JURY TRIAL
____ SETTLEMENT CONFERENCE         ____ SPECIAL MASTER
____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM
```

    Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR

program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

/s/ Robert B. Collings

**ROBERT B. COLLINGS**
**United States Magistrate Judge**

**Date: December 27, 2005.**

CASE CATEGORY

| | | |
|---|---|---|
| Antitrust ____ | Bankruptcy ____ |
| Civil Rights ____ | Contract ____ |
| Copyright/Trademark/Patent ____ | Environmental ____ |
| ERISA ____ | FELA ____ |
| Labor Relations ____ | Medical Malpractice ____ |
| Personal Injury ____ | Product Liability ____ |
| Shareholder Dispute ____ | Social Security ____ |
| Other   X   | |