UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-11409-NG |
| ) | |
| THE DUCHESNEAU GROUP INC, ) | |
| n/k/a ARGENT WEALTH ) | |
| MANAGEMENT INC., DAVID ) | |
| MICHAEL DUCHESNEAU, and ) | |
| BRANT P. MCGETTRICK, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), The Duchesneau Group Inc. n/k/a Argent Wealth Management, Inc., David M. Duchesneau, and Brant McGettrick (collectively "Defendants"), hereby submit their Initial Disclosures. This case is still at its early stages, and Defendants have not yet completed their investigation of the claims. Therefore, Defendants are unable to be exhaustive at this time and expressly reserve the right to supplement these disclosures as necessary. Defendants also expressly reserve their rights under the attorney-client privilege, attorney work product doctrine and any other applicable privilege, and nothing herein shall constitute waiver of such privileges.

Subject to the foregoing qualification, Defendants state as follows:

**I.    Individuals Likely to Have Discoverable Information.**

Defendants identify the following individuals who may have discoverable information relating to the claims and defenses in this action, excluding any impeachment witnesses. This list is based on Defendants' investigation to date, and Defendants reserve the right to amend, alter, and/or supplement this list and omit the name of any individual identified herein:

    A.    Plaintiff Desiree Pearce

    B.    Defendant David Duchesneau

    C.    Defendant Brant McGettrick

    D.    Martin Hanaka
            3100 North Ocean Blvd.
            No. 2704
            Fort Lauderdale, Fl 33308

    E.    Steven Hiorns
            c/o Salomon Smith Barney
            28 State Street
            Boston, MA 02109
            617-570-9050

**II.   Documents.**

Defendants identify the following categories of documents in their possession, custody, or control that they may use to support their defenses: (1) correspondence between the parties; (2) Defendants' notes; (3) new account applications for Plaintiff's Smith Barney account(s) and third party accounts; and, (4) account statements.

**III.  Damages.**

Defendants do not seek damages and at this time are unable to provide any computation with regard to Plaintiff's damages claim.

**IV.     Insurance.**

There is no insurance policy available to satisfy part or all of any judgment that may be entered in the action.

Dated: January 6, 2006

/s/ Derek C. Anderson

Pete S. Michaels
psm@michaelsward.com
Deborah Gale Evans
dge@michaelsward.com
Derek C. Anderson
dca@michaelsward.com
MICHAELS & WARD, LLP
One Liberty Square
Boston, Massachusetts  02109
(617) 350-4040
Fax:  (617) 350-4050

## CERTIFICATION

I hereby certify that on the 6th day of January, 2006 a copy of the foregoing ***Initial Disclosures*** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Derek C. Anderson