UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
DESIREE PEARCE,                             )
                                            )
      Plaintiff,                            )
                                            )   CIVIL ACTION
                                            )   NO. 04-11409-NG
v.                                          )
                                            )
THE DUCHESNEAU GROUP, INC.,                 )
DAVID MICHAEL DUCHESNEAU, and               )
BRANT P. MCGETTRICK,                        )
                                            )
      Defendants.                           )
_____)

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Plaintiff Desiree Pearce hereby discloses the following pursuant to Fed. R. Civ. P. 26(a)(1):

**A.    INDIVIDUALS OR ORGANIZATIONS LIKLEY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS**

Desiree Pearce
5100 Champion Boulevard
Boca Raton, FL  33496-2401

The Duchesneau Group, Inc. n/k/a/ Argent Wealth Management Inc.
13 Riverside Road
Riverside Office Park
Weston, MA 02493

David Michael Duchesneau
Argent Wealth Management Inc.
13 Riverside Road
Riverside Office Park
Weston, MA  02493

    Brant P. McGettrick
    The Calibre Group
    800 South Street - Suite 195
    Waltham, MA  02453

    Salomon Smith Barney, Inc.. n/n/a/ Citigroup Global Markets, Inc.
    8111 Colony Bay Drive
    Naples, FL  34109

    Steven Hiorns
    Citigroup Global Markets, Inc.
    8111 Colony Bay Drive
    Naples, FL  34109

**B.**    **DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS THAT THE PLAINTIFF MIGHT USE TO SUPPORT HER CLAIM:**

    1.    All documents related to the Plaintiff's brokerage accounts at issue, including but not limited to account statements, account confirmations, account agreements and correspondence.

    2.    Reports, statements and other documents relating to the purchases in the Plaintiff's brokerage accounts at issue.

    3.    Documents containing data and information available from the Massachusetts Securities Division.

    4.    All materials referenced in the Plaintiff's First Amended Complaint.

**C.**    **COMPUTATION OF CATEGORIES OF DAMAGES:**

    1.    Plaintiff seeks as damages the decline in the value of the assets she entrusted to the Defendants and all fees paid to the Defendants.  The data necessary for the computations of theses damages is in the custody, possession, or control of the Defendants.

    2.    Plaintiff seeks as damages interest on all monies recovered, disbursements, costs and attorney's fees associated with her claims against the Defendants.  The data necessary for the computation of the damages is not yet available.

Plaintiff reserves the right to amend and/or supplement her disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(C).

D.  **INSURANCE POLICIES**

    For the inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action, or to indemnify or reimburse for payments made to satisfy the judgment:

Plaintiff does not have custody, possession, or control of any such agreements.

                                            Respectfully submitted,

                                            DESIREE PEARCE,

                                            By her attorneys,

                                            _____s/ Sara B. Davis_____
                                            Matthew J. Tuttle,  BBO# 562758
                                            Sara B. Davis,  BBO# 648002
                                            BURNS & LEVINSON LLP
                                            One Beacon St., 30th Floor
                                            Boston, MA  02108
                                            Phone:  (617) 854-4000

Dated:  January 6, 2006


CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of January, 2006 a copy of the above document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            _____s/ Sara B. Davis_____
                                            Sara B. Davis