# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DESIREE PEARCE,<br><br>    Plaintiff,<br><br>v.<br><br>THE DUCHESNEAU GROUP INC,<br>n/k/a ARGENT WEALTH<br>MANAGEMENT INC., DAVID<br>MICHAEL DUCHESNEAU, and<br>BRANT P. MCGETTRICK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-11409-NG |

## NOTICE OF FIRM ADDRESS CHANGE

Please be advised that Michaels & Ward, LLP, counsel for The Duchesneau Group Inc. n/k/a Argent Wealth Management, Inc. (the "Duchesneau Group"), David M. Duchesneau ("Mr. Duchesneau"), and Brant McGettrick ("Mr. McGettrick") (collectively the "Duchesneau Defendants"), has moved to a new location. The Duchesneau Defendants will continue to be represented by Pete S. Michaels, Deborah Gale Evans, and Derek C. Anderson of Michaels & Ward, LLP and can be contacted at the following address:

**Pete S. Michaels, Esq.**
**Derek C. Anderson, Esq.**
**Deborah G. Evans, Esq.**
**MICHAELS & WARD, LLP**
**12 Post Office Square, 4th Floor**
**Boston, MA 02109**
**Tel: (617) 350-4040**
**Fax: (617) 350-4050**

Please direct all future correspondence and pleadings to this address.

Respectfully Submitted,

THE DUCHESNEAU GROUP INC,
n/k/a ARGENT WEALTH
MANAGEMENT INC., DAVID
MICHAEL DUCHESNEAU, and
BRANT P. MCGETTRICK,

By their attorneys,


/s/ Derek C. Anderson
Pete S. Michaels
psm@michaelsward.com
Derek C. Anderson
dca@michaelsward.com
Deborah G. Evans
dge@michaelsward.com
MICHAELS & WARD, LLP
12 Post Office Square, 4th Floor
Boston, Massachusetts 02109
(617) 350-4040

Dated: May 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2006 a copy of the foregoing *Notice of Firm Address Change* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Derek C. Anderson