UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, and )<br>BRANT P. MCGETTRICK, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-11409-NG |

**PLAINTIFF'S ASSENTED-TO MOTION
TO CONTINUE FURTHER CONFERENCE**

Plaintiff Desiree Pearce respectfully requests that the Further Conference scheduled in this matter for June 19, 2006 be continued to give the parties an opportunity to conclude their mediation efforts and possibly reach a negotiated resolution of all claims. The defendants assent to the relief requested herein. In support of this motion, the plaintiff states as follows:

1.      With the parties' assent, this matter was referred to the Court's ADR program and assigned to ADR Panel Member James Marcellino, Esq.

2.      The parties met for a formal mediation session at the Court on May 24, 2006. Although the matter was not resolved during that session, the parties have had subsequent telephone contact with the mediator and continue to negotiate directly between themselves to see if a negotiated resolution is possible. Mr. Marcellino has asked the parties to report the status of negotiations to him by July 1, 2006.

3. The parties presently are scheduled to appear before Magistrate Judge Robert Collings for a Further Conference on June 19, 2006, at 2:30 p.m. In light of the parties' continuing efforts, in consultation with the mediator, to potentially resolve this matter, the plaintiff requests that the Further Conference be rescheduled to a date in July that is convenient for the Court. Such a continuance will provide the parties with an opportunity to conclude their negotiations (either successfully or unsuccessfully) and will allow for a productive conference with the Court should the case be continuing on towards a trial.

4. Allowing such a continuance will not unreasonably delay the progress of this case. At present, all non-expert discovery and depositions are scheduled to be completed by June 30, 2006. Expert-related discovery is scheduled to be completed by September 22, 2006. The parties already completed much of their non-expert discovery prior to the mediation. If the matter is not resolved through ongoing negotiations, the parties might request a short additional amount of time beyond June 30 to take a small number of non-expert depositions. But in any event, the case should be able to stay on schedule to complete all expert discovery by September 22, 2006.

5. Counsel for the plaintiff has conferred with counsel for the defendants concerning this motion, and the defendants assent to the relief requested herein.

6. If it would assist the Court in setting another date for a Further Conference, counsel for all parties report that they are generally available in July during the weeks of July 10 and July 24.

WHEREFORE, the plaintiff respectfully requests that the Further Conference scheduled in this matter for June 19, 2006 be continued to a date in July that is convenient for the Court.

Respectfully submitted,

DESIREE PEARCE,

By her attorneys,

      s/ Matthew J. Tuttle
Matthew J. Tuttle, BBO# 562758
Sara B. Davis, BBO# 648002
BURNS & LEVINSON LLP
One Beacon St., 30th Floor
Boston, MA 02108
Phone: (617) 854-4000

Dated: June 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of June 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      s/ Matthew J. Tuttle

28926-2-Mot Continue-0606