UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, )<br>And BRANT P. MCGETTRICK )<br>)<br>Defendants. )<br>) | Civil Action No.: 04 11409 NG |

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND THE DISCOVERY DEADLINES UNDER THE SCHEDULING ORDER

Defendants in the above-referenced matter respectfully request that this Court extend the non-expert discovery deadline under the Scheduling Order until September 22, 2006. Defendants further request that the deadline for completing all expert discovery be continued until October 20, 2006. Plaintiff assents to this Motion. An extension of time to complete all expert and non-expert discovery will give the parties an opportunity to complete all of the necessary depositions as well as to continue their ongoing settlement negotiations. In support of this Motion, the Defendants state as follows:

1.     The deadline for completion of all non-expert discovery is currently scheduled for June 30, 2006. The parties have been working diligently to complete discovery and have exchanged sets of written discovery requests and responses. As of yet, however, the parties have not been able to depose the necessary parties to this litigation. Therefore, the extension of the non-expert discovery deadline under the Scheduling Order will permit the parties time to complete all depositions and finish any remaining paper discovery in advance of trial.

2. The deadline for completion of expert depositions is currently September 22, 2006. Also, Plaintiff is currently required to serve her expert reports by Friday July 28, 2006. Defendants currently must serve their expert reports by August 25, 2006. The parties jointly request a thirty day extension for each of these deadlines. The parties request that the deadline for completion of expert depositions be moved to October 20, 2006, that the deadline for Plaintiff to produce her expert reports be moved to August 25, 2006, 2006, and that the deadline for Defendants to produce their expert reports be moved to September 22, 2006.

3. There is currently no trial date scheduled for this mater. The next conference is scheduled for July 10, 2006.

4. The parties met for a formal mediation session on May 24, 2006. Although the matter was not resolved during that session, the parties have discussed settlement telephonically. As discovery progresses, the parties will continue to evaluate their cases and further negotiate.

5.  None of the parties will be prejudiced by the requested discovery deadline extensions.

Respectfully submitted,

For the Defendants,
THE DUCHESNEAU GROUP, INC.,
DAVID MICHAEL DUCHESNEAU, and
BRANT P. MCGETTRICK

/s/ Derek C. Anderson
Pete S. Michaels
psm@michaelsward.com
Derek C. Anderson
dca@michaelsward.com
Jennifer R. Seltenrich
jrs@michaelsward.com
MICHAELS & WARD, LLP
12 Post Office Square
Boston, Massachusetts  02109
(617) 350-4040

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June 2006, a true and correct copy of the foregoing Defendants' Assented-To Motion to Extend the Deadlines Under the Scheduling Order was filed electronically.

/s/ Derek C. Anderson