UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE,<br> Plaintiff,<br><br>v.<br><br>THE DUCHESNEAU GROUP INC,<br>n/k/a ARGENT WEALTH<br>MANAGEMENT INC., DAVID<br>MICHAEL DUCHESNEAU, and<br>BRANT P. MCGETTRICK,<br> Defendants. | CIVIL ACTION NO. 04-11409-NG |

### NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Derek C. Anderson is no longer counsel of record for Defendants, The Duschesneau Group, Inc., n/k/a Argent Wealth Management, Inc., David Michael Duchesneau, and Brant P. McGettrick. Please enter the appearance of David L. Ward who shall be substituted as counsel for the Defendants in place of Mr. Anderson, in the above-captioned matter. Please be advised that Pete S. Michaels, and Deborah G. Evans will continue to represent the above named Defendants as well. Attorneys Michaels, Ward and Evans can be contacted at the following address:

**Pete S. Michaels, Esq.**
**psm@michaelsward.com**
**David L. Ward, Esq.**
**dlw@michaelsward.com**
**Deborah G. Evans, Esq.**
**dge@michaelsward.com**
**MICHAELS & WARD, LLP**
**12 Post Office Square**
**4th Floor**
**Boston, MA  02109**
**Tel: (617) 350-4040**
**Fax: (617) 350-4050**

Please direct all future correspondence and pleadings to this address.

Respectfully submitted,

/s/Deborah G. Evans
Pete S. Michaels
psm@michaelsward.com
David L. Ward
dlw@michaelsward.com
Deborah G. Evans
dge@michaelsward.com
MICHAELS & WARD, LLP
12 Post Office Square, 4th floor
Boston, Massachusetts 02109
(617) 350-4040

## CERTIFICATE OF SERVICE

I hereby certify that on the 31 day of July, 2006, a true and correct copy of the foregoing *Notice of Substitution of Counsel* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Deborah G. Evans
Deborah G. Evans