UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE,<br><br>    Plaintiff,<br><br>v.<br><br>THE DUCHESNEAU GROUP, INC.,<br>DAVID MICHAEL DUCHESNEAU,<br>and BRANT P. MCGETTRICK,<br><br>    Defendants. | CIVIL ACTION<br>NO. 04 11409 NG |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please be advised that counsel for the Plaintiff have changed their firm name, mailing address and telephone numbers. The firm information for the undersigned attorneys, formerly of Perkins Smith & Cohen LLP, is now:

>Burns & Levinson LLP
>125 Summer Street
>Boston, MA  02110
>617-345-3000
>Fax 617-345-3299

>Respectfully submitted,
>
>DESIREE PEARCE,
>
>By her attorneys,
>
>s/ Matthew J. Tuttle
>Matthew J. Tuttle,  BBO# 562758
>Sara B. Davis BBO# 648002
>BURNS & LEVINSON LLP
>125 Summer Street
>Boston, MA  02110
>(617) 345-3000

Dated:  August 18, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on August 18, 2006.

                                                       s/Matthew J. Tuttle
                                                       Matthew J. Tuttle

J:\Docs\81214\00005\01045134.DOC