UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE,<br><br>    Plaintiff,<br><br>v.<br><br>THE DUCHESNEAU GROUP, INC.,<br>DAVID MICHAEL DUCHESNEAU, and<br>BRANT P. MCGETTRICK,<br><br>    Defendants. | CIVIL ACTION<br>NO. 04-11409-NG |

**PLAINTIFF'S ASSENTED-TO MOTION
TO EXTEND DISCOVERY DEADLINES**

Plaintiff Desiree Pearce respectfully requests that certain deadlines be extended to permit the parties to conclude both non-expert and expert discovery. Specifically, the plaintiff requests that the non-expert discovery deadline be extended from September 22 to October 20, 2006, and that the deadlines for expert disclosures and depositions be extended by approximately two weeks, as set forth in paragraph 6 below. In support of this motion, the plaintiff states as follows:

1.    At present, the deadline for non-expert discovery in this matter is set for September 22, 2006. The parties have largely completed all document discovery, but they have identified three depositions that remain to be taken.

2.    The parties have had difficulty scheduling these depositions to all occur by the September 22 deadline. A large part of the scheduling difficulty arises from the fact that counsel

for the plaintiff is also counsel in another matter that is scheduled for a week-long NASD arbitration during the week of September 11. At the time discovery deadlines were being discussed in this matter, counsel for the plaintiff did not believe that the NASD arbitration would be going forward during the week of September 11. In the last several weeks, it became apparent that the NASD arbitration would be going forward, and that has consumed much of the time that counsel had planned to devote to the completion of discovery in this matter.

3. The plaintiff, with the assent of the defendants, is asking that the deadline for non-expert discovery be extended until October 20. The parties already have conferred about their schedules and are certain that the depositions, including the deposition of one witness who must travel to Boston from Florida, can be completed in this time frame.

4. The plaintiff also respectfully requests that the deadline for making expert disclosures be extended. At present, the plaintiff's expert disclosure was scheduled for August 25, 2006, the defendants' expert disclosure is scheduled for September 22, 2006, with all expert depositions to be completed by October 20, 2006.

5. The plaintiff's expert, a North Carolina resident, had to travel to Florida on August 22, 2006 to care for his two elderly parents. Before leaving, the plaintiff's expert did not believe that he would be able to return from his family obligations until after Labor Day. On August 21 and August 22, 2006, counsel for the plaintiff contacted counsel for the defendants about this issue and the fact that the plaintiff would not be able to meet the August 25 disclosure deadline as a result. The parties have since discussed the issue of expert disclosures and the defendants assent to the modified disclosure schedule requested herein.

6. Specifically, the plaintiff would request that the deadline for the plaintiff's expert disclosure be extended from August 25, 2006 to September 11, 2006, and that the deadline for

2

the defendants' expert disclosure to be extended from September 22 to October 6. 2006. The deadline for completing expert depositions can remain as scheduled for October 20, 2006.

7. Extending the various discovery deadlines as requested will not delay the ultimate resolution of this case. The deadline for filing summary judgment motions with the Court can remain as scheduled for November 20, 2006, and no other dates scheduled in this matter need to be adjusted.

8. Allowing these modest discovery extensions will permit the parties to properly complete discovery and prepare the matter for trial or disposition by motion. The extensions will not cause any undue delay or prejudice.

9. As referenced above, the parties have conferred about the scheduling modifications set forth above, and the defendants assent to the relief requested herein.

WHEREFORE, the plaintiff respectfully requests that deadlines for non-expert and expert discovery be extended as set forth in paragraphs 3 and 6, respectively, above.

Respectfully submitted,

DESIREE PEARCE,

By her attorneys,

　　　　s/ Matthew J. Tuttle　　　　
Matthew J. Tuttle, BBO# 562758
Sara B. Davis, BBO# 648002
BURNS & LEVINSON LLP
One Beacon St., 30th Floor
Boston, MA 02108
Phone: (617) 854-4000

Dated: September 5, 2006

3

4

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5 day of September 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                              s/ Matthew J. Tuttle

J:\Docs\81214\00005\01051354.DOC