UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, )<br>And BRANT P. MCGETTRICK )<br>)<br>Defendants. ) | Civil Action No.: 04 11409 NG |

## NOTICE OF TAKING DEPOSITION

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, by their counsel, will take the deposition of Plaintiff, Desiree Pearce, commencing on Tuesday September 19, 2006 at 10:00 a.m. at the offices of Michaels & Ward, 12 Post Office Square, Boston, MA 02109.

The deposition shall be recorded stenographically and shall continue from day-to-day until completed or adjourned and may be used in evidence at trial or other proceedings in the above-captioned matter.

Respectfully submitted,

For the Defendants,
THE DUCHESNEAU GROUP, INC.,
DAVID MICHAEL DUCHESNEAU, and
BRANT P. MCGETTRICK

_____
David L. Ward
dlw@michaelsward.com
Jennifer R. Seltenrich
jrs@michaelsward.com
MICHAELS & WARD, LLP
12 Post Office Square
Boston, Massachusetts 02109
(617) 350-4040

Dated: September 12, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, a true and correct copy of the foregoing Notice of Taking Deposition was filed electronically and served via facsimile on counsel of record.

_____
David L. Ward