UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE )<br>)<br>     Plaintiff, )<br>vs. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, )<br>And BRANT P. MCGETTRICK )<br>)<br>     Defendants. ) | Civil Action No.: 04 11409 NG |

## ASSENTED-TO MOTION TO EXTEND DISCOVERY DEADLINES AND SCHEDULING ORDER

Defendants respectfully submit this Assented-To Motion to Extend the Discovery Deadlines and to extend the dates for filing motions for summary judgment under the Scheduling Order. As grounds therefore, Defendants state that the depositions of the parties have not yet been taken. These depositions are currently set for the week of October 16-20, 2006, and will be completed in conformance with the date for completion of non-expert discovery. The date for completion of expert depositions, however, is currently set for October 20, 2006. Defendants will be prejudiced if they are required to submit expert reports and complete expert depositions prior to the completion of the fact witness depositions. The parties have complied with the dates for disclosure of experts and Plaintiff has produced a final expert report. The parties have not yet scheduled expert depositions.

Further, this is the parties' first request to extend the dates for filing motions for summary judgment. There is no trial date yet set for this case.

Defendants request that the deadlines be extended as follows:

1. The date for submission of Defendants' final expert report be moved to November 17, 2006;

2. The date for completion of expert depositions be moved to December 15, 2006;

3. The date for submission of Motions for Summary Judgment be moved to January 12, 2007.

4. The date for Oppositions to Motions for Summary Judgment be moved to February 9, 2007.

As no trial date has been set for this case, none of the parties will be prejudiced by extending the discovery deadlines and Scheduling order by one month. The parties will be prejudiced, however, if they do not have sufficient time to prepare and depose the expert witnesses.

WHEREFORE, Defendants request that the Court grant this Motion to Extend Discovery Deadlines and Scheduling Order as outlined above.

                Respectfully submitted,

                For the Defendants,
                THE DUCHESNEAU GROUP, INC.,
                DAVID MICHAEL DUCHESNEAU, and
                BRANT P. MCGETTRICK

                /s/ David L. Ward
                David L. Ward
                Jennifer R. Seltenrich, BBO #641144
                MICHAELS & WARD, LLP
                12 Post Office Square
                Boston, Massachusetts 02109
                (617) 350-4040

Assented-To:

/s/ Matthew J. Tuttle
Matthew J. Tuttle, BBO# 562758
Sara B. Davis, BBO# 648002
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

## CERTIFICATE OF SERVICE

    I hereby certify that on October 6, 2006, a true and correct copy of the foregoing Defendants' Assented-To Motion to Extend the Discovery Deadlines and Scheduling Order was delivered electronically to counsel of record.

                /s/ David L. Ward
                David L. Ward