UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, )<br>And BRANT P. MCGETTRICK )<br>)<br>Defendants. )<br>) | Civil Action No.: 04 11409 NG |

## DEFENDANTS' RULE 26 DISCLOSURE OF EXPERT TESTIMONY

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants The Duchesneau Group, Inc., David Michael Duchesneau and Brant P. McGettrick make the following disclosure of expert testimony:

1. Defendants identify Stephen Z. Frank to present expert testimony at the trial of this matter;

2. Attached hereto as <u>Exhibit A</u> is a summary of Mr. Frank's qualifications and relevant experience;

3. A copy of the Mr. Frank's expert report will be produced following the completion of fact witness discovery;

4. Mr. Moore is being compensated for his work on this matter at a rate of $300 per hour for review of documents, and $350 per hour for testimony.

Respectfully submitted,

For the Defendants,
THE DUCHESNEAU GROUP, INC.,
DAVID MICHAEL DUCHESNEAU, and
BRANT P. MCGETTRICK

/s/ David L. Ward
/s/ Jennifer R. Seltenrich
David L. Ward
Jennifer R. Seltenrich
MICHAELS & WARD, LLP
12 Post Office Square
Boston, Massachusetts 02109
(617) 350-4040

Dated: October 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, a true and correct copy of the foregoing Rule 26 Disclosure was filed electronically on counsel of record.

/s/ Jennifer R. Seltenrich
Jennifer R. Seltenrich