# EXHIBIT A

**Stephen Z. Frank, Esq.**
36 Ford's Crossing
Norwell, MA. 02061
Phone: 781-659-0286
Cell Phone: 617- 835-0511
E-Mail: steve_frank@comcast.net

**MEDIATOR – ARBITRATOR - LITIGATOR – EXPERT WITNESS**

**COMPLIANCE CONSULTANT**

## SUMMARY OF QUALIFICATIONS

- Extensive track record of consistent excellence in managing legal, regulatory and compliance affairs
- Broad experience in domestic/international, investment banking, brokerage, and trading operations
- Senior member of management team, guiding operations and management decisions on business development and strategic intent of the company
- Strong leader who motivates people, with an entrepreneurial spirit
- Successful in averting arbitration and litigation
- An excellent rapport with key regulatory bodies (e.g., NASD, SEC, State Regulators) and track record of success in periodic audits

## PROFESSIONAL EXPERIENCE

**Law Office of Stephen Z. Frank**                           **2004 - Present**

- Financial industry related legal and compliance services
- Services include: arbitrator, mediator, litigation, expert witness and compliance consultant assignments

**Detwiler, Mitchell, Fenton & Graves, Inc.**
(formerly **Fechtor, Detwiler & Co., Inc.**) (FEDE)
Boston, MA                                                 **1993 - 2004**
Chief Legal Officer and Chief Compliance Officer

FEDE is a full service Broker/Dealer, Merchant Bank & Investment Advisor.
Responsibilities included:

- Member of the Operating Committee responsible for all global business decisions.
- Chairperson of the Oversight/Risk Management Committee.
- Provided all internal legal services and supervise outside counsel.

DUCHESNEAU/PEARCE  00730

- Developed internal Corporate Finance Process, including prototype documentation, and monitoring; solicitation; and due diligence processes. Approve all offering documentation for Private Placements, PIPES, M&As, IPOs, Secondary Offerings and Fairness Opinions. Established Commitment Committee.
- Authored, implemented and managed Trading Manual, fully integrated daily monitoring system, risk management and audit process for the over-the-counter trading desk.
- Interim Retail Sales Manager (1995-1996): retained 80% of accounts of brokers that left, created apprenticeship program, hired RRs, managed sales training and client recruitment programs.
- Developed Soft Dollar, Suitability, and Risk Management Programs for Capital Markets platform.
- Developed fully integrated compliance program.
- Excellent rapport and working relationship with SEC, NASD and State regulators.
- Supervise the registration and reporting processes.

**Detwiler, Mitchell & Co.** (DMCD), Boston, MA                    **1999 - 2004**
     Senior Vice President, Chief Legal Officer and Secretary

DMCD is a publicly owned holding Company. Subsidiaries included: three (3) NASD registered B/Ds; a UK FSA registered B/D and a Boston Stock Exchange Floor Specialist. Responsibilities included
:

- Business development:  evaluation, negotiation, and incorporation of mergers and acquisitions.
- Corporate communications: public company SEC filings and press releases.
- Sarbanes-Oxley
- Evaluation and negotiation for D&O, E&O, Fidelity Bond coverage
- Member of the Management Committee determining company policy
- Provide all internal legal services and supervise outside counsel

**Hughes & Shontz, P.C.,** Norwell, MA                    1992 - 1993
     Litigation Attorney
- Concentration in investment and employment arbitration/litigation representing Broker/Dealers, Investors and Brokers

**Prudential Securities Inc.,**  New York, NY                    1991 - 1992
     Assistant General Counsel
- Conducted all phases of arbitrations
- Investor complaint analysis: investigation, evaluation, resolution
- Interface with Federal and State regulatory agencies

**OTHER EXPERIENCE**

**Bridge Café,** New York, NY                                             1983 - 1991
      General Manager
**Audits & Surveys, Inc.,** New York, NY                        1979 - 1983
      Project Director – Marketing Research

## REGISTRATIONS

**Series 4, 7, 24, 27, 53, 55, 63, 65 & 87.** (Maintained through America's Growth Capital LLC, a boutique investment banking firm, while on a long term consulting assignment )

**Trained Mediator** (Completed forty hour training in accordance with M.G.L. ch. 233 sec. 23C offered by Mediation Works Incorporated, Boston, MA.

**Admitted to practice law in MA, NY, NJ (NH pending)**

## EDUCATION

New York Law School, New York, NY                         Juris Doctor, 1991
Long Island University, C.W. Post Center,
Greenvale, NY , Cum Laude                                         B.A. Psychology, 1976

## INDUSTRY AFFILIATIONS /MEMBERSHIPS

- NASD Arbitrator and Chairperson
- National Continuing Education Program: (5+ years): author of textual material for required broker training
- SIA Legal and Compliance Division
- National Society for Compliance Professionals
- American Bar Association
- Massachusetts Bar Association
- Boston Bar Association

DUCHESNEAU/PEARCE  00732