UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, )<br>And BRANT P. MCGETTRICK )<br>)<br>Defendants. )<br>) | Civil Action No.: 04 11409 NG |

### DEFENDANTS' RULE 26 DISCLOSURE OF EXPERT TESTIMONY

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants The Duchesneau Group, Inc., David Michael Duchesneau and Brant P. McGettrick make the following disclosure of expert testimony:

1.  Defendants identify Scott Moore, Secure Financial Services, Inc., 137 Iroquois Avenue, Essex Junction, VT, to present expert testimony at the trial of this matter;

2.  Attached hereto as Exhibit A is a summary of Mr. Moore's qualifications including his relevant experience and training and a list of prior cases where he has testified as an expert witness;

3.  A copy of the analysis prepared by Mr. Moore in this matter is attached hereto as Exhibit B;

4.  Mr. Moore is being compensated for his work on this matter at a rate of $70 per hour for review of documents, and $500 per hour for testimony.

Respectfully submitted,

For the Defendants,
THE DUCHESNEAU GROUP, INC.,
DAVID MICHAEL DUCHESNEAU, and
BRANT P. MCGETTRICK

*/s/ Jennifer R. Seltenrich*
David L. Ward
Jennifer R. Seltenrich
MICHAELS & WARD, LLP
12 Post Office Square
Boston, Massachusetts  02109
(617) 350-4040

Dated: October 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, a true and correct copy of the foregoing Rule 26 Disclosure was filed electronically and served via facsimile on counsel of record.

*/s/ Jennifer R. Seltenrich*
Jennifer R. Seltenrich