# EXHIBIT A

**Scott J. Moore, Damages Expert**
**Secure Financial Services, Inc.**

137 Iroquois Avenue
Essex Junction, VT 05452
Phone: (802) 879-2077
Email: smoore@tradeanalysis.com

---

**Area of Expertise:**
- Damage Analysis and Interpretation

---

**Relevant Experience/Training:**
- Successfully completed SFS Securities Damages curriculum, June 2003
- Presenter/Trainer at the 2004 SFS user conference in New York City.
- Damages Expert testifying on internal process, procedures and interpretation of all product reports for NASD and NYSE arbitrations.

**Concentration in:**
- Account theory
- Option strategies
- Concentration analysis
- Commission analysis
- Comprehending Profit & Loss work products
    - Data origination
    - Calculation and formulas used in securities analysis preparation
    - Data interpretation, presentation and techniques
    - Uncovering trading patterns and trends
- Program capabilities
- Report customization
- Positioning supplemental reports for arbitration
    - Class action analysis
    - Option strategy analysis
- Monthly statement analysis
- Introduction and fluency in *Portfolio Perspective Interactive Edition*™

---

**NASD Arbitration Expert Witness:**

| | |
|---|---|
| Kessel v. Wachovia Securites | February 2004 |
| Hutson v. Morgan Stanley | April 2004 |
| Wright v. Morgan Stanley | April 2004 |
| Spinner v. UBS Financial Services, Inc. | April 2004 |
| Douglas v. Morgan Stanley | May 2004 |
| Cohen v. Morgan Stanley | July 2004 |
| Schwartz v. UBS Financial Services, Inc. | September 2004 |
| Linker v. Morgan Stanley | November 2004 |
| Wittkopf v. UBS Financial Services, Inc. | May 2005 |
| Krohn v Prudential | August 2005 |
| Mellon v UBS Financial Services, Inc. | September 2005 |
| Wehner v Morgan Stanley | November 2005 |
| Jahn v Smith Culver | December 2005 |
| Chambers v Morgan Stanley | January 2006 |
| Hoover v MH Meyerson | May 2006 |

DUCHESNEAU/PEARCE 00653