# EXHIBIT B

## Case Summary Report

**Account Name:** (Multiple Names)
**Account Number:** 382-64198-SBI, 382-64201-SBI
**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 12/2001

| Acct. Name | Acct. # | Securities | Bonds | Mutual Funds | CD's | CMO's | UIT's | LP's | Overall Trading P & L | Overall P & L |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESIREE PEARCE SEP IRA | 382-64198-SBI | ($116,817.08) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($116,817.73) | ($120,208.90) |
| 2 DESIREE PEARCE SEP IRA | 382-64201-SBI | ($114,169.55) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($114,215.89) | ($117,704.08) |
| | | ($230,986.63) | | | | | | | ($231,033.62) | ($237,912.98) |

Page 1 of 1

Note: Securities, Bonds, Mutual Funds, CD's, CMO's, UIT's and LP's reflect Net Out of Pocket. Overall Trading P&L reflects capital gains & losses only

## Case Summary Report

09/18/2006  9:48    Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00654

## Monthly Profit / (Loss)

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-84198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Month End | Mkt Val Sec Recvd | Deposits | Cash Tfr In | Mkt Val Sec Delv | Cash Withdrawn | Cash Tfr Out | Cum CR/DR | Month End Equity | Month P & L | Cum P & L | Margin Interest | Income | Misc CR/DR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03/31/2000 | | | $160,790.00 | | | | $160,790.00 | $130,143.66 | ($30,646.34) | ($30,646.34) | | $23.04 | ($1,028.00) |
| 2 | 04/30/2000 | | | | | | | $160,790.00 | $98,780.06 | ($31,363.60) | ($62,009.94) | | $149.11 | |
| 3 | 05/31/2000 | | | | | | | $160,790.00 | $88,120.23 | ($10,659.83) | ($72,669.77) | | $15.52 | |
| 4 | 06/30/2000 | | | | | | | $160,790.00 | $112,963.11 | $24,842.88 | ($47,826.89) | | $39.36 | |
| 5 | 07/31/2000 | | | | | | | $160,790.00 | $103,202.27 | ($9,760.84) | ($57,587.73) | | $16.40 | ($640.98) |
| 6 | 08/31/2000 | | | | | | | $160,790.00 | $122,949.60 | $19,747.33 | ($37,840.40) | | $10.32 | |
| 7 | 09/30/2000 | | | | | | | $160,790.00 | $114,627.70 | ($8,321.90) | ($46,162.30) | | $8.24 | |
| 8 | 10/31/2000 | | | | | | | $160,790.00 | $94,915.01 | ($19,712.69) | ($65,874.99) | | $5.91 | ($640.98) |
| 9 | 11/30/2000 | | | | | | | $160,790.00 | $63,501.84 | ($31,413.17) | ($97,288.16) | | $8.83 | |
| 10 | 12/31/2000 | | | | | | | $160,790.00 | $69,103.88 | $5,602.04 | ($91,686.12) | | $8.29 | |
| 11 | 01/31/2001 | | | | | | | $160,790.00 | $72,864.45 | $3,760.57 | ($87,925.55) | | $10.31 | ($511.17) |
| 12 | 02/28/2001 | | | | | | | $160,790.00 | $52,657.84 | ($20,206.61) | ($108,132.16) | | $2.92 | |
| 13 | 03/31/2001 | | | | | | | $160,790.00 | $43,626.87 | ($9,030.97) | ($117,163.13) | | $6.78 | |
| 14 | 04/30/2001 | | | | | | | $160,790.00 | $55,137.40 | $11,510.53 | ($105,652.60) | | $7.98 | ($373.97) |
| 15 | 05/31/2001 | | | | | | | $160,790.00 | $65,844.82 | $707.42 | ($104,945.18) | | $10.75 | |
| 16 | 06/30/2001 | | | | | | | $160,790.00 | $57,428.23 | $1,583.41 | ($103,361.77) | | $9.38 | |
| 17 | 07/31/2001 | | | | | | | $160,790.00 | $48,771.24 | ($8,656.99) | ($112,018.76) | | $12.11 | ($438.64) |
| 18 | 08/31/2001 | | | | | | | $160,790.00 | $42,061.21 | ($6,710.03) | ($118,728.79) | | $9.27 | |
| 19 | 09/30/2001 | | | | | | | $160,790.00 | $31,715.26 | ($10,345.95) | ($129,074.74) | | $6.74 | |
| 20 | 10/31/2001 | | | | | | | $160,790.00 | $35,496.78 | $3,781.52 | ($125,293.22) | | $4.74 | ($159.87) |
| 21 | 11/30/2001 | | | | ($39,936.20) | ($644.90) | | $120,208.90 | $0.00 | $5,084.32 | ($120,208.90) | | $1.30 | $35.14 |
| | | $0.00 | $0.00 | $160,790.00 | ($39,936.20) | ($644.90) | $0.00 | | | ($120,208.90) | ($120,208.90) | $0.00 | $367.30 | ($3,758.47) |

NOTE: Deposits include Beginning Cash Balance and Credit Adjustments.
Cash Withdrawn includes Taxes Withheld and Debit Adjustments.

