## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 111 | 02/09/2001 | 3.0000 | | CALIFORNIA PIZZA KITCHEN INC | $28.130 | $84.39 | | A/O 02/08/01 | | | | |
| 112 | 02/09/2001 | 2.0000 | | CALIFORNIA PIZZA KITCHEN INC | $27.671 | $55.34 | | A/O 02/08/01 | | | | |
| 113 | 02/12/2001 | 5.0000 | | CALIFORNIA PIZZA KITCHEN INC | $30.223 | $151.12 | | | | | | |
| 114 | 11/20/2001 | | DELV 10.0000 | CALIFORNIA PIZZA KITCHEN INC | $18.650 | | $186.50 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 10.000 | 10.000 | | | | | | ($104.35) | $0.00 | ($104.35) | -35.9% |
| 115 | 07/05/2000 | 10.0000 | | CAPSTONE TURBINE CORP | $35.670 | $356.70 | | | | | | |
| 116 | 10/16/2000 | 4.0000 | | CAPSTONE TURBINE CORP | $45.616 | $182.46 | | A/O 10/11/00 | | | | |
| 117 | 08/27/2001 | 6.0000 | | CAPSTONE TURBINE CORP | $5.234 U | | $31.40 | CONFIRM | | | | |
| 118 | 08/28/2001 | 8.0000 | | CAPSTONE TURBINE CORP | $5.002 U | | $40.02 | CONFIRM | | | | |
| | | 14.000 | 14.000 | | | | | | ($467.74) | $0.00 | ($467.74) | -86.8% |
| 119 | 05/04/2000 | 6.0000 | | CELGENE CORP | $46.692 | $280.16 | | | | | | |
| 120 | 05/05/2000 | 4.0000 | | CELGENE CORP | $48.542 | $194.17 | | A/O 05/01/00 | | | | |
| 121 | 11/20/2001 | | DELV 10.0000 | CELGENE CORP | $37.720 | | $377.20 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 10.000 | 10.000 | | | | | | ($97.13) | $0.00 | ($97.13) | -20.5% |
| 122 | 01/10/2001 | 7.0000 | | CELL THERAPEUTICS INC NEW | $39.265 | $274.86 | | | | | | |
| 123 | 11/20/2001 | | DELV 7.0000 | CELL THERAPEUTICS INC NEW | $29.700 | | $207.90 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 7.000 | 7.000 | | | | | | ($66.96) | $0.00 | ($66.96) | -24.4% |
| 124 | 03/13/2000 | 12.0000 | | CHAMPIONSHIP AUTO RACING TEAM INC | $20.750 | $249.00 | | | | | | |
| 125 | 04/17/2000 | 12.0000 | | CHAMPIONSHIP AUTO RACING TEAM INC | $19.957 | $239.48 | | | | | | |
| | | 12.000 | 12.000 | | | | | | ($9.52) | $0.00 | ($9.52) | -3.8% |
| 126 | 03/13/2000 | 10.0000 | | CHECKFREE HOLDINGS CORP | $94.760 | $947.50 | | | CHECKFREE HOLDINGS CORP | | | |
| 127 | 08/04/2000 | 10.0000 | | CHECKFREE CORP | | | | | | | | |

