# Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBI

**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 306 | 06/26/2000 | 5.0000 | | INFORMATICA CORP | $69.479 | $347.40 | | | | | | |
| 307 | 12/19/2000 | 19.0000 | | INFORMATICA CORP | | | | | STOCK DIVIDEND | | | |
| 308 | 08/01/2001 | 2.0000 | | INFORMATICA CORP | $8.304 U | $16.61 | | | CONFIRM | | | |
| 309 | 08/09/2001 | 5.0000 | | INFORMATICA CORP | $10.406 U | $52.03 | | | CONFIRM | | | |
| 310 | 11/20/2001 | | DELV 45.0000 | INFORMATICA CORP | $10.930 | | $491.85 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 45.000 | 45.000 | | | | | | ($1,089.12) | $0.00 | ($1,089.12) | -68.5% |
| 311 | 03/13/2000 | 32.0000 | | INFOSPACE.COM INC | $251.375 | $8,044.00 | | | | | | |
| 312 | 04/12/2000 | 32.0000 | | INFOSPACE.COM INC | | | | | STOCK DIVIDEND | | | |
| 313 | 01/26/2001 | 30.0000 | | INFOSPACE INC | $6.009 | | $180.26 | | | | | |
| 314 | 02/08/2001 | 16.0000 | | INFOSPACE INC | $4.300 | | $68.80 | | A/O 02/05/01 | | | |
| 315 | 02/09/2001 | 18.0000 | | INFOSPACE INC | $3.680 | | $66.25 | | A/O 02/06/01 | | | |
| | | 64.000 | 64.000 | | | | | | ($7,728.69) | $0.00 | ($7,728.69) | -96.1% |
| 316 | 06/11/2001 | 6.0000 | | INTERNEURON PHARMACEUTICALS INC | $8.550 | $51.30 | | | | | | |
| 317 | 06/12/2001 | 3.0000 | | INTERNEURON PHARMACEUTICALS INC | $8.932 | $26.80 | | | | | | |
| 318 | 06/15/2001 | 5.0000 | | INTERNEURON PHARMACEUTICALS INC | $8.447 | $42.24 | | | | | | |
| 319 | 06/19/2001 | 15.0000 | | INTERNEURON PHARMACEUTICALS INC | $8.028 | $120.42 | | | | | | |
| 320 | 11/20/2001 | | DELV 29.0000 | INTERNEURON PHARMACEUTICALS INC | $6.680 | | $193.72 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 29.000 | 29.000 | | | | | | ($47.04) | $0.00 | ($47.04) | -19.5% |
| 321 | 03/13/2000 | 14.0000 | | INTERWOVEN INC | $146.937 | $2,057.13 | | | | | | |
| 322 | 07/19/2000 | 14.0000 | | INTERWOVEN INC | | | | | STOCK DIVIDEND | | | |
| 323 | 01/05/2001 | 28.0000 | | INTERWOVEN INC | | | | | STOCK DIVIDEND | | | |
| 324 | 04/20/2001 | 9.0000 | | INTERWOVEN INC | $10.843 | $97.59 | | | | | | |