## Monthly Profit / (Loss)

09/18/2006 9:47 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

Page 1 of 1

# Trade Transactions ROI - Detail Summary

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

## EQUITIES

| # | Description | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|
| 1 | 99 CENTS ONLY STORES | $14.85 | $0.00 | $14.85 | 3.0% |
| 2 | ABGENIX INC | ($11.87) | $0.00 | ($11.87) | -2.1% |
| 3 | ABOUT.COM INC | ($1,813.31) | $0.00 | ($1,813.31) | -91.3% |
| 4 | ACCREDO HEALTH INC | $56.80 | $0.00 | $56.80 | 17.7% |
| 5 | ACTIVE POWER INC | ($917.03) | $0.00 | ($917.03) | -84.4% |
| 6 | ACTIVE SOFTWARE INC | ($813.94) | $0.00 | ($813.94) | -57.5% |
| 7 | ADVANCED FIBRE COMMUNICATIONS INC | ($57.14) | $0.00 | ($57.14) | -14.4% |
| 8 | AFFYMETRIX INC | ($494.76) | $0.00 | ($494.76) | -71.9% |
| 9 | AGILE SOFTWARE CORP | ($806.21) | $0.00 | ($806.21) | -75.2% |
| 10 | ALBANY MOLECULAR RESEARCH | ($68.35) | $0.00 | ($68.35) | -29.4% |
| 11 | ALKERMES INC | ($2,184.17) | $0.00 | ($2,184.17) | -65.6% |
| 12 | ALTEON WEBSYSTEMS INC | $315.34 | $0.00 | $315.34 | 65.3% |
| 13 | AMERICAN HEALTHWAYS INC | $60.13 | $0.00 | $60.13 | 25.1% |
| 14 | ANDRX CORP | $131.79 | $0.00 | $131.79 | 12.4% |
| 15 | APPLIED MOLECULAR EVOLUTION INC | ($343.76) | $0.00 | ($343.76) | -56.4% |
| 16 | AREMISSOFT CORP | ($280.69) | $0.00 | ($280.69) | -98.2% |
| 17 | ARENA PHARMACEUTICALS INC | ($232.31) | $0.00 | ($232.31) | -42.0% |
| 18 | ARROWPOINT COMMUNICATIONS | $451.30 | $0.00 | $451.30 | 53.2% |
| 19 | ASPECT DEVELOPMENT INC | $219.21 | $0.00 | $219.21 | 14.5% |
| 20 | AURORA BIOSCIENCES CORP | ($361.29) | $0.00 | ($361.29) | -57.0% |
| 21 | BRITESMILE INC | ($75.09) | $0.00 | ($75.09) | -47.5% |
| 22 | CACHEFLOW INC | ($345.87) | $0.00 | ($345.87) | -41.3% |
| 23 | CALIFORNIA PIZZA KITCHEN INC | ($104.35) | $0.00 | ($104.35) | -35.9% |
| 24 | CAPSTONE TURBINE CORP | ($467.74) | $0.00 | ($467.74) | -86.8% |
| 25 | CELGENE CORP | ($97.13) | $0.00 | ($97.13) | -20.5% |
| 26 | CELL THERAPEUTICS INC NEW | ($66.96) | $0.00 | ($66.96) | -24.4% |
| 27 | CHAMPIONSHIP AUTO RACING TEAM INC | ($9.52) | $0.00 | ($9.52) | -3.8% |
| 28 | CHECKFREE HOLDINGS CORP | ($805.00) | $0.00 | ($805.00) | -85.0% |
| 29 | CITADEL COMMUNICATIONS CORP | ($280.80) | $0.00 | ($280.80) | -74.1% |

09/18/2006 9:47  Portfolio Perspective Interactive Edition™    Page 1 of 6
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00656

## Trade Transactions ROI - Detail Summary

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| Description | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|
| 30 CITRIX SYSTEMS INC | ($4,346.64) | $0.00 | ($4,346.64) | -49.0% |
| 31 COBALT NETWORKS INC | ($98.10) | $0.00 | ($98.10) | -16.1% |
| 32 CONSECO INC | ($293.28) | $0.00 | ($293.28) | -44.2% |
| 33 CORPORATE EXECUTIVE BRD CO | $88.08 | $0.00 | $88.08 | 7.6% |
| 34 COST PLUS INC | $45.89 | $0.00 | $45.89 | 8.4% |
| 35 COX RADIO INC CL A | $24.18 | $0.00 | $24.18 | 4.6% |
| 36 CRITICAL PATH INC | ($1,166.16) | $0.00 | ($1,166.16) | -95.5% |
| 37 CSG SYSTEMS INTL INC | ($1,728.49) | $0.00 | ($1,728.49) | -41.8% |
| 38 CV THERAPEUTICS INC | ($47.18) | $0.00 | ($47.18) | -14.7% |
| 39 CYMER INC | ($344.33) | $0.00 | ($344.33) | -54.8% |
| 40 DELANO TECHNOLOGY CORP | ($129.89) | $0.00 | ($129.89) | -20.7% |
| 41 DENDRITE INTL INC | $69.31 | $0.00 | $69.31 | 5.2% |
| 42 DIAMETRICS MEDICAL INC | ($172.52) | $0.00 | ($172.52) | -35.0% |
| 43 DIAMOND TECHNOLOGY PARTNERS INC CL A | ($608.88) | $0.00 | ($608.88) | -72.4% |
| 44 DIGEX INC CL A | ($1,823.37) | $0.00 | ($1,823.37) | -93.9% |
| 45 DIGITALTHINK INC | ($436.53) | $0.00 | ($436.53) | -71.4% |
| 46 DOCENT INC | ($569.46) | $0.00 | ($569.46) | -89.3% |
| 47 DUANE READE INC | ($47.00) | $0.00 | ($47.00) | -14.4% |
| 48 E TRADE GROUP INC | ($838.11) | $0.00 | ($838.11) | -42.5% |
| 49 E.PIPHANY INC | ($870.53) | $0.00 | ($870.53) | -90.6% |
| 50 ELANTEC SEMICONDUCTOR INC | ($99.21) | $0.00 | ($99.21) | -22.7% |
| 51 ELOYALTY CORP | ($1,147.41) | $0.00 | ($1,147.41) | -95.1% |
| 52 EMISPHERE TECHNOLOGIES INC | ($430.65) | $0.00 | ($430.65) | -46.4% |
| 53 EMMIS COMMUNICATIONS CORP CL A | ($13.52) | $0.00 | ($13.52) | -2.1% |
| 54 ENTERCOM COMMUNICATIONS CORP | ($17.12) | $0.00 | ($17.12) | -4.8% |
| 55 EXAR CORP | ($287.22) | $0.00 | ($287.22) | -35.3% |
| 56 EXCHANGE APPLICATIONS INC | ($852.98) | $0.00 | ($852.98) | -75.9% |
| 57 EXODUS COMMUNICATIONS INC | ($9,973.45) | $0.00 | ($9,973.45) | -78.2% |
| 58 EXTENSITY INC | ($956.00) | $0.00 | ($956.00) | -93.1% |
| 59 FIREPOND INC | ($192.80) | $0.00 | ($192.80) | -33.7% |