DUCHESNEAU/PEARCE 00668

# Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64196-SBI
**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | 08/04/2000 | | 10.0000 | CHECKFREE HOLDINGS CORP | | | | | | | | |
| 129 | 11/20/2001 | DELV | 10.0000 | CHECKFREE CORP | $14.250 | | $142.50 | | CHECKFREE CORP | | | |
| | | | 20.000 | | | | | | ($805.00) | $0.00 | ($805.00) | -85.0% |
| | | | | | | | | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| 130 | 03/13/2000 | 10.0000 | | CITADEL COMMUNICATIONS CORP | $37.875 | $378.75 | | | | | | |
| 131 | 12/15/2000 | | 5.0000 | CITADEL COMMUNICATIONS CORP | $9.520 | | $47.60 | | | | | |
| 132 | 12/18/2000 | | 5.0000 | CITADEL COMMUNICATIONS CORP | $10.069 | | $50.35 | | | | | |
| | | | 10.000 | | | | | | ($280.80) | $0.00 | ($280.80) | -74.1% |
| 133 | 03/13/2000 | 83.0000 | | CITRIX SYSTEMS INC | $106.875 | $8,870.63 | | | | | | |
| 134 | 03/14/2000 | | 5.0000 | CITRIX SYSTEMS INC | $107.390 | | $536.93 | | | | | |
| 135 | 04/04/2000 | | 20.0000 | CITRIX SYSTEMS INC | $75.560 | | $1,511.15 | | | | | |
| 136 | 05/08/2000 | | 11.0000 | CITRIX SYSTEMS INC | $45.070 | | $495.78 | | | | | |
| 137 | 05/09/2000 | | 9.0000 | CITRIX SYSTEMS INC | $45.790 | | $412.09 | | | | | |
| 138 | 05/11/2000 | | 10.0000 | CITRIX SYSTEMS INC | $42.054 | | $420.53 | | | | | |
| 139 | 06/13/2000 | | 10.0000 | CITRIX SYSTEMS INC | $52.227 | | $522.25 | | A/O 06/08/00 | | | |
| 140 | 06/14/2000 | | 11.0000 | CITRIX SYSTEMS INC | $42.062 | | $462.67 | | A/O 06/09/00 | | | |
| 141 | 06/15/2000 | | 7.0000 | CITRIX SYSTEMS INC | $23.231 | | $162.61 | | | | | |
| | | | 83.000 | | | | | | ($4,346.64) | $0.00 | ($4,346.64) | -49.0% |
| 142 | 04/25/2000 | 15.0000 | | COBALT NETWORKS INC | $40.588 | $608.82 | | | | | | |
| 143 | 12/11/2000 | | 15.0000 | COBALT NETWORKS INC | | | | | SUN MICROSYSTEMS INC | | | |
| 144 | 12/11/2000 | 15.0000 | | SUN MICROSYSTEMS INC | | | | | COBALT NETWORKS INC | | | |
| 145 | 12/15/2000 | | 15.0000 | SUN MICROSYSTEMS INC | $34.049 | | $510.72 | | | | | |
| | | | 30.000 | | | | | | ($98.10) | $0.00 | ($98.10) | -16.1% |

DUCHESNEAU/PEARCE 00669

# Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBI

**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Acr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 146 | 11/16/2000 | 55.0000 | | CONSECO INC | $8.353 | $469.42 | | | | | | |
| 147 | 12/12/2000 | 10.0000 | | CONSECO INC | $8.436 | $84.36 | | | | | | |
| 148 | 12/14/2000 | 13.0000 | | CONSECO INC | $9.170 | $119.22 | | | | | | |
| 149 | 11/20/2001 | DELV | 78.0000 | CONSECO INC | $4.740 | | $369.72 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
|  |  | 78.000 | 78.000 |  |  |  |  |  | ($293.28) | $0.00 | ($293.28) | -44.2% |
| 150 | 03/13/2000 | 15.0000 | | CORPORATE EXECUTIVE BRD CO | $50.875 | $763.13 | | | | | | |
| 151 | 09/21/2000 | 15.0000 | | CORPORATE EXECUTIVE BRD CO | $37.986 | $189.93 | | | STOCK DIVIDEND | | | |
| 152 | 01/03/2001 | 5.0000 | | CORPORATE EXECUTIVE BRD CO | $40.091 | $200.46 | | | | | | |
| 153 | 01/04/2001 | 5.0000 | | CORPORATE EXECUTIVE BRD CO | $31.040 | | $1,241.60 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| 154 | 11/20/2001 | DELV | 40.0000 | CORPORATE EXECUTIVE BRD CO |  |  |  |  |  |  |  |  |
|  |  | 40.000 | 40.000 |  |  |  |  |  | $88.08 | $0.00 | $88.08 | 7.6% |
| 155 | 03/13/2000 | 22.0000 | | COST PLUS INC | $20.375 | $448.25 | | | | | | |
| 156 | 10/10/2001 | 5.0000 | | COST PLUS INC | $20.188 U | $100.94 | | | CONFIRM | | | |
| 157 | 11/20/2001 | DELV | 27.0000 | COST PLUS INC | $22.040 | | $595.08 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
|  |  | 27.000 | 27.000 |  |  |  |  |  | $45.89 | $0.00 | $45.89 | 8.4% |
| 158 | 03/13/2000 | 6.0000 | | COX RADIO INC CL A | $69.937 | $419.63 | | | | | | |
| 159 | 05/25/2000 | 12.0000 | | COX RADIO INC CL A | $21.381 U | $106.81 | | | STOCK DIVIDEND | | | |
| 160 | 10/12/2001 | 5.0000 | | COX RADIO INC CL A | $23.940 | | $550.62 | | CONFIRM | | | |
| 161 | 11/20/2001 | DELV | 23.0000 | COX RADIO INC CL A |  |  |  |  | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
|  |  | 23.000 | 23.000 |  |  |  |  |  | $24.18 | $0.00 | $24.18 | 4.6% |
| 162 | 03/10/2000 | 11.0000 | | CRITICAL PATH INC | $111.000 | $1,221.00 | | | | | | |
| 163 | 01/24/2001 | 3.0000 | | CRITICAL PATH INC | $10.165 | | $30.50 | | | | | |

# Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 164 | 02/22/2001 | | 8.0000 | CRITICAL PATH INC | $3.043 | | $24.34 | | | | | |
| | | | 11.000 | | | | | | ($1,166.16) | $0.00 | ($1,166.16) | -95.5% |
| 165 | 03/13/2000 | 69.0000 | | CSG SYSTEMS INTL INC | $59.875 | $4,131.38 | | | | | | |
| 166 | 01/10/2001 | | 5.0000 | CSG SYSTEMS INTL INC | $42.919 | | $214.59 | | | | | |
| 167 | 03/02/2001 | | 5.0000 | CSG SYSTEMS INTL INC | $36.937 | | $184.68 | | | | | |
| 168 | 10/11/2001 | | 4.0000 | CSG SYSTEMS INTL INC | $40.308 U | | $161.22 | | | | | |
| 169 | 10/11/2001 | | 2.0000 | CSG SYSTEMS INTL INC | $40.076 U | | $80.15 | | CONFIRM | | | |
| 170 | 11/20/2001 | DELV | 53.0000 | CSG SYSTEMS INTL INC | $33.250 | | $1,762.25 | | CONFIRM | | | |
| | | | 69.000 | | | | | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | | | | | | | ($1,728.49) | $0.00 | ($1,728.49) | -41.8% |
| 171 | 12/26/2000 | 5.0000 | | CV THERAPEUTICS INC | $64.116 | $320.58 | | | | | | |
| 172 | 11/20/2001 | DELV | 5.0000 | CV THERAPEUTICS INC | $54.680 | | $273.40 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 5.000 | | | | | | ($47.18) | $0.00 | ($47.18) | -14.7% |
| 173 | 03/13/2000 | 11.0000 | | CYMER INC | $57.125 | $628.38 | | | | | | |
| 174 | 06/26/2001 | | 5.0000 | CYMER INC | $25.806 | | $129.03 | | | | | |
| 175 | 06/29/2001 | | 3.0000 | CYMER INC | $25.506 | | $76.52 | | | | | |
| 176 | 07/06/2001 | | 3.0000 | CYMER INC | $26.166 U | | $78.50 | | CONFIRM | | | |
| | | | 11.000 | | | | | | ($344.33) | $0.00 | ($344.33) | -54.8% |
| 177 | 03/13/2000 | 14.0000 | | DELANO TECHNOLOGY CORP | $44.750 | $626.50 | | | | | | |
| 178 | 03/29/2000 | | 14.0000 | DELANO TECHNOLOGY CORP | $35.473 | | $496.61 | | | | | |
| | | | 14.000 | | | | | | ($129.89) | $0.00 | ($129.89) | -20.7% |
| 179 | 03/13/2000 | 62.0000 | | DENDRITE INTL INC | $21.437 | $1,329.13 | | | | | | |
| 180 | 09/13/2000 | | 9.0000 | DENDRITE INTL INC | $26.223 | | $236.00 | | | | | |