DUCHESNEAU/PEARCE 00679

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 325 | 09/20/2001 | 4.0000 | | INTERWOVEN INC | $5.705 U | $22.82 | | | CONFIRM; A/O 09/17/01 | | | |
| 326 | 09/24/2001 | 8.0000 | | INTERWOVEN INC | $5.532 U | $44.26 | | | CONFIRM | | | |
| 327 | 09/25/2001 | 6.0000 | | INTERWOVEN INC | $6.719 U | $34.31 | | | CONFIRM | | | |
| 328 | 09/26/2001 | 3.0000 | | INTERWOVEN INC | $5.053 U | $15.16 | | | CONFIRM | | | |
| 329 | 11/20/2001 | DELV | 86.0000 | INTERWOVEN INC | $7.990 | | $687.14 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 86.000 | 86.000 | | | | | | ($1,584.13) | $0.00 | ($1,584.13) | -69.7% |
| 330 | 12/05/2000 | 7.0000 | | INVERNESS MEDICAL TECHNOLOGY | $34.385 | $240.66 | | | | | | |
| 331 | 05/29/2001 | | 7.0000 | INVERNESS MEDICAL TECHNOLOGY | $36.338 | | $254.36 | | | | | |
| | | 7.000 | 7.000 | | | | | | $13.80 | $0.00 | $13.80 | 5.7% |
| 332 | 03/17/2000 | 35.0000 | | IPRINT.COM INC | $22.225 | $777.86 | | | | | | |
| 333 | 03/22/2000 | 4.0000 | | IPRINT.COM INC | $17.425 | $69.70 | | | | | | |
| 334 | 03/22/2000 | 2.0000 | | IPRINT.COM INC | $18.375 | $36.75 | | | | | | |
| 335 | 03/23/2000 | 1.0000 | | IPRINT.COM INC | $16.401 | $16.40 | | | | | | |
| 336 | 10/20/2000 | | 4.0000 | IPRINT.COM INC | $2.000 | | $8.00 | | A/O 03/17/00 | | | |
| 337 | 10/20/2000 | | 36.0000 | IPRINT.COM INC | $1.687 | | $60.75 | | A/O 10/17/00 | | | |
| 338 | 10/24/2000 | | 2.0000 | IPRINT.COM INC | $1.562 | | $3.13 | | | | | |
| | | 42.000 | 42.000 | | | | | | ($828.85) | $0.00 | ($828.85) | -92.0% |
| 339 | 10/25/2000 | 20.0000 | | KANA COMMUNICATIONS INC | $25.731 | $514.63 | | | | | | |
| 340 | 03/09/2001 | 10.0000 | | KANA COMMUNICATIONS INC | $3.000 | | $30.00 | | A/O 03/06/01 | | | |
| 341 | 03/13/2001 | 1.0000 | | KANA COMMUNICATIONS INC | $2.750 | | $2.75 | | | | | |
| 342 | 03/14/2001 | 3.0000 | | KANA COMMUNICATIONS INC | $2.363 | | $7.09 | | | | | |
| 343 | 03/15/2001 | 5.0000 | | KANA COMMUNICATIONS INC | $2.065 | | $10.33 | | | | | |

DUCHESNEAU/PEARCE 00680

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 344 | 03/16/2001 | | 1.0000 | KANA COMMUNICATIONS INC | $2.151 | | $2.15 | | | | | |
| | | 20.000 | 20.000 | | | | | | | | | |
| 345 | 03/13/2000 | 7.0000 | | KEYNOTE SYSTEMS INC | $155.000 | $1,085.00 | | | ($462.31) | $0.00 | ($462.31) | -89.8% |
| 346 | 10/16/2000 | 4.0000 | | KEYNOTE SYSTEMS INC | $20.891 | | $83.56 | | | | | |
| 347 | 10/20/2000 | 3.0000 | | KEYNOTE SYSTEMS INC | $19.503 | | $58.51 | | A/O 10/17/00 | | | |
| | | 7.000 | 7.000 | | | | | | | | | |
| 348 | 11/14/2001 | 5.0000 | | KINDRED HEALTHCARE INC | $46.612 U | $233.06 | | | ($942.93) | $0.00 | ($942.93) | -86.9% |
| 349 | 11/20/2001 | | DELV 5.0000 | KINDRED HEALTHCARE INC | $48.150 | | $240.75 | | CONFIRM | | | |
| | | 5.000 | 5.000 | | | | | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| 350 | 03/13/2000 | 61.0000 | | LEGATO SYSTEM INC | $35.812 | $2,184.56 | | | $7.69 | $0.00 | $7.69 | 3.3% |
| 351 | 04/07/2000 | 60.0000 | | LEGATO SYSTEM INC | $16.773 | | $1,006.34 | | | | | |
| 352 | 04/28/2000 | 1.0000 | | LEGATO SYSTEM INC | $11.187 | | $11.18 | | | | | |
| | | 61.000 | 61.000 | | | | | | | | | |
| 353 | 08/23/2000 | 15.0000 | | LEXICON GENETICS INC | $18.804 | $282.06 | | | ($1,167.04) | $0.00 | ($1,167.04) | -53.4% |
| 354 | 06/28/2000 | 5.0000 | | LEXICON GENETICS INC | $23.750 | $118.76 | | | | | | |
| 355 | 12/29/2000 | 3.0000 | | LEXICON GENETICS INC | $12.000 | $36.00 | | | | | | |
| 356 | 11/20/2001 | | DELV 23.0000 | LEXICON GENETICS INC | $8.970 | | $206.31 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 23.000 | 23.000 | | | | | | | | | |
| 357 | 04/07/2000 | 5.0000 | | LIFEMINDERS.COM INC | $61.318 | $306.59 | | | ($230.50) | $0.00 | ($230.50) | -52.8% |
| 358 | 04/10/2000 | 5.0000 | | LIFEMINDERS.COM INC | $62.133 | $310.67 | | | | | | |
| 359 | 04/12/2000 | 3.0000 | | LIFEMINDERS.COM INC | $60.681 | $182.04 | | | | | | |
| 360 | 04/14/2000 | 2.0000 | | LIFEMINDERS.COM INC | $63.175 | $126.35 | | | A/O 04/11/00 | | | |