09/18/2006 9:47 Portfolio Perspective Interactive Edition™   Trade Transactions ROI - Detail Summary   Page 2 of 6
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00657

## Trade Transactions ROI - Detail Summary

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| Description | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|
| 60 FIRST HEALTH GROUP CORP | ($16.59) | $0.00 | ($16.59) | -6.3% |
| 61 FLEMING COMPANIES INC | ($14.00) | $0.40 | ($13.60) | -5.5% |
| 62 GEMSTAR INTL GRP LTD | ($4,549.23) | $0.00 | ($4,549.23) | -58.3% |
| 63 GOTO.COM INC | ($699.30) | $0.00 | ($699.30) | -52.9% |
| 64 GREAT PLAINS SOFTWARE INC | ($299.72) | $0.00 | ($299.72) | -62.4% |
| 65 HISPANIC BROADCASTING CORP | $52.09 | $0.00 | $52.09 | 13.5% |
| 66 HNC SOFTWARE INC | ($4,375.82) | $0.00 | ($4,375.82) | -81.2% |
| 67 HOTJOBS.COM INC | ($1,252.63) | $0.00 | ($1,252.63) | -77.4% |
| 68 IMCLONE SYS INC | ($521.21) | $0.00 | ($521.21) | -19.1% |
| 69 INDEPENDENT ENERGY HOLDING PLC ADR | ($1,415.78) | $0.00 | ($1,415.78) | -89.5% |
| 70 INFORMATICA CORP | ($1,069.12) | $0.00 | ($1,069.12) | -68.5% |
| 71 INFOSPACE.COM INC | ($7,728.69) | $0.00 | ($7,728.69) | -96.1% |
| 72 INTERNEURON PHARMACEUTICALS INC | ($47.04) | $0.00 | ($47.04) | -19.5% |
| 73 INTERWOVEN INC | ($1,584.13) | $0.00 | ($1,584.13) | -69.7% |
| 74 INVERNESS MEDICAL TECHNOLOGY | $13.80 | $0.00 | $13.80 | 5.7% |
| 75 IPRINT.COM INC | ($828.85) | $0.00 | ($828.85) | -92.0% |
| 76 KANA COMMUNICATIONS INC | ($462.31) | $0.00 | ($462.31) | -89.8% |
| 77 KEYNOTE SYSTEMS INC | ($942.93) | $0.00 | ($942.93) | -86.9% |
| 78 KINDRED HEALTHCARE INC | $7.69 | $0.00 | $7.69 | 3.3% |
| 79 LEGATO SYSTEM INC | ($1,167.04) | $0.00 | ($1,167.04) | -53.4% |
| 80 LEXICON GENETICS INC | ($230.50) | $0.00 | ($230.50) | -52.8% |
| 81 LIFEMINDERS.COM INC | ($1,349.46) | $0.00 | ($1,349.46) | -91.8% |
| 82 LINENS N THINGS INC | $82.08 | $0.00 | $82.08 | 8.3% |
| 83 LYCOS INC | ($439.65) | $0.00 | ($439.65) | -35.4% |
| 84 MACROMEDIA INC | ($147.22) | $0.00 | ($147.22) | -19.3% |
| 85 MACROVISION CORP | ($590.46) | $0.00 | ($590.46) | -38.9% |
| 86 MANUGISTICS GROUP INC | ($462.92) | $0.00 | ($462.92) | -62.7% |
| 87 MARVELL TECHNOLOGY GROUP LTD | $199.48 | $0.00 | $199.48 | 49.6% |
| 88 MCAFEE.COM CORP CL A | ($2,066.38) | $0.00 | ($2,066.38) | -93.5% |
| 89 MCDATA CORP | ($57.49) | $0.00 | ($57.49) | -22.1% |