# Trade Transactions ROI

## Trade Transactions ROI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

| # | Date | Bot/Rec Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 181 | 09/15/2000 | 17.0000 | DENDRITE INTL INC | $23.337 | | $396.73 | | | | | |
| 182 | 09/18/2000 | 3.0000 | DENDRITE INTL INC | $23.050 | | $69.15 | | | | | |
| 183 | 11/08/2000 | 33.0000 | DENDRITE INTL INC | $21.108 | | $698.56 | | | | | |
| | | 62.000 62.000 | | | | | | $69.31 | $0.00 | $69.31 | 5.2% |
| 184 | 03/13/2000 | 40.0000 | DIAMETRICS MEDICAL INC | $12.312 | $492.50 | | | | | | |
| 185 | 05/01/2000 | 40.0000 | DIAMETRICS MEDICAL INC | $8.000 | | $319.98 | | | | | |
| | | 40.000 40.000 | | | | | | ($172.52) | $0.00 | ($172.52) | -35.0% |
| 186 | 03/29/2000 | 10.0000 | DIAMOND TECHNOLOGY PARTNERS INC CL A | $84.046 | $840.47 | | | | | | |
| 187 | 12/12/2000 | 10.0000 | DIAMOND TECHNOLOGY PARTNERS INC CL A | $23.160 | | $231.59 | | | | | |
| | | 10.000 10.000 | | | | | | ($608.88) | $0.00 | ($608.88) | -72.4% |
| 188 | 03/13/2000 | 14.0000 | DIGEX INC CL A | $138.750 | $1,942.50 | | | STOCK DIVIDEND SPINOFF | | | |
| 189 | 07/11/2001 | 2.0000 | WORLDCOM INC WORLDCOM GROUP | $14.550 U | | $29.10 | | CONFIRM | | | |
| 190 | 07/18/2001 | 2.0000 | WORLDCOM INC WORLDCOM GROUP | | | | | STOCK DIVIDEND SPINOFF | | | |
| 191 | 07/30/2001 | 2.0000 | WORLDCOM INC WORLDCOM GROUP | $14.223 U | | $28.45 | | CONFIRM | | | |
| 192 | 08/08/2001 | 2.0000 | WORLDCOM INC WORLDCOM GROUP | | | | | | | | |
| 193 | 08/14/2001 | | WORLDCOM INC MCI GROUP | | | $1.21 | | CIL | | | |
| 194 | 08/14/2001 | | WORLDCOM INC MCI GROUP | | | $1.58 | | CIL | | | |
| 195 | 08/14/2001 | | WORLDCOM INC WORLDCOM GROUP | | | $8.41 | | CIL | | | |
| 196 | 08/14/2001 | | WORLDCOM INC WORLDCOM GROUP | | | $8.38 | | CIL | | | |
| 197 | 11/20/2001 | DELV 14.0000 | DIGEX INC CL A | $3.000 | | $42.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 18.000 18.000 | | | | | | ($1,823.37) | $0.00 | ($1,823.37) | -93.9% |
| 198 | 09/08/2000 | 10.0000 | DIGITALTHINK INC | $36.350 | $363.50 | | | | | | |

09/18/2006 9:47  Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

Page 11 of 39

DUCHESNEAU/PEARCE 00672

# Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBI
**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 199 | 10/31/2000 | 5.0000 | | DIGITALTHINK INC | $34.268 | $171.34 | | | | | | |
| 200 | 12/01/2000 | 5.0000 | | DIGITALTHINK INC | $16.338 | $76.69 | | | | | | |
| 201 | 11/20/2001 | DELV | 20.0000 | DIGITALTHINK INC | $8.750 | | $175.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 20.000 | 20.000 | | | | | | ($436.53) | $0.00 | ($436.53) | -71.4% |
| 202 | 11/06/2000 | 25.0000 | | DOCENT INC | $25.498 | $637.46 | | | | | | |
| 203 | 11/20/2001 | DELV | 25.0000 | DOCENT INC | $2.720 | | $68.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 25.000 | 25.000 | | | | | | ($569.46) | $0.00 | ($569.46) | -89.3% |
| 204 | 06/13/2001 | 3.0000 | | DUANE READE INC | $36.079 | $108.24 | | | | | | |
| 205 | 06/14/2001 | 1.0000 | | DUANE READE INC | $36.648 | $36.65 | | | | | | |
| 206 | 06/15/2001 | 5.0000 | | DUANE READE INC | $36.221 | $181.11 | | | | | | |
| 207 | 11/20/2001 | DELV | 9.0000 | DUANE READE INC | $31.000 | | $279.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 9.000 | 9.000 | | | | | | ($47.00) | $0.00 | ($47.00) | -14.4% |
| 208 | 03/10/2000 | 45.0000 | | E TRADE GROUP INC | $25.761 | $1,159.27 | | | | | | |
| 209 | 03/10/2000 | 25.0000 | | E TRADE GROUP INC | $25.761 | $644.04 | | | | | | |
| 210 | 03/13/2000 | 7.0000 | | E TRADE GROUP INC | $24.312 | $170.19 | | | | | | |
| 211 | 08/03/2000 | DELV | 77.0000 | E TRADE GROUP INC | $14.745 | | $1,135.39 | | ($838.11) | | | |
| | | 77.000 | 77.000 | | | | | | | $0.00 | ($838.11) | -42.5% |
| 212 | 06/23/2000 | 5.0000 | | E.PIPHANY INC | $105.750 | $528.75 | | | | | | |
| 213 | 10/06/2000 | 4.0000 | | E.PIPHANY INC | $62.880 | $251.52 | | | | | | |
| 214 | 10/12/2000 | 3.0000 | | E.PIPHANY INC | $60.149 | $180.45 | | | | | | |
| 215 | 11/17/2000 | 6.0000 | | E.PIPHANY INC | | | | | STOCK DIVIDEND | | | |
| 216 | 09/20/2001 | | 6.0000 | E.PIPHANY INC | $5.663 U | | $33.98 | | CONFIRM; A/O 09/17/01 | | | |