DUCHESNEAU/PEARCE 00681

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 361 | 04/17/2000 | 3.0000 | | LIFEMINDERS.COM INC | $55.390 | $166.17 | | | A/O 04/20/00 | | | |
| 362 | 04/26/2000 | 5.0000 | | LIFEMINDERS.COM INC | $35.908 | $179.54 | | | LIFEMINDERS.COM INC | | | |
| 363 | 06/15/2000 | 23.0000 | | LIFEMINDERS INC | | | | | LIFEMINDERS INC | | | |
| 364 | 06/15/2000 | | 23.0000 | LIFEMINDERS.COM INC | | | | | | | | |
| 365 | 06/21/2000 | 5.0000 | | LIFEMINDERS.COM INC | $39.687 | $198.44 | | | | | | |
| 366 | 12/05/2000 | | 12.0000 | LIFEMINDERS INC | $6.020 | | $72.24 | | | | | |
| 367 | 02/05/2001 | | 16.0000 | LIFEMINDERS INC | $3.006 | | $48.10 | | | | | |
| | | 51.000 | 51.000 | | | | | | ($1,349.46) | $0.00 | ($1,349.46) | -91.8% |
| 368 | 03/13/2000 | 23.0000 | | LINENS N THINGS INC | $20.250 | $465.75 | | | | | | |
| 369 | 05/26/2000 | 20.0000 | | LINENS N THINGS INC | $26.250 | $525.01 | | | | | | |
| 370 | 04/23/2001 | | 25.0000 | LINENS N THINGS INC | $26.455 | | $661.36 | | | | | |
| 371 | 11/20/2001 | DELV | 18.0000 | LINENS N THINGS INC | $22.860 | | $411.48 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 43.000 | 43.000 | | | | | | $82.08 | $0.00 | $82.08 | 8.3% |
| 372 | 03/13/2000 | 17.0000 | | LYCOS INC | $73.000 | $1,241.00 | | | | | | |
| 373 | 04/14/2000 | | 5.0000 | LYCOS INC | $52.765 | | $263.82 | | A/O 04/11/00 | | | |
| 374 | 04/17/2000 | | 12.0000 | LYCOS INC | $44.796 | | $537.53 | | | | | |
| | | 17.000 | 17.000 | | | | | | ($439.65) | $0.00 | ($439.65) | -35.4% |
| 375 | 03/13/2000 | 9.0000 | | MACROMEDIA INC | $84.875 | $763.88 | | | | | | |
| 376 | 07/26/2000 | | 9.0000 | MACROMEDIA INC | $68.520 | | $616.66 | | | | | |
| | | 9.000 | 9.000 | | | | | | ($147.22) | $0.00 | ($147.22) | -18.3% |
| 377 | 09/13/2000 | 12.0000 | | MACROVISION CORP | $96.250 | $1,155.00 | | | | | | |
| 378 | 03/23/2000 | 12.0000 | | MACROVISION CORP | | | | | STOCK DIVIDEND | | | |