DUCHESNEAU/PEARCE 00658

## Trade Transactions ROI - Detail Summary

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| | Description | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|
| 90 | MCDATA CORP CL A | $15.89 | $0.00 | $15.89 | 10.8% |
| 91 | MEDAREX INC | ($1,887.69) | $0.00 | ($1,887.69) | -77.3% |
| 92 | MEDIACOM COMMUNICATIONS CORP CL A | $143.04 | $0.00 | $143.04 | 33.5% |
| 93 | MEDQUIST INC | $1.89 | $0.00 | $1.89 | 0.9% |
| 94 | MERCURY INTERACTIVE CORP | ($1,633.73) | $0.00 | ($1,633.73) | -63.9% |
| 95 | MICREL INC | ($812.62) | $0.00 | ($812.62) | -53.3% |
| 96 | MICROMUSE INC | ($2,323.80) | $0.00 | ($2,323.80) | -69.8% |
| 97 | MICROTUNE INC | ($27.29) | $0.00 | ($27.29) | -13.4% |
| 98 | MULTILINK TECHNOLOGIES CORP CL A | ($67.49) | $0.00 | ($67.49) | -36.2% |
| 99 | MYPOINTS.COM INC | ($1,228.39) | $0.00 | ($1,228.39) | -91.5% |
| 100 | MYRIAD GENETICS INC | ($232.73) | $0.00 | ($232.73) | -51.6% |
| 101 | NAVISITE INC | ($2,027.63) | $0.00 | ($2,027.63) | -92.7% |
| 102 | NETCENTIVES INC | ($302.41) | $0.00 | ($302.41) | -63.3% |
| 103 | NETIQ CORP | ($267.64) | $0.00 | ($267.64) | -29.3% |
| 104 | NETRO CORP | ($1,167.25) | $0.00 | ($1,167.25) | -90.8% |
| 105 | NETWORK PLUS CORP | ($1,503.73) | $0.00 | ($1,503.73) | -93.8% |
| 106 | NEXTCARD INC | ($277.87) | $0.00 | ($277.87) | -65.9% |
| 107 | NIKU CORP | ($201.94) | $0.00 | ($201.94) | -56.2% |
| 108 | NUMERICAL TECHNOLOGIES INC | ($20.94) | $0.00 | ($20.94) | -5.2% |
| 109 | OAKLEY INC | ($65.40) | $0.00 | ($65.40) | -24.2% |
| 110 | ODYSSEY RE HOLDINGS CORP | ($12.88) | $0.25 | ($12.63) | -7.9% |
| 111 | OPTION CARE INC | ($24.59) | $0.00 | ($24.59) | -11.6% |
| 112 | PACIFIC SUNWEAR OF CALIF INC | ($164.12) | $0.00 | ($164.12) | -47.6% |
| 113 | PEGASUS COMMUNICATIONS CORP CL A | ($582.79) | $0.00 | ($582.79) | -66.6% |
| 114 | PEGASUS SYS INC | ($165.82) | $0.00 | ($165.82) | -29.1% |
| 115 | PEREGRINE SYSTEMS | ($2,158.81) | $0.00 | ($2,158.81) | -73.0% |
| 116 | POLYCOM INC | ($431.38) | $0.00 | ($431.38) | -33.3% |
| 117 | POWER INTEGRATIONS INC | ($717.36) | $0.00 | ($717.36) | -44.3% |
| 118 | PRAECIS PHARMACEUTICALS INC | ($152.96) | $0.00 | ($152.96) | -51.1% |
| 119 | PREDICTIVE SYSTEMS INC | ($1,051.95) | $0.00 | ($1,051.95) | -96.4% |

09/18/2006 9:47  Portfolio Perspective Interactive Edition™   Trade Transactions ROI - Detail Summary   Page 4 of 6
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00659

## Trade Transactions ROI - Detail Summary

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| Description | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|
| 120 PROBUSINESS SERVICES INC | ($105.01) | $0.00 | ($105.01) | -25.9% |
| 121 PROTEIN DESIGN LABS INC | $1,268.18 | $0.00 | $1,268.18 | 139.0% |
| 122 PROXICOM INC | ($880.61) | $0.00 | ($880.61) | -87.7% |
| 123 QUEST SOFTWARE INC | ($834.89) | $0.00 | ($834.89) | -26.7% |
| 124 RADIO ONE INC CL A | ($507.44) | $0.00 | ($507.44) | -30.7% |
| 125 RAZORFISH INC CL A | ($2,083.89) | $0.00 | ($2,083.89) | -87.4% |
| 126 READ RITE CORP | ($229.43) | $0.00 | ($229.43) | -42.1% |
| 127 RESEARCH IN MOTION LTD | $179.83 | $0.00 | $179.83 | 47.5% |
| 128 RETEK INC | $1,007.54 | $0.00 | $1,007.54 | 93.3% |
| 129 SABA SOFTWARE INC | $75.60 | $0.00 | $75.60 | 38.4% |
| 130 SAPIENT CORP | ($283.60) | $0.00 | ($283.60) | -63.2% |
| 131 SCIENT CORP | ($1,888.72) | $0.00 | ($1,888.72) | -97.7% |
| 132 SEEBEYOND TECHNOLOGY CORP | ($337.11) | $0.00 | ($337.11) | -60.3% |
| 133 SELECTICA INC | ($1,927.33) | $0.00 | ($1,927.33) | -92.9% |
| 134 SEMTECH CORP | $103.75 | $0.00 | $103.75 | 7.8% |
| 135 SIEBEL SYSTEMS INC | ($3,556.08) | $0.00 | ($3,556.08) | -55.0% |
| 136 SILICON IMAGE INC | ($1,541.26) | $0.00 | ($1,541.26) | -87.7% |
| 137 SMART FORCE PLC SPON ADR | ($529.65) | $0.00 | ($529.65) | -44.1% |
| 138 SOFTWARE.COM INC | ($666.49) | $0.00 | ($666.49) | -83.6% |
| 139 SONUS NETWORKS INC | ($138.84) | $0.00 | ($138.84) | -22.8% |
| 140 SPANISH BROADCASTING SYS CL A | $202.49 | $0.00 | $202.49 | 47.8% |
| 141 SPECTRASITE HOLDINGS INC | ($442.19) | $0.00 | ($442.19) | -89.7% |
| 142 SUNRISE ASSISTED LIVING INC | ($2.58) | $0.00 | ($2.58) | -0.6% |
| 143 SUPPORT.COM INC | ($743.23) | $0.00 | ($743.23) | -87.7% |
| 144 TIBCO SOFTWARE INC | ($5,114.07) | $0.00 | ($5,114.07) | -90.7% |
| 145 TITAN PHARMACEUTICALS INC | ($594.00) | $0.00 | ($594.00) | -86.1% |
| 146 TRANSMETA CORP | ($742.30) | $0.00 | ($742.30) | -93.7% |
| 147 TRANSWITCH CORP | ($746.72) | $0.00 | ($746.72) | -91.5% |
| 148 TRIZETTO GROUP INC | ($1,197.01) | $0.00 | ($1,197.01) | -86.9% |
| 149 UNITED THERAPEUTICS CORP | ($414.52) | $0.00 | ($414.52) | -83.8% |