09/18/2006 9:47 Portfolio Perspective Interactive Edition™     Trade Transactions ROI     Page 12 of 39
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00673

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | 09/25/2001 | 5.0000 | | E.PIPHANY INC | $4.943 U | | $24.71 | | CONFIRM | | | |
| 218 | 09/26/2001 | 7.0000 | | E.PIPHANY INC | $4.500 U | | $31.50 | | CONFIRM | | | |
| | | 18.000 | 18.000 | | | | | | ($870.53) | $0.00 | ($870.53) | -90.6% |
| 219 | 01/18/2001 | 10.0000 | | ELANTEC SEMICONDUCTOR INC | $43.611 | $436.11 | | | | | | |
| 220 | 11/20/2001 | | DELV 10.0000 | ELANTEC SEMICONDUCTOR INC | $33.690 | | $336.90 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 10.000 | 10.000 | | | | | | ($99.21) | $0.00 | ($99.21) | -22.7% |
| 221 | 03/13/2000 | 38.0000 | | ELOYALTY CORP | $31.750 | $1,206.50 | | | | | | |
| 222 | 06/07/2001 | | 8.0000 | ELOYALTY CORP | $1.940 | | $15.52 | | | | | |
| 223 | 06/12/2001 | | 15.0000 | ELOYALTY CORP | $1.790 | | $26.85 | | | | | |
| 224 | 06/13/2001 | | 8.0000 | ELOYALTY CORP | $1.135 | | $9.09 | | | | | |
| 225 | 06/13/2001 | | 7.0000 | ELOYALTY CORP | $1.080 | | $7.63 | | | | | |
| | | 38.000 | 38.000 | | | | | | ($1,147.41) | $0.00 | ($1,147.41) | -95.1% |
| 226 | 03/20/2000 | 10.0000 | | EMISPHERE TECHNOLOGIES INC | $65.863 | $658.63 | | | | | | |
| 227 | 03/23/2000 | 5.0000 | | EMISPHERE TECHNOLOGIES INC | $54.094 | $270.47 | | | | | | |
| 228 | 09/11/2000 | | 15.0000 | EMISPHERE TECHNOLOGIES INC | $33.231 | | $498.45 | | | | | |
| | | 15.000 | 15.000 | | | | | | ($430.65) | $0.00 | ($430.65) | -46.4% |
| 229 | 03/13/2000 | 23.0000 | | EMMIS COMMUNICATIONS CORP CL A | $28.625 | $658.38 | | | | | | |
| 230 | 01/10/2001 | | 11.0000 | EMMIS COMMUNICATIONS CORP CL A | $30.040 | | $330.43 | | | | | |
| 231 | 01/11/2001 | | 8.0000 | EMMIS COMMUNICATIONS CORP CL A | $26.760 | | $214.07 | | | | | |
| 232 | 01/12/2001 | | 4.0000 | EMMIS COMMUNICATIONS CORP CL A | $25.090 | | $100.36 | | | | | |
| | | 23.000 | 23.000 | | | | | | ($13.52) | $0.00 | ($13.52) | -2.1% |
| 233 | 03/13/2000 | 8.0000 | | ENTERCOM COMMUNICATIONS CORP | $45.000 | $360.00 | | | | | | |