Page 21 of 39

09/18/2006  9:47  Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

Trade Transactions ROI

DUCHESNEAU/PEARCE 00682

# Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 379 | 01/03/2001 | 6.0000 | | MACROVISION CORP | $72.808 | $364.04 | | | | | | |
| 380 | 11/20/2001 | | DELV 29.0000 | MACROVISION CORP | $32.020 | | $928.58 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 29.000 | 29.000 | | | | | | ($590.46) | $0.00 | ($590.46) | -38.9% |
| 381 | 10/24/2000 | 5.0000 | | MANUGISTICS GROUP INC | $83.318 | $416.59 | | | | | | |
| 382 | 12/13/2000 | 5.0000 | | MANUGISTICS GROUP INC | | | | | STOCK DIVIDEND | | | |
| 383 | 05/01/2001 | 5.0000 | | MANUGISTICS GROUP INC | $31.521 | $157.61 | | | | | | |
| 384 | 07/31/2001 | 5.0000 | | MANUGISTICS GROUP INC | $19.991 U | $99.96 | | | CONFIRM | | | |
| 385 | 08/01/2001 | 3.0000 | | MANUGISTICS GROUP INC | $21.358 U | $64.07 | | | CONFIRM | | | |
| 386 | 11/20/2001 | | DELV 23.0000 | MANUGISTICS GROUP INC | $11.970 | | $275.31 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 23.000 | 23.000 | | | | | | ($462.92) | $0.00 | ($462.92) | -62.7% |
| 387 | 10/10/2001 | 15.0000 | | MARVELL TECHNOLOGY GROUP LTD | $20.216 U | $303.24 | | | CONFIRM | | | |
| 388 | 10/11/2001 | 5.0000 | | MARVELL TECHNOLOGY GROUP LTD | $19.735 U | $98.68 | | | CONFIRM | | | |
| 389 | 11/20/2001 | | DELV 20.0000 | MARVELL TECHNOLOGY GROUP LTD | $30.070 | | $601.40 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 20.000 | 20.000 | | | | | | $199.48 | $0.00 | $199.48 | 49.6% |
| 390 | 03/15/2000 | 45.0000 | | MCAFEE.COM CORP CL A | $49.107 | $2,209.82 | | | A/O 03/10/00 | | | |
| 391 | 12/27/2000 | | DELV 45.0000 | MCAFEE.COM CORP CL A | $3.187 | | $143.44 | | | | | |
| | | 45.000 | 45.000 | | | | | | ($2,066.38) | $0.00 | ($2,066.38) | -93.5% |
| 392 | 03/28/2001 | 4.0000 | | MCDATA CORP | $29.640 | $118.56 | | | | | | |
| 393 | 03/29/2001 | 5.0000 | | MCDATA CORP | $28.200 | $141.00 | | | | | | |
| 394 | 06/26/2001 | 1.0000 | | MCDATA CORP | $22.365 | $22.37 | | | | | | |
| 395 | 06/27/2001 | 6.0000 | | MCDATA CORP | $22.281 | $133.69 | | | | | | |
| 396 | 06/29/2001 | 2.0000 | | MCDATA CORP | $23.006 | $46.01 | | | | | | |