09/18/2006 9:47 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.
Trade Transactions ROI - Detail Summary
Page 5 of 6

DUCHESNEAU/PEARCE 00660

## Trade Transactions ROI - Detail Summary

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| Description | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|
| 150 VARIAN SEMICONDUCTOR EQUIPMENT ASSOCS INC | ($331.09) | $0.00 | ($331.09) | -37.6% |
| 151 VENTIV HEALTH INC | ($214.87) | $0.00 | ($214.87) | -28.0% |
| 152 VERIO INC | ($195.18) | $0.00 | ($195.18) | -6.2% |
| 153 VERISIGN INC | ($2,567.34) | $0.00 | ($2,567.34) | -78.6% |
| 154 VERSATA INC | ($1,053.12) | $0.00 | ($1,053.12) | -86.2% |
| 155 VERTEX PHARMACEUTICALS INC | ($186.18) | $0.00 | ($186.18) | -50.5% |
| 156 VIANT INC | ($845.34) | $0.00 | ($845.34) | -78.4% |
| 157 VIGNETTE CORP | ($637.73) | $0.00 | ($637.73) | -59.1% |
| 158 VIRATA CORP | ($570.48) | $0.00 | ($570.48) | -82.9% |
| 159 WEBEX COMMUNICATIONS INC | $400.40 | $0.00 | $400.40 | 45.6% |
| 160 WESTWOOD ONE INC | ($78.00) | $0.00 | ($78.00) | -9.2% |
| 161 WILLIAMS SONOMA INC | $74.73 | $0.00 | $74.73 | 15.4% |
| 162 YAHOO INC | $21.01 | $0.00 | $21.01 | 4.1% |

09/18/2006 9:47 Portfolio Perspective Interactive Edition™  Trade Transactions ROI - Detail Summary  Page 8 of 6
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00661

## Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBJ
**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| | | | | **EQUITIES** | | | | | | | | |
| 1 | 11/09/2001 | 15.0000 | | 99 CENTS ONLY STORES | $33.000 U | $495.00 | | | CONFIRM; A/O 11/06/01 | | | |
| 2 | 11/20/2001 | | DELV | 15.0000 99 CENTS ONLY STORES | $33.990 | | $509.85 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 15.000 | 15.000 | | | | | | $14.85 | $0.00 | $14.85 | 3.0% |
| 3 | 01/23/2001 | 1.0000 | | ABGENIX INC | $39.247 | $39.25 | | | | | | |
| 4 | 03/02/2001 | 5.0000 | | ABGENIX INC | $36.000 | $180.00 | | | | | | |
| 5 | 03/08/2001 | 6.0000 | | ABGENIX INC | $31.989 | $191.94 | | | | | | |
| 6 | 03/12/2001 | 5.0000 | | ABGENIX INC | $32.199 | $161.00 | | | | | | |
| 7 | 11/20/2001 | | DELV | 17.0000 ABGENIX INC | $32.960 | | $560.32 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 17.000 | 17.000 | | | | | | ($11.87) | $0.00 | ($11.87) | -2.1% |
| 8 | 03/13/2000 | 23.0000 | | ABOUT.COM INC | $86.375 | $1,986.63 | | | PRIMEDIA INC | | | |
| 9 | 03/01/2001 | | | 23.0000 ABOUT.COM INC | | | | | ABOUT.COM INC | | | |
| 10 | 03/01/2001 | 53.0000 | | PRIMEDIA INC | | | | | CIL | | | |
| 11 | 03/01/2001 | | | 53.0000 PRIMEDIA INC | | | $8.20 | | | | | |
| 12 | 10/01/2001 | | | | $3.116 U | | $165.12 | | CONFIRM | | | |
| | | 76.000 | 76.000 | | | | | | ($1,813.31) | $0.00 | ($1,813.31) | -91.3% |
| 13 | 07/12/2001 | 10.0000 | | ACCREDO HEALTH INC | $32.150 U | $321.50 | | | CONFIRM | | | |
| 14 | 11/20/2001 | | DELV | 10.0000 ACCREDO HEALTH INC | $37.830 | | $378.30 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 10.000 | 10.000 | | | | | | $56.80 | $0.00 | $56.80 | 17.7% |
| 15 | 08/11/2000 | 15.0000 | | ACTIVE POWER INC | $45.360 | $680.40 | | | | | | |
| 16 | 09/13/2000 | 3.0000 | | ACTIVE POWER INC | $65.866 | $197.60 | | | | | | |
| 17 | 02/08/2001 | 5.0000 | | ACTIVE POWER INC | $19.511 | $97.56 | | | A/O 02/05/01 | | | |