## Trade Transactions ROI

09/18/2006 8:47 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

Page 13 of 39

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 234 11/20/2001 | DELV | 8.0000 | ENTERCOM COMMUNICATIONS CORP | $42.860 | | $342.88 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 8.000 | | | | | | ($17.12) | $0.00 | ($17.12) | -4.8% |
| 235 05/05/2000 | 5.0000 | | EXAR CORP | $82.698 | $413.49 | | | | | | |
| 236 10/25/2000 | 5.0000 | | EXAR CORP | $26.681 | | | | STOCK DIVIDEND | | | |
| 237 02/16/2001 | 15.0000 | | EXAR CORP | $21.060 | $400.23 | | | | | | |
| 238 11/20/2001 | DELV | 25.0000 | EXAR CORP | | | $526.50 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 25.000 | | | | | | ($287.22) | $0.00 | ($287.22) | -35.3% |
| 239 03/13/2000 | 11.0000 | | EXCHANGE APPLICATIONS INC | $102.125 | $1,123.38 | | | | | | |
| 240 03/23/2000 | 11.0000 | | EXCHANGE APPLICATIONS INC | $12.291 | | $245.82 | | STOCK DIVIDEND | | | |
| 241 05/03/2000 | 20.0000 | | EXCHANGE APPLICATIONS INC | $12.296 | | $24.58 | | A/O 04/28/00 | | | |
| 242 05/04/2000 | 2.0000 | | EXCHANGE APPLICATIONS INC | | | | | | | | |
| | | 22.000 | | | | | | ($852.98) | $0.00 | ($852.98) | -75.9% |
| 243 03/13/2000 | 84.0000 | | EXODUS COMMUNICATIONS INC | $151.875 | $12,757.50 | | | | | | |
| 244 03/27/2000 | | 3.0000 | EXODUS COMMUNICATIONS INC | $160.805 | | $482.40 | | A/O 04/24/00 | | | |
| 245 04/27/2000 | | 5.0000 | EXODUS COMMUNICATIONS INC | $87.600 | | $437.98 | | STOCK DIVIDEND | | | |
| 246 06/26/2000 | 76.0000 | | EXODUS COMMUNICATIONS INC | | | | | | | | |
| 247 10/05/2000 | | 6.0000 | EXODUS COMMUNICATIONS INC | $50.239 | | $301.43 | | A/O 10/02/00 | | | |
| 248 12/28/2000 | | 46.0000 | EXODUS COMMUNICATIONS INC | $22.308 | | $1,026.17 | | | | | |
| 249 03/02/2001 | | 30.0000 | EXODUS COMMUNICATIONS INC | $14.687 | | $440.62 | | | | | |
| 250 06/26/2001 | | 70.0000 | EXODUS COMMUNICATIONS INC | $1.363 | | $95.45 | | A/O 06/21/01 | | | |
| | 160.000 | 160.000 | | | | | | ($9,973.45) | $0.00 | ($9,973.45) | -78.2% |
| 251 03/13/2000 | 12.0000 | | EXTENSITY INC | $57.375 | $688.50 | | | | | | |