DUCHESNEAU/PEARCE 00683

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 9.000 | 9.000 | | | | | | | | | |
| 397 | 06/26/2001 | 5.0000 | | MCDATA CORP CL A | $18.464 | $92.32 | | | | | | |
| 398 | 06/26/2001 | 3.0000 | | MCDATA CORP CL A | $18.464 | $55.39 | | | | | | |
| 399 | 11/20/2001 | DELV | 8.0000 | MCDATA CORP CL A | $20.450 | | $163.60 | | ($57.49) | $0.00 | ($57.49) | -22.1% |
| | | 8.000 | 8.000 | | | | | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| 400 | 03/13/2000 | 14.0000 | | MEDAREX INC | $174.375 | $2,441.25 | | | | | | |
| 401 | 10/24/2000 | 14.0000 | | MEDAREX INC | | | | | $15.89 | $0.00 | $15.89 | 10.8% |
| | | | | | | | | | STOCK DIVIDEND | | | |
| 402 | 01/23/2001 | 3.0000 | | MEDAREX INC | $29.064 | | $87.19 | | | | | |
| | | | | | | | | | A/O 01/18/01 | | | |
| 403 | 03/02/2001 | 5.0000 | | MEDAREX INC | $25.312 | | $126.56 | | | | | |
| 404 | 03/14/2001 | 7.0000 | | MEDAREX INC | $18.646 | | $130.52 | | | | | |
| 405 | 03/15/2001 | 5.0000 | | MEDAREX INC | $16.303 | | $81.52 | | | | | |
| 406 | 03/16/2001 | 8.0000 | | MEDAREX INC | $15.971 | | $127.77 | | | | | |
| | | 28.000 | 28.000 | | | | | | ($1,887.69) | $0.00 | ($1,887.69) | -77.3% |
| 407 | 06/14/2000 | 17.0000 | | MEDIACOM COMMUNICATIONS CORP CL A | $8.875 | $150.88 | | | | | | |
| 408 | 06/27/2000 | 15.0000 | | MEDIACOM COMMUNICATIONS CORP CL A | $13.031 | $195.47 | | | | | | |
| 409 | 07/13/2000 | 5.0000 | | MEDIACOM COMMUNICATIONS CORP CL A | $16.008 | $80.04 | | | | | | |
| 410 | 11/20/2001 | DELV | 37.0000 | MEDIACOM COMMUNICATIONS CORP CL A | $15.390 | | $569.43 | | $143.04 | $0.00 | $143.04 | 33.5% |
| | | 37.000 | 37.000 | | | | | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| 411 | 03/13/2000 | 8.0000 | | MEDQUIST INC | $25.125 | $201.00 | | | | | | |
| 412 | 03/27/2000 | 5.0000 | | MEDQUIST INC | $25.445 | | $127.22 | | | | | |
| 413 | 03/28/2000 | 3.0000 | | MEDQUIST INC | $25.228 | | $75.67 | | $1.89 | $0.00 | $1.89 | 0.9% |
| | | 8.000 | 8.000 | | | | | | A/O 03/23/00 | | | |

09/18/2006 9:47 Portfolio Perspective Interactive Edition™        Page 23 of 39
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00684