09/18/2006 9:47 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00662

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Sld/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 02/12/2001 | 5.0000 | | ACTIVE POWER INC | $22.285 | $111.43 | | | A/O 02/06/01 | | | |
| 19 | 11/20/2001 | | DELV | 28.0000 ACTIVE POWER INC | $6.070 | | $169.96 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 28.000 | 28.000 | | | | | ($917.03) | $0.00 | ($917.03) | -84.4% |
| 20 | 05/15/2000 | 4.0000 | | ACTIVE SOFTWARE INC | $27.456 | $109.82 | | | | | | |
| 21 | 05/18/2000 | 10.0000 | | ACTIVE SOFTWARE INC | $28.216 | | | | CXL | | | |
| 22 | 05/19/2000 | 10.0000 | | ACTIVE SOFTWARE INC | $28.166 | $281.66 | | | A/O 05/15/00 | | | |
| 23 | 06/18/2000 | CXL | | 10.0000 ACTIVE SOFTWARE INC | $28.216 | | | | CXL; A/O 05/18/00 | | | |
| 24 | 05/26/2000 | | | 14.0000 ACTIVE SOFTWARE INC | $31.506 | | $441.06 | | | | | |
| 25 | 06/15/2000 | 4.0000 | | ACTIVE SOFTWARE INC | $67.017 | $268.07 | | | | | | |
| 26 | 07/03/2000 | 10.0000 | | ACTIVE SOFTWARE INC | $75.594 | $755.95 | | | | | | |
| 27 | 08/18/2000 | | | 14.0000 ACTIVE SOFTWARE INC | | | | | WEBMETHODS INC ACTIVE SOFTWARE INC | | | |
| 28 | 08/18/2000 | 7.0000 | | WEBMETHODS INC | | | | | | | | |
| 29 | 08/18/2000 | | | WEBMETHODS INC | | | $38.13 | | CIL | | | |
| 30 | 07/09/2001 | 5.0000 | | WEBMETHODS INC | $18.012 U | | $90.06 | | CONFIRM | | | |
| 31 | 07/10/2001 | 2.0000 | | WEBMETHODS INC | $16.153 U | | $32.31 | | CONFIRM | | | |
| | | 45.000 | 45.000 | | | | | | ($813.94) | $0.00 | ($813.94) | -57.5% |
| 32 | 01/31/2001 | 7.0000 | | ADVANCED FIBRE COMMUNICATIONS INC | $21.589 | $151.12 | | | | | | |
| 33 | 02/07/2001 | 5.0000 | | ADVANCED FIBRE COMMUNICATIONS INC | $24.819 | $124.10 | | | | | | |
| 34 | 02/09/2001 | 5.0000 | | ADVANCED FIBRE COMMUNICATIONS INC | $24.077 | $120.39 | | | | | | |
| 35 | 11/20/2001 | | DELV | 17.0000 ADVANCED FIBRE COMMUNICATIONS INC | $19.910 | | $338.47 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 17.000 | 17.000 | | | | | | ($57.14) | $0.00 | ($57.14) | -14.4% |
| 36 | 11/07/2000 | 5.0000 | | AFFYMETRIX INC | $77.462 | $387.31 | | | | | | |

Trade Transactions ROI

Page 2 of 39

09/18/2006 9:47 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00663

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 11/20/2000 | 4.0000 | | AFFYMETRIX INC | $75.312 | $301.25 | | | | | | |
| 38 06/26/2001 | | 2.0000 | AFFYMETRIX INC | $22.080 | | $44.16 | | | | | |
| 39 06/27/2001 | | 2.0000 | AFFYMETRIX INC | $22.000 | | $44.00 | | | | | |
| 40 06/28/2001 | | 3.0000 | AFFYMETRIX INC | $21.428 | | $64.29 | | | | | |
| 41 06/29/2001 | | 2.0000 | AFFYMETRIX INC | $20.677 | | $41.35 | | | | | |
| | 9.000 | 9.000 | | | | | | ($494.76) | $0.00 | ($494.76) | -71.9% |
| 42 03/13/2000 | 4.0000 | | AGILE SOFTWARE CORP | $127.250 | $509.00 | | | | | | |
| 43 03/22/2000 | 4.0000 | | AGILE SOFTWARE CORP | $56.374 | $553.74 | | | STOCK DIVIDEND | | | |
| 44 01/04/2001 | 10.0000 | | AGILE SOFTWARE CORP | $19.636 | | $98.18 | | | | | |
| 45 04/24/2001 | | 5.0000 | AGILE SOFTWARE CORP | $12.950 | | $168.35 | | | | | |
| 46 11/20/2001 | DELV | 13.0000 | AGILE SOFTWARE CORP | | | | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | 18.000 | 18.000 | | | | | | ($806.21) | $0.00 | ($806.21) | -75.2% |
| 47 05/24/2001 | 2.0000 | | ALBANY MOLECULAR RESEARCH | $32.925 | $65.85 | | | | | | |
| 48 05/31/2001 | 5.0000 | | ALBANY MOLECULAR RESEARCH | $33.400 | $167.00 | | | | | | |
| 49 11/20/2001 | DELV | 7.0000 | ALBANY MOLECULAR RESEARCH | $23.500 | | $164.50 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | 7.000 | 7.000 | | | | | | ($68.35) | $0.00 | ($68.35) | -29.4% |
| 50 03/13/2000 | 20.0000 | | ALKERMES INC | $166.375 | $3,327.50 | | | | | | |
| 51 05/18/2000 | 20.0000 | | ALKERMES INC | $31.187 | | $623.73 | | STOCK DIVIDEND | | | |
| 52 03/02/2001 | | 20.0000 | ALKERMES INC | $25.980 | | $519.60 | | | | | |
| 53 11/20/2001 | DELV | 20.0000 | ALKERMES INC | | | | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | 40.000 | 40.000 | | | | | | ($2,184.17) | $0.00 | ($2,184.17) | -65.6% |
| 54 05/08/2000 | 2.0000 | | ALTEON WEBSYSTEMS INC | $64.446 | $128.89 | | | | | | |