DUCHESNEAU/PEARCE 00675

# Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBI
**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 252 | 03/28/2000 | 3.0000 | | EXTENSITY INC | $49.816 | $149.45 | | | A/O 03/23/00 | | | |
| 253 | 04/13/2000 | 3.0000 | | EXTENSITY INC | $26.252 | $75.76 | | | A/O 04/10/00 | | | |
| 254 | 08/09/2000 | 5.0000 | | EXTENSITY INC | $22.550 | $112.75 | | | | | | |
| 255 | 07/24/2001 | | 4.0000 | EXTENSITY INC | $3.350 U | | $13.40 | | CONFIRM | | | |
| 256 | 08/03/2001 | | 19.0000 | EXTENSITY INC | $3.003 U | | $57.06 | | CONFIRM | | | |
| | | 23.000 | 23.000 | | | | | | ($956.00) | $0.00 | ($956.00) | -93.1% |
| 257 | 03/13/2000 | 8.0000 | | FIREPOND INC | $71.500 | $572.00 | | | | | | |
| 258 | 03/27/2000 | | 8.0000 | FIREPOND INC | $47.402 | | $379.20 | | | | | |
| | | 8.000 | 8.000 | | | | | | ($192.80) | $0.00 | ($192.80) | -33.7% |
| 259 | 05/25/2001 | 5.0000 | | FIRST HEALTH GROUP CORP | $52.897 | $264.49 | | | | | | |
| 260 | 06/29/2001 | 5.0000 | | FIRST HEALTH GROUP CORP | | | | | STOCK DIVIDEND | | | |
| 261 | 11/20/2001 | | DELV 10.0000 | FIRST HEALTH GROUP CORP | $24.790 | | $247.90 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 10.000 | 10.000 | | | | | | ($16.59) | $0.00 | ($16.59) | -6.3% |
| 262 | 03/02/2001 | 10.0000 | | FLEMING COMPANIES INC | $24.800 | $248.00 | | | | | | |
| 263 | 06/08/2001 | | | FLEMING COMPANIES INC | | | $0.20 | | DIVIDEND | | | |
| 264 | 09/10/2001 | | | FLEMING COMPANIES INC | | | $0.20 | | DIVIDEND | | | |
| 265 | 11/20/2001 | | DELV 10.0000 | FLEMING COMPANIES INC | $23.500 | | $235.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 10.000 | 10.000 | | | | | | ($14.00) | $0.40 | ($13.60) | -5.5% |
| 266 | 03/13/2000 | 91.0000 | | GEMSTAR INTL GRP LTD | $85.750 | $7,803.25 | | | | | | |
| 267 | 04/12/2000 | 15.0000 | | GEMSTAR INTL GRP LTD | $69.396 | $1,040.90 | | | | | | |
| 268 | 07/14/2000 | 76.0000 | | GEMSTAR INTL GRP LTD | | | | | GEMSTAR TV GUIDE INTL INC | | | |
| 269 | 07/14/2000 | 76.0000 | | GEMSTAR TV GUIDE INTL INC | | | | | GEMSTAR INTL GRP LTD | | | |

09/18/2006 9:47   Portfolio Perspective Interactive Edition™   Page 15 of 39
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00676

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 270 | 06/08/2001 | | 15.0000 | GEMSTAR TV GUIDE INTL INC | $40.628 | | $609.43 | | | | | |
| 271 | 11/20/2001 | DELV | 61.0000 | GEMSTAR TV GUIDE INTL INC | $26.290 | | $1,603.69 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 167.000 | | | | | | ($4,549.23) | $0.00 | ($4,549.23) | -58.3% |
| | | | 167.000 | | | | | | | | | |
| 272 | 03/13/2000 | | 27.0000 | GOTO.COM INC | $49.000 | $1,323.00 | | | | | | |
| 273 | 10/09/2001 | | 27.0000 | GOTO.COM INC | | | | | OVERTURE SVCS INC | | | |
| 274 | 10/09/2001 | | 27.0000 | OVERTURE SVCS INC | | | | | GOTO.COM INC | | | |
| 275 | 11/20/2001 | DELV | 27.0000 | OVERTURE SVCS INC | $23.100 | | $623.70 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 54.000 | | | | | | ($699.30) | $0.00 | ($699.30) | -52.9% |
| | | | 54.000 | | | | | | | | | |
| 276 | 03/13/2000 | | 9.0000 | GREAT PLAINS SOFTWARE INC | $53.375 | $480.38 | | | | | | |
| 277 | 06/23/2000 | | 9.0000 | GREAT PLAINS SOFTWARE INC | $20.074 | | $180.66 | | | | | |
| | | | 9.000 | | | | | | ($299.72) | $0.00 | ($299.72) | -62.4% |
| | | | 9.000 | | | | | | | | | |
| 278 | 10/16/2001 | | 20.0000 | HISPANIC BROADCASTING CORP | $19.316 U | $386.31 | | | CONFIRM; A/O 10/11/01 | | | |
| 279 | 11/20/2001 | DELV | 20.0000 | HISPANIC BROADCASTING CORP | $21.920 | | $438.40 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 20.000 | | | | | | $52.09 | $0.00 | $52.09 | 13.5% |
| | | | 20.000 | | | | | | | | | |
| 280 | 03/13/2000 | | 49.0000 | HNC SOFTWARE INC | $110.000 | $5,390.00 | | | | | | |
| 281 | 10/22/2001 | | 5.0000 | HNC SOFTWARE INC | $20.747 U | | $103.74 | | CONFIRM | | | |
| 282 | 10/24/2001 | | 8.0000 | HNC SOFTWARE INC | $19.807 U | | $158.45 | | CONFIRM | | | |
| 283 | 10/30/2001 | | 9.0000 | HNC SOFTWARE INC | $18.665 U | | $167.98 | | CONFIRM | | | |
| 284 | 11/20/2001 | DELV | 27.0000 | HNC SOFTWARE INC | $21.630 | | $584.01 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 49.000 | | | | | | ($4,375.82) | $0.00 | ($4,375.82) | -81.2% |
| | | | 49.000 | | | | | | | | | |
| 285 | 03/15/2000 | | 8.0000 | HOTJOBS.COM INC | $31.821 | $254.58 | | | A/O 03/10/00 | | | |
| 286 | 03/17/2000 | | 10.0000 | HOTJOBS.COM INC | $30.000 | $300.00 | | | | | | |