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| | Date | Bot/Rec | Dlv/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 414 | 03/13/2000 | 22.0000 | | MERCURY INTERACTIVE CORP | $116.125 | $2,554.75 | | | | | | |
| 415 | 02/12/2001 | | 5.0000 | MERCURY INTERACTIVE CORP | $79.009 | | $395.04 | | | | | |
| 416 | 11/20/2001 | DELV | 17.0000 | MERCURY INTERACTIVE CORP | $30.940 | | $525.98 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 22.000 | 22.000 | | | | | | ($1,633.73) | $0.00 | ($1,633.73) | -63.9% |
| 417 | 03/13/2000 | 13.0000 | | MICREL INC | $117.375 | $1,525.88 | | | | | | |
| 418 | 07/03/2000 | 13.0000 | | MICREL INC | | | | | STOCK DIVIDEND | | | |
| 419 | 06/26/2001 | | 5.0000 | MICREL INC | $25.421 | | $127.11 | | A/O 06/21/01 | | | |
| 420 | 06/26/2001 | | 5.0000 | MICREL INC | $25.421 | | $127.11 | | A/O 06/21/01 | | | |
| 421 | 11/20/2001 | DELV | 16.0000 | MICREL INC | $28.690 | | $459.04 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 26.000 | 26.000 | | | | | | ($812.62) | $0.00 | ($812.62) | -53.3% |
| 422 | 03/13/2000 | 18.0000 | | MICROMUSE INC | $185.000 | $3,330.00 | | | | | | |
| 423 | 12/26/2000 | 18.0000 | | MICROMUSE INC | | | | | STOCK DIVIDEND | | | |
| 424 | 02/08/2001 | | 7.0000 | MICROMUSE INC | $75.410 | | $527.85 | | A/O 02/05/01 | | | |
| 425 | 04/09/2001 | | 5.0000 | MICROMUSE INC | $27.510 | | $137.55 | | | | | |
| 426 | 11/20/2001 | DELV | 24.0000 | MICROMUSE INC | $14.200 | | $340.80 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 36.000 | 36.000 | | | | | | ($2,323.80) | $0.00 | ($2,323.80) | -69.8% |
| 427 | 07/31/2001 | 1.0000 | | MICROTUNE INC | $18.677 U | $18.68 | | | CONFIRM; A/O 07/26/01 | | | |
| 428 | 08/15/2001 | 2.0000 | | MICROTUNE INC | $18.119 U | $36.24 | | | CONFIRM | | | |
| 429 | 08/21/2001 | 3.0000 | | MICROTUNE INC | $18.280 U | $57.84 | | | CONFIRM | | | |
| 430 | 08/31/2001 | 5.0000 | | MICROTUNE INC | $18.105 U | $90.53 | | | CONFIRM | | | |
| 431 | 11/20/2001 | DELV | 11.0000 | MICROTUNE INC | $16.000 | | $176.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 11.000 | 11.000 | | | | | | ($27.29) | $0.00 | ($27.29) | -13.4% |

# Trade Transactions ROI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

| | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 432 | 06/26/2001 | 5.0000 | | MULTILINK TECHNOLOGIES CORP CL A | $10.401 | $52.01 | | | A/O 06/21/01 | | | |
| 433 | 06/27/2001 | 3.0000 | | MULTILINK TECHNOLOGIES CORP CL A | $10.876 | $32.63 | | | | | | |
| 434 | 06/27/2001 | 3.0000 | | MULTILINK TECHNOLOGIES CORP CL A | $10.876 | $32.63 | | | | | | |
| 435 | 06/29/2001 | 5.0000 | | MULTILINK TECHNOLOGIES CORP CL A | $11.454 | $57.27 | | | | | | |
| 436 | 07/03/2001 | 1.0000 | | MULTILINK TECHNOLOGIES CORP CL A | $11.946 | $11.95 | | | | | | |
| 437 | 11/20/2001 | DELV | 17.0000 | MULTILINK TECHNOLOGIES CORP CL A | $7.000 | | $119.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 17.000 | 17.000 | | | | | | ($67.49) | $0.00 | ($67.49) | -36.2% |
| 438 | 03/13/2000 | 22.0000 | | MYPOINTS.COM INC | $61.000 | $1,342.00 | | | | | | |
| 439 | 10/02/2000 | DELV | 22.0000 | MYPOINTS.COM INC | $5.164 | | $113.61 | | | | | |
| | | 22.000 | 22.000 | | | | | | ($1,228.39) | $0.00 | ($1,228.39) | -91.5% |
| 440 | 11/14/2000 | 4.0000 | | MYRIAD GENETICS INC | $112.672 | $450.69 | | | | | | |
| 441 | 11/20/2001 | DELV | 4.0000 | MYRIAD GENETICS INC | $54.490 | | $217.96 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 4.000 | 4.000 | | | | | | ($232.73) | $0.00 | ($232.73) | -51.6% |
| 442 | 03/13/2000 | 9.0000 | | NAVISITE INC | $243.000 | $2,187.00 | | | | | | |
| 443 | 04/11/2000 | 9.0000 | | NAVISITE INC | | | | | STOCK DIVIDEND | | | |
| 444 | 11/02/2000 | DELV | 18.0000 | NAVISITE INC | $8.854 | | $159.37 | | | | | |
| | | 18.000 | 18.000 | | | | | | ($2,027.63) | $0.00 | ($2,027.63) | -92.7% |
| 445 | 03/13/2000 | 10.0000 | | NETCENTIVES INC | $47.750 | $477.50 | | | | | | |
| 446 | 04/07/2000 | 2.0000 | | NETCENTIVES INC | $18.233 | | $36.46 | | | | | |
| 447 | 04/11/2000 | 8.0000 | | NETCENTIVES INC | $17.330 | | $138.63 | | | | | |
| | | 10.000 | 10.000 | | | | | | ($302.41) | $0.00 | ($302.41) | -63.3% |
| 448 | 03/13/2000 | 12.0000 | | NETIQ CORP | $76.125 | $913.50 | | | | | | |