DUCHESNEAU/PEARCE 00664

# Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 06/10/2000 | 5.0000 | | ALTEON WEBSYSTEMS INC | $70.880 | $354.30 | | | NORTEL NETWORKS CORP NEW | | | |
| 56 | 10/10/2000 | | 7.0000 | ALTEON WEBSYSTEMS INC | | | | | ALTEON WEBSYSTEMS INC | | | |
| 57 | 10/10/2000 | 12.0000 | | NORTEL NETWORKS CORP NEW | | | | | | | | |
| 58 | 10/10/2000 | | | NORTEL NETWORKS CORP NEW | $62.259 | | $51.43 | | CIL | | | |
| 59 | 10/23/2000 | | 12.0000 | NORTEL NETWORKS CORP NEW | | | $747.10 | | | | $315.34 | 65.3% |
| | | 19.000 | 19.000 | | | | | | $316.34 | $0.00 | | |
| 60 | 06/26/2001 | 1.0000 | | AMERICAN HEALTHWAYS INC | $31.934 | $31.93 | | | CONFIRM | | | |
| 61 | 08/06/2001 | 3.0000 | | AMERICAN HEALTHWAYS INC | $34.812 U | $104.44 | | | CONFIRM | | | |
| 62 | 08/10/2001 | 3.0000 | | AMERICAN HEALTHWAYS INC | $34.482 U | $103.45 | | | | | | |
| 63 | 11/20/2001 | DELV | 7.0000 | AMERICAN HEALTHWAYS INC | $42.850 | | $299.95 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | $60.13 | 25.1% |
| | | 7.000 | 7.000 | | | | | | $60.13 | $0.00 | | |
| 64 | 03/13/2000 | 4.0000 | | ANDRX CORP | $108.625 | $434.50 | | | STOCK DIVIDEND | | | |
| 65 | 03/31/2000 | 5.0000 | | ANDRX CORP | $126.276 | $631.38 | | | STOCK DIVIDEND | | | |
| 66 | 04/07/2000 | 9.0000 | | ANDRX CORP | | | | | ANDRX GROUP | | | |
| 67 | 09/08/2000 | 2.0000 | | ANDRX CORP CYBEAR GROUP | | | | | ANDRX CORP | | | |
| 68 | 09/08/2000 | | 18.0000 | ANDRX CORP | | | | | CIL | | | |
| 69 | 09/08/2000 | 18.0000 | | ANDRX GROUP | | | $1.28 | | CYBEAR GROUP | | | |
| 70 | 09/08/2000 | | 2.0000 | ANDRX CORP CYBEAR GROUP | | | | | ANDRX CORP CYBEAR GROUP | | | |
| 71 | 09/27/2000 | 2.0000 | | CYBEAR GROUP | | | | | A/O 09/26/00 | | | |
| 72 | 09/27/2000 | | 2.0000 | CYBEAR GROUP | $2.268 | | $4.54 | | CONFIRM | | | |
| 73 | 09/29/2000 | 2.0000 | | CYBEAR GROUP | $63.000 U | | $440.99 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| 74 | 07/23/2001 | | 7.0000 | ANDRX GROUP | $68.260 | | $750.86 | | | | | |
| 75 | 11/20/2001 | DELV | 11.0000 | ANDRX GROUP | | | | | | | | |