09/18/2006 9:47 Portfolio Perspective Interactive Edition™
Prepared By: Secura Financial Services, Inc.

DUCHESNEAU/PEARCE 00677

## Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBI

**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Sld/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 287 | 03/22/2000 | 12.0000 | | HOTJOBS.COM INC | $30.411 | $364.94 | | | | | | |
| 288 | 03/23/2000 | 20.0000 | | HOTJOBS.COM INC | $27.486 | $549.72 | | | | | | |
| 289 | 03/29/2000 | 5.0000 | | HOTJOBS.COM INC | $29.734 | $148.67 | | | | | | |
| 290 | 11/06/2001 | | 3.0000 | HOTJOBS.COM INC | $5.245 U | | $16.74 | | CONFIRM | | | |
| 291 | 11/08/2001 | | 21.0000 | HOTJOBS.COM INC | $6.193 U | | $130.06 | | CONFIRM | | | |
| 292 | 11/20/2001 | DELV | 31.0000 | HOTJOBS.COM INC | $7.080 | | $219.48 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 55.000 | 55.000 | | | | | | ($1,252.63) | $0.00 | ($1,252.63) | -77.4% |
| 293 | 03/13/2000 | 20.0000 | | IMCLONE SYS INC | $136.625 | $2,732.50 | | | | | | |
| 294 | 10/19/2000 | 20.0000 | | IMCLONE SYS INC | | | | | STOCK DIVIDEND | | | |
| 295 | 04/30/2001 | | 5.0000 | IMCLONE SYS INC | $37.957 | | $189.78 | | | | | |
| 296 | 05/01/2001 | | 4.0000 | IMCLONE SYS INC | $39.013 | | $156.04 | | | | | |
| 297 | 05/02/2001 | | 2.0000 | IMCLONE SYS INC | $39.128 | | $78.25 | | | | | |
| 298 | 05/03/2001 | | 6.0000 | IMCLONE SYS INC | $40.807 | | $244.84 | | A/O 04/30/01 | | | |
| 299 | 11/20/2001 | DELV | 23.0000 | IMCLONE SYS INC | $67.060 | | $1,542.38 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 40.000 | 40.000 | | | | | | ($521.21) | $0.00 | ($521.21) | -19.1% |
| 300 | 03/13/2000 | 16.0000 | | INDEPENDENT ENERGY HOLDING PLC ADR | $54.375 | $870.00 | | | | | | |
| 301 | 04/04/2000 | 15.0000 | | INDEPENDENT ENERGY HOLDING PLC ADR | $47.423 | $711.36 | | | | | | |
| 302 | 08/17/2000 | | 20.0000 | INDEPENDENT ENERGY HOLDING PLC ADR | $5.883 | | $117.66 | | | | | |
| 303 | 08/21/2000 | | 11.0000 | INDEPENDENT ENERGY HOLDING PLC ADR | $4.356 | | $47.92 | | | | | |
| | | 31.000 | 31.000 | | | | | | ($1,415.78) | $0.00 | ($1,415.78) | -89.5% |
| 304 | 03/13/2000 | 9.0000 | | INFORMATICA CORP | $88.125 | $793.13 | | | | | | |
| 305 | 06/20/2000 | 5.0000 | | INFORMATICA CORP | $70.360 | $351.80 | | | | | | |

DUCHESNEAU/PEARCE 00678