DUCHESNEAU/PEARCE 00686

## Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBJ

**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 449 10/12/2000 | 10.0000 | | NETIQ CORP | $50.274 | | $502.72 | | | | | |
| 450 10/19/2000 | 2.0000 | | NETIQ CORP | $71.571 | | $143.14 | | | | | |
| | 12.000 | 12.000 | | | | | | ($267.64) | $0.00 | ($267.64) | -29.3% |
| 451 04/25/2000 | 20.0000 | | NETRO CORP | $48.779 | $975.59 | | | | | | |
| 452 05/08/2000 | 4.0000 | | NETRO CORP | $40.363 | $161.45 | | | | | | |
| 453 06/02/2000 | 5.0000 | | NETRO CORP | $29.571 | $147.86 | | | | | | |
| 454 06/06/2001 | | 2.0000 | NETRO CORP | $4.412 | | $8.83 | | | | | |
| 455 06/08/2001 | | 2.0000 | NETRO CORP | $4.303 | | $8.61 | | | | | |
| 456 06/14/2001 | | 5.0000 | NETRO CORP | $4.040 | | $20.20 | | | | | |
| 457 06/15/2001 | | 20.0000 | NETRO CORP | $4.000 | | $80.01 | | | | | |
| | 29.000 | 29.000 | | | | | | ($1,167.25) | $0.00 | ($1,167.25) | -90.8% |
| 458 03/14/2000 | 15.0000 | | NETWORK PLUS CORP | $54.985 | $824.48 | | | | | | |
| 459 03/17/2000 | 3.0000 | | NETWORK PLUS CORP | $45.974 | $137.92 | | | | | | |
| 460 04/12/2000 | 12.0000 | | NETWORK PLUS CORP | $29.062 | $348.75 | | | | | | |
| 461 04/13/2000 | 5.0000 | | NETWORK PLUS CORP | $29.165 | $145.83 | | | | | | |
| 462 04/14/2000 | 5.0000 | | NETWORK PLUS CORP | $29.062 | $145.31 | | | | | | |
| 463 12/21/2000 | | 40.0000 | NETWORK PLUS CORP | $2.464 | | $98.56 | | | | | |
| | 40.000 | 40.000 | | | | | | ($1,503.73) | $0.00 | ($1,503.73) | -93.8% |
| 464 03/13/2000 | 24.0000 | | NEXTCARD INC | $17.562 | $421.50 | | | | | | |
| 465 08/25/2000 | | 12.0000 | NEXTCARD INC | $5.879 | | $70.56 | A/O 08/22/00 | | | | |
| 466 08/28/2000 | | 7.0000 | NEXTCARD INC | $6.054 | | $42.38 | A/O 08/24/00 | | | | |
| 467 08/29/2000 | | 5.0000 | NEXTCARD INC | $6.138 | | $30.69 | A/O 08/24/00 | | | | |

DUCHESNEAU/PEARCE 00687