09/18/2006 9:47  Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

Page 4 of 39

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 40.000 | 40.000 |  |  |  |  |  |  |  |  |  |
| 76 | 09/07/2000 | 20.0000 |  | APPLIED MOLECULAR EVOLUTION INC | $30.500 | $610.00 |  |  | $131.79 | $0.00 | $131.79 | 12.4% |
| 77 | 12/12/2000 |  | 20.0000 | APPLIED MOLECULAR EVOLUTION INC | $13.312 |  | $266.24 |  | A/O 12/07/00 |  |  |  |
|  |  | 20.000 | 20.000 |  |  |  |  |  |  |  |  |  |
| 78 | 05/29/2001 | 7.0000 |  | AREMISSOFT CORP | $13.770 | $96.39 |  |  | ($343.76) | $0.00 | ($343.76) | -56.4% |
| 79 | 05/30/2001 | 4.0000 |  | AREMISSOFT CORP | $14.380 | $57.44 |  |  |  |  |  |  |
| 80 | 05/31/2001 | 4.0000 |  | AREMISSOFT CORP | $14.420 | $57.68 |  |  |  |  |  |  |
| 81 | 06/01/2001 | 5.0000 |  | AREMISSOFT CORP | $14.840 | $74.20 |  |  |  |  |  |  |
| 82 | 09/20/2001 |  | 5.0000 | AREMISSOFT CORP | $0.400 U |  | $2.00 |  | CONFIRM; A/O 09/17/01 |  |  |  |
| 83 | 09/26/2001 |  | 11.0000 | AREMISSOFT CORP | $0.220 U |  | $2.42 |  | CONFIRM |  |  |  |
| 84 | 09/28/2001 |  | 4.0000 | AREMISSOFT CORP | $0.150 U |  | $0.60 |  | CONFIRM |  |  |  |
|  |  | 20.000 | 20.000 |  |  |  |  |  |  |  |  |  |
| 85 | 08/02/2000 | 19.0000 |  | ARENA PHARMACEUTICALS INC | $22.551 | $428.48 |  |  | ($280.69) | $0.00 | ($280.69) | -98.2% |
| 86 | 08/21/2000 | 5.0000 |  | ARENA PHARMACEUTICALS INC | $24.941 | $124.71 |  |  |  |  |  |  |
| 87 | 03/02/2001 |  | 5.0000 | ARENA PHARMACEUTICALS INC | $22.375 |  | $111.88 |  |  |  |  |  |
| 88 | 11/20/2001 | DELV |  | ARENA PHARMACEUTICALS INC | $11.000 |  | $209.00 |  | BLOOMBERG CLOSE; PAINE WEBBER INC |  |  |  |
|  |  | 24.000 | 24.000 |  |  |  |  |  |  |  |  |  |
| 89 | 04/05/2000 | 6.0000 |  | ARROWPOINT COMMUNICATIONS | $86.538 | $519.23 |  |  | ($232.31) | $0.00 | ($232.31) | -42.0% |
| 90 | 04/05/2000 | 4.0000 |  | ARROWPOINT COMMUNICATIONS | $82.343 | $329.37 |  |  | A/O 03/31/00 |  |  |  |
| 91 | 06/28/2000 |  | 10.0000 | ARROWPOINT COMMUNICATIONS |  |  |  |  | A/O 03/31/00 |  |  |  |
| 92 | 06/28/2000 | 21.0000 |  | CISCO SYS INC |  |  |  |  | CISCO SYS INC |  |  |  |
| 93 | 06/28/2000 |  |  | CISCO SYS INC |  |  | $13.64 |  | ARROWPOINT COMMUNICATIONS CIL |  |  |  |

DUCHESNEAU/PEARCE 00666

## Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBI
**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | 07/06/2000 | 21.0000 | | CISCO SYS INC | $61.252 | | $1,286.26 | | | | | |
| | | | 31.000 | | | | | | $451.30 | $0.00 | $451.30 | 53.2% |
| 95 | 03/13/2000 | 10.0000 | | ASPECT DEVELOPMENT INC | $151.000 | $1,510.00 | | | | | | |
| 96 | 03/16/2000 | 10.0000 | | ASPECT DEVELOPMENT INC | | | | | STOCK DIVIDEND | | | |
| 97 | 03/22/2000 | | 7.0000 | ASPECT DEVELOPMENT INC | $86.463 | | | | CXL; A/O 03/17/00 | | | |
| 98 | 03/23/2000 | 7.0000 | | CXL ASPECT DEVELOPMENT INC | $86.463 | | | | CXL; A/O 03/17/00 | | | |
| 99 | 03/24/2000 | 20.0000 | | ASPECT DEVELOPMENT INC | $86.463 | | $1,729.21 | | A/O 03/17/00 | | | |
| | | | 27.000 | | | | | | $219.21 | $0.00 | $219.21 | 14.5% |
| 100 | 03/17/2000 | 4.0000 | | AURORA BIOSCIENCES CORP | $71.115 | $284.46 | | | | | | |
| 101 | 03/20/2000 | 5.0000 | | AURORA BIOSCIENCES CORP | $69.932 | $349.66 | | | | | | |
| 102 | 12/28/2000 | 6.0000 | | AURORA BIOSCIENCES CORP | $30.608 | | $183.64 | | | | | |
| 103 | 01/05/2001 | 2.0000 | | AURORA BIOSCIENCES CORP | $30.139 | | $60.28 | | | | | |
| 104 | 01/08/2001 | 1.0000 | | AURORA BIOSCIENCES CORP | $28.910 | | $28.91 | | | | | |
| | | | 9.000 | | | | | | ($361.29) | $0.00 | ($361.29) | -57.0% |
| 105 | 06/13/2001 | 20.0000 | | BRITESMILE INC | $7.904 | $158.09 | | | A/O 06/08/01 | | | |
| 106 | 11/20/2001 | DELV | 20.0000 | BRITESMILE INC | $4.150 | | $83.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 20.000 | | | | | | ($75.09) | $0.00 | ($75.09) | -47.5% |
| 107 | 07/18/2000 | 5.0000 | | CACHEFLOW INC | $83.106 | $415.53 | | | A/O 07/13/00 | | | |
| 108 | 07/20/2000 | 5.0000 | | CACHEFLOW INC | $84.437 | $422.19 | | | | | | |
| 109 | 12/20/2000 | 8.0000 | | CACHEFLOW INC | $49.210 | | $393.67 | | | | | |
| 110 | 12/21/2000 | 2.0000 | | CACHEFLOW INC | $49.090 | | $98.18 | | A/O 12/18/00 | | | |
| | | | 10.000 | | | | | | ($345.87) | $0.00 | ($345.87) | -41.3% |

09/18/2006 8:47 Portfolio Perspective Interactive Edition™    Page 6 of 39
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00667