## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Dlv/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 24.000 | 24.000 | | | | | | ($277.87) | $0.00 | ($277.87) | -65.9% |
| 468 | 09/14/2000 | 15.0000 | | NIKU CORP | $23.937 | $359.06 | | | | | | |
| 469 | 12/19/2000 | | 7.0000 | NIKU CORP | $10.956 | | $76.70 | | | | | |
| 470 | 12/20/2000 | | 4.0000 | NIKU CORP | $10.018 | | $40.08 | | | | | |
| 471 | 12/21/2000 | | 2.0000 | NIKU CORP | $10.100 | | $20.20 | | | | | |
| 472 | 12/22/2000 | | 2.0000 | NIKU CORP | $10.069 | | $20.14 | | | | | |
| | | 15.000 | 15.000 | | | | | | ($201.94) | $0.00 | ($201.94) | -56.2% |
| 473 | 08/08/2001 | 2.0000 | | NUMERICAL TECHNOLOGIES INC | $28.007 U | $56.01 | | | CONFIRM; A/O 08/03/01 | | | |
| 474 | 08/09/2001 | 3.0000 | | NUMERICAL TECHNOLOGIES INC | $27.760 U | $83.28 | | | CONFIRM | | | |
| 475 | 08/14/2001 | 5.0000 | | NUMERICAL TECHNOLOGIES INC | $26.739 U | $133.69 | | | CONFIRM | | | |
| 476 | 08/23/2001 | 5.0000 | | NUMERICAL TECHNOLOGIES INC | $25.462 U | $127.31 | | | CONFIRM | | | |
| 477 | 11/20/2001 | DELV | 15.0000 | NUMERICAL TECHNOLOGIES INC | $25.290 | | $379.35 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 15.000 | 15.000 | | | | | | ($20.94) | $0.00 | ($20.94) | -5.2% |
| 478 | 09/15/2000 | 15.0000 | | OAKLEY INC | $18.050 | $270.75 | | | CONFIRM | | | |
| 479 | 11/20/2001 | DELV | 15.0000 | OAKLEY INC | $13.690 | | $205.35 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 15.000 | 15.000 | | | | | | ($65.40) | $0.00 | ($65.40) | -24.2% |
| 480 | 10/11/2001 | 10.0000 | | ODYSSEY RE HOLDINGS CORP | $15.988 U | $159.88 | | | CONFIRM | | | |
| 481 | 10/30/2001 | | | ODYSSEY RE HOLDINGS CORP | | | $0.25 | | DIVIDEND | | | |
| 482 | 11/20/2001 | DELV | 10.0000 | ODYSSEY RE HOLDINGS CORP | $14.700 | | $147.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 10.000 | 10.000 | | | | | | ($12.88) | $0.25 | ($12.63) | -7.9% |
| 483 | 07/06/2001 | 5.0000 | | OPTION CARE INC | $15.712 U | $78.56 | | | CONFIRM | | | |
| 484 | 07/12/2001 | 2.0000 | | OPTION CARE INC | $16.044 U | $32.09 | | | CONFIRM | | | |

DUCHESNEAU/PEARCE 00688

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Sld/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 485 | 07/31/2001 | 1.0000 | | OPTION CARE INC | $16.830 U | $16.83 | | | CONFIRM | | | |
| 486 | 08/21/2001 | 5.0000 | | OPTION CARE INC | $16.889 U | $84.44 | | | CONFIRM | | | |
| 487 | 11/20/2001 | DELV | 13.0000 | OPTION CARE INC | $14.410 | | $187.33 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 13.000 | 13.000 | | | | | | ($24.59) | $0.00 | ($24.59) | -11.6% |
| 488 | 03/13/2000 | 15.0000 | | PACIFIC SUNWEAR OF CALIF INC | $23.000 | $345.00 | | | | | | |
| 489 | 06/06/2000 | | 15.0000 | PACIFIC SUNWEAR OF CALIF INC | $12.059 | | $180.88 | | | | | |
| | | 15.000 | 15.000 | | | | | | ($164.12) | $0.00 | ($164.12) | -47.6% |
| 490 | 03/13/2000 | 7.0000 | | PEGASUS COMMUNICATIONS CORP CL A | $125.062 | $875.44 | | | | | | |
| 491 | 06/05/2000 | 7.0000 | | PEGASUS COMMUNICATIONS CORP CL A | | | | | STOCK DIVIDEND | | | |
| 492 | 05/16/2001 | | 5.0000 | PEGASUS COMMUNICATIONS CORP CL A | $20.596 | | $102.98 | | | | | |
| 493 | 05/17/2001 | | 3.0000 | PEGASUS COMMUNICATIONS CORP CL A | $20.636 | | $61.91 | | | | | |
| 494 | 05/21/2001 | | 5.0000 | PEGASUS COMMUNICATIONS CORP CL A | $21.143 | | $105.72 | | | | | |
| 495 | 05/22/2001 | | 1.0000 | PEGASUS COMMUNICATIONS CORP CL A | $22.035 | | $22.04 | | A/O 05/17/01 | | | |
| | | 14.000 | 14.000 | | | | | | ($582.79) | $0.00 | ($582.79) | -66.6% |
| 496 | 03/13/2000 | 27.0000 | | PEGASUS SYS INC | $21.125 | $570.38 | | | | | | |
| 497 | 03/27/2000 | | 27.0000 | PEGASUS SYS INC | $14.984 | | $404.56 | | | | | |
| | | 27.000 | 27.000 | | | | | | ($165.82) | $0.00 | ($165.82) | -29.1% |
| 498 | 03/13/2000 | 45.0000 | | PEREGRINE SYSTEMS | $65.750 | $2,958.75 | | | | | | |
| 499 | 03/09/2001 | | 4.0000 | PEREGRINE SYSTEMS | $20.985 | | $83.94 | | A/O 03/06/01 | | | |
| 500 | 03/12/2001 | | 2.0000 | PEREGRINE SYSTEMS | $21.625 | | $43.25 | | | | | |
| 501 | 11/20/2001 | DELV | 39.0000 | PEREGRINE SYSTEMS | $17.250 | | $672.75 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 45.000 | 45.000 | | | | | | ($2,158.81) | $0.00 | ($2,158.81) | -73.0% |

## Trade Transactions ROI

09/18/2006 9:47 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00689

# Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 502 | 03/10/2000 | 4.0000 | | POLYCOM INC | $120.835 | $483.34 | | | | | | |
| 503 | 03/13/2000 | 3.0000 | | POLYCOM INC | $109.875 | $329.63 | | | | | | |
| 504 | 04/11/2000 | 5.0000 | | POLYCOM INC | $96.625 | $483.13 | | | | | | |
| 505 | 09/07/2000 | 12.0000 | | POLYCOM INC | | | | | STOCK DIVIDEND | | | |
| 506 | 11/20/2001 | DELV | 24.0000 | POLYCOM INC | $36.030 | | $864.72 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 24.000 | 24.000 | | | | | | ($431.38) | $0.00 | ($431.38) | -33.3% |
| 507 | 03/13/2000 | 15.0000 | | POWER INTEGRATIONS INC | $59.687 | $895.31 | | | | | | |
| 508 | 03/27/2000 | 15.0000 | | POWER INTEGRATIONS INC | $48.250 | $723.75 | | | | A/O 03/24/00 | | |
| 509 | 03/29/2000 | | 23.0000 | POWER INTEGRATIONS INC | $30.861 | | $709.78 | | | A/O 03/27/00 | | |
| 510 | 03/30/2000 | | 7.0000 | POWER INTEGRATIONS INC | $27.418 | | $191.92 | | | | | |
| | | 30.000 | 30.000 | | | | | | ($717.36) | $0.00 | ($717.36) | -44.3% |
| 511 | 02/22/2001 | 10.0000 | | PRAECIS PHARMACEUTICALS INC | $26.694 | $266.95 | | | | | | |
| 512 | 06/15/2001 | 2.0000 | | PRAECIS PHARMACEUTICALS INC | $16.200 | $32.40 | | | | | | |
| 513 | 06/28/2001 | 4.0000 | | PRAECIS PHARMACEUTICALS INC | $13.597 | | $54.39 | | CONFIRM | | | |
| 514 | 07/11/2001 | 1.0000 U | | PRAECIS PHARMACEUTICALS INC | $12.437 | | $12.44 | | CONFIRM | | | |
| 515 | 07/13/2001 | 2.0000 U | | PRAECIS PHARMACEUTICALS INC | $11.053 | | $22.11 | | CONFIRM | | | |
| 516 | 07/16/2001 | 4.0000 U | | PRAECIS PHARMACEUTICALS INC | $11.163 | | $44.65 | | CONFIRM | | | |
| 517 | 07/19/2001 | 1.0000 U | | PRAECIS PHARMACEUTICALS INC | $12.800 | | $12.80 | | | | | |
| | | 12.000 | 12.000 | | | | | | ($152.96) | $0.00 | ($152.96) | -51.1% |
| 518 | 03/22/2000 | 20.0000 | | PREDICTIVE SYSTEMS INC | $54.570 | $1,091.40 | | | | | | |
| 519 | 07/20/2001 | 2.0000 U | | PREDICTIVE SYSTEMS INC | $3.447 | | $6.89 | | CONFIRM | | | |
| 520 | 07/31/2001 | 12.0000 U | | PREDICTIVE SYSTEMS INC | $1.994 | | $23.93 | | CONFIRM | | | |

Page 29 of 39

09/18/2006 9:47 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

Trade Transactions ROI

DUCHESNEAU/PEARCE 00690

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 521 | 08/21/2001 | 6.0000 | | PREDICTIVE SYSTEMS INC | $1.439 U | | $8.63 | | CONFIRM | | | |
| | | 20.000 | 20.000 | | | | | | ($1,051.95) | $0.00 | ($1,051.95) | -96.4% |
| 522 | 03/13/2000 | 15.0000 | | PROBUSINESS SERVICES INC | $27.000 | $405.00 | | | | | | |
| 523 | 08/07/2000 | | 15.0000 | PROBUSINESS SERVICES INC | $20.000 | | $299.99 | | | | | |
| | | 15.000 | 15.000 | | | | | | ($105.01) | $0.00 | ($105.01) | -25.9% |
| 524 | 03/24/2000 | 4.0000 | | PROTEIN DESIGN LABS INC | $89.568 | $358.27 | | | | | | |
| 525 | 03/27/2000 | 5.0000 | | PROTEIN DESIGN LABS INC | $110.806 | $554.03 | | | | | | |
| 526 | 08/28/2000 | 9.0000 | | PROTEIN DESIGN LABS INC | | | | | STOCK DIVIDEND | | | |
| 527 | 11/03/2000 | 11.0000 | | PROTEIN DESIGN LABS INC | $132.670 | | $1,459.32 | | | | | |
| 528 | 11/06/2000 | 3.0000 | | PROTEIN DESIGN LABS INC | $140.590 | | $421.76 | | | | | |
| 529 | 05/24/2001 | 1.0000 | | PROTEIN DESIGN LABS INC | $74.705 | | $74.71 | | | | | |
| 530 | 05/25/2001 | 1.0000 | | PROTEIN DESIGN LABS INC | $77.041 | | $77.04 | | | | | |
| 531 | 05/29/2001 | 2.0000 | | PROTEIN DESIGN LABS INC | $73.823 | | $147.65 | | | | | |
| | | 18.000 | 18.000 | | | | | | $1,268.18 | $0.00 | $1,268.18 | 139.0% |
| 532 | 03/13/2000 | 21.0000 | | PROXICOM INC | $45.500 | $955.50 | | | | | | |
| 533 | 04/13/2000 | 1.0000 | | PROXICOM INC | $48.970 | $48.97 | | | | | | |
| 534 | 05/09/2001 | | 22.0000 | PROXICOM INC | $5.630 | | $123.86 | | A/O 05/04/01 | | | |
| | | 22.000 | 22.000 | | | | | | ($880.61) | $0.00 | ($880.61) | -87.7% |
| 535 | 03/13/2000 | 21.0000 | | QUEST SOFTWARE INC | $134.500 | $2,824.50 | | | | | | |
| 536 | 03/28/2000 | 5.0000 | | QUEST SOFTWARE INC | $144.500 | | $722.47 | | A/O 03/23/00 | | | |
| 537 | 04/03/2000 | 5.0000 | | QUEST SOFTWARE INC | $130.500 | | $652.47 | | A/O 03/29/00 | | | |
| 538 | 04/06/2000 | 11.0000 | | QUEST SOFTWARE INC | | | | | STOCK DIVIDEND | | | |

09/18/2006  9:47 Portfolio Perspective Interactive Edition™    Trade Transactions ROI    Page 30 of 39
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00691

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 539 | 04/07/2000 | 4.0000 | | QUEST SOFTWARE INC | $50.373 | | $201.48 | | | | | |
| 540 | 03/12/2001 | 10.0000 | | QUEST SOFTWARE INC | $23.152 | $231.52 | | | | | | |
| 541 | 04/02/2001 | 5.0000 | | QUEST SOFTWARE INC | $14.937 | $74.69 | | | | | | |
| 542 | 11/20/2001 | | DELV 33.0000 | QUEST SOFTWARE INC | $21.800 | | $719.40 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 47.000 | 47.000 | | | | | | ($834.89) | $0.00 | ($834.89) | -26.7% |
| 543 | 03/10/2000 | 25.0000 | | RADIO ONE INC CL A | $66.187 | $1,654.69 | | | STOCK DIVIDEND SPINOFF | | | |
| 544 | 06/12/2000 | 50.0000 | | RADIO ONE INC CL D NON VTG | | | | | | | | |
| 545 | 03/02/2001 | 10.0000 | | RADIO ONE INC CL D NON VTG | $14.000 | | $140.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| 546 | 11/20/2001 | | DELV 25.0000 | RADIO ONE INC CL A | $15.650 | | $391.25 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| 547 | 11/20/2001 | | DELV 40.0000 | RADIO ONE INC CL D NON VTG | $15.400 | | $616.00 | | ($507.44) | $0.00 | ($507.44) | -30.7% |
| | | 75.000 | 75.000 | | | | | | | | | |
| 548 | 03/13/2000 | 68.0000 | | RAZORFISH INC CL A | $35.062 | $2,384.25 | | | | | | |
| 549 | 11/02/2000 | | 68.0000 | RAZORFISH INC CL A | $4.417 | | $300.36 | | ($2,083.89) | $0.00 | ($2,083.89) | -87.4% |
| | | 68.000 | 68.000 | | | | | | | | | |
| 550 | 09/26/2000 | 30.0000 | | READ RITE CORP | $9.728 | $291.85 | | | | | | |
| 551 | 09/27/2000 | 10.0000 | | READ RITE CORP | $9.581 | $95.81 | | | | | | |
| 552 | 09/28/2000 | 15.0000 | | READ RITE CORP | $10.497 | $157.47 | | | | | | |
| 553 | 11/20/2001 | | DELV 55.0000 | READ RITE CORP | $5.740 | | $315.70 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 55.000 | 55.000 | | | | | | ($229.43) | $0.00 | ($229.43) | -42.1% |
| 554 | 10/11/2001 | 20.0000 | | RESEARCH IN MOTION LTD | $15.180 U | $303.61 | | | CONFIRM | | | |
| 555 | 10/12/2001 | 5.0000 | | RESEARCH IN MOTION LTD | $15.013 U | $75.06 | | | CONFIRM | | | |
| 556 | 11/20/2001 | | DELV 25.0000 | RESEARCH IN MOTION LTD | $22.340 | | $558.50 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |

09/18/2006 9:47 Portfolio Perspective Interactive Edition™ — Trade Transactions ROI — Page 31 of 38
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00692

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| | Date | Bot/Rec | Sld/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 25.000 | 25.000 | | | | | | $179.83 | $0.00 | $179.83 | 47.5% |
| 557 | 03/13/2000 | 17.0000 | | RETEK INC | $63.500 | | | | | | | |
| 558 | 10/05/2000 | 60.0000 | | RETEK INC | | $1,079.50 | | | | | | |
| 559 | 10/30/2000 | | | RETEK INC | | | | | STOCK DIVIDEND | | | |
| 560 | 08/07/2001 | | 1.0000 | RETEK INC | $32.115 U | | $34.84 | | CIL | | | |
| 561 | 11/20/2001 | DELV | 76.0000 | RETEK INC | $26.580 | | $2,020.08 | | CONFIRM | | | |
| | | 77.000 | 77.000 | | | | | | $1,007.54 | $0.00 | $1,007.54 | 93.3% |
| 562 | 05/16/2000 | 10.0000 | | SABA SOFTWARE INC | $19.711 | $197.11 | | | | | | |
| 563 | 10/25/2000 | | 10.0000 | SABA SOFTWARE INC | $27.271 | | $272.71 | | | | | |
| | | 10.000 | 10.000 | | | | | | $75.60 | $0.00 | $75.60 | 38.4% |
| 564 | 01/18/2001 | 25.0000 | | SAPIENT CORP | $17.944 | $448.60 | | | | | | |
| 565 | 11/20/2001 | DELV | 25.0000 | SAPIENT CORP | $6.600 | | $165.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 25.000 | 25.000 | | | | | | ($283.60) | $0.00 | ($283.60) | -63.2% |
| 566 | 03/13/2000 | 17.0000 | | SCIENT CORP | $113.750 | $1,933.75 | | | | | | |
| 567 | 02/16/2001 | | 6.0000 | SCIENT CORP | $2.625 | | $15.75 | | | | | |
| 568 | 02/20/2001 | | 3.0000 | SCIENT CORP | $2.537 | | $7.61 | | | | | |
| 569 | 02/21/2001 | | 7.0000 | SCIENT CORP | $2.718 | | $19.01 | | | | | |
| 570 | 02/22/2001 | | 1.0000 | SCIENT CORP | $2.656 | | $2.66 | | | | | |
| | | 17.000 | 17.000 | | | | | | ($1,888.72) | $0.00 | ($1,888.72) | -97.7% |
| 571 | 02/09/2001 | 5.0000 | | SEEBEYOND TECHNOLOGY CORP | $21.934 | $109.67 | | | A/O 02/05/01 | | | |
| 572 | 02/13/2001 | 2.0000 | | SEEBEYOND TECHNOLOGY CORP | $21.754 | $43.51 | | | | | | |
| 573 | 02/21/2001 | 5.0000 | | SEEBEYOND TECHNOLOGY CORP | $20.687 | $103.44 | | | | | | |

DUCHESNEAU/PEARCE 00693

## Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBI
**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 574 03/02/2001 | 10.0000 | | SEEBEYOND TECHNOLOGY CORP | $17.625 | $176.25 | | | CONFIRM | | | |
| 575 08/08/2001 | 15.0000 | | SEEBEYOND TECHNOLOGY CORP | $8.416 U | $126.24 | | | | | | |
| 576 11/20/2001 | DELV | 37.0000 | SEEBEYOND TECHNOLOGY CORP | $6.000 | | $222.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | 37.000 | 37.000 | | | | | | ($337.11) | $0.00 | ($337.11) | -80.3% |
| 577 03/15/2000 | 5.0000 | | SELECTICA INC | $120.230 | $601.15 | | | A/O 03/10/00 | | | |
| 578 03/28/2000 | 5.0000 | | SELECTICA INC | $119.823 | $599.62 | | | A/O 03/23/00 | | | |
| 579 05/01/2000 | 10.0000 | | SELECTICA INC | $34.332 | $343.33 | | | | | | |
| 580 10/16/2000 | 5.0000 | | SELECTICA INC | $36.458 | $182.29 | | | | | | |
| 581 12/28/2000 | 5.0000 | | SELECTICA INC | $22.512 | $112.56 | | | | | | |
| 582 01/05/2001 | 10.0000 | | SELECTICA INC | $23.477 | $234.78 | | | | | | |
| 583 11/20/2001 | DELV | 40.0000 | SELECTICA INC | $3.660 | | $146.40 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | 40.000 | 40.000 | | | | | | ($1,927.33) | $0.00 | ($1,927.33) | -92.9% |
| 584 03/13/2000 | 20.0000 | | SEMTECH CORP | $66.812 | $1,336.25 | | | | | | |
| 585 09/29/2000 | 20.0000 | | SEMTECH CORP | $175.349 | | | | | | | |
| 586 11/20/2001 | DELV | 40.0000 | SEMTECH CORP | $36.000 | | $1,440.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | 40.000 | 40.000 | | | | | | $103.75 | $0.00 | $103.75 | 7.8% |
| 587 03/13/2000 | 39.0000 | | SIEBEL SYSTEMS INC | $165.812 | $6,466.69 | | | | | | |
| 588 07/17/2000 | | 5.0000 | SIEBEL SYSTEMS INC | $175.349 | | $876.72 | | STOCK DIVIDEND | | | |
| 589 09/14/2000 | 34.0000 | | SIEBEL SYSTEMS INC | | | | | | | | |
| 590 10/24/2000 | | 5.0000 | SIEBEL SYSTEMS INC | $107.125 | | $535.61 | | | | | |
| 591 02/20/2001 | | 9.0000 | SIEBEL SYSTEMS INC | $26.625 | | $239.62 | | | | | |
| 592 03/20/2001 | | 5.0000 | SIEBEL SYSTEMS INC | $26.625 | | $133.13 | | STOCK DIVIDEND | | | |

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 593 | 11/20/2001 | DELV | 49.0000 | SIEBEL SYSTEMS INC | $22.970 | | $1,125.53 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 73.000 | | | | | | ($3,556.08) | $0.00 | ($3,556.08) | -55.0% |
| | | | 73.000 | | | | | | | | | |
| 594 | 03/13/2000 | 18.0000 | | SILICON IMAGE INC | $97.625 | $1,757.25 | | | | | | |
| 595 | 08/24/2000 | 18.0000 | | SILICON IMAGE INC | | | $215.99 | | STOCK DIVIDEND | | | |
| 596 | 01/08/2001 | | 36.0000 | SILICON IMAGE INC | $6.000 | | | | | | | |
| | | | 36.000 | | | | | | ($1,541.26) | $0.00 | ($1,541.26) | -87.7% |
| | | | 36.000 | | | | | | | | | |
| 597 | 03/13/2000 | 17.0000 | | SMART FORCE PLC SPON ADR | $57.250 | $973.25 | | | | | | |
| 598 | 10/02/2001 | 15.0000 | | SMART FORCE PLC SPON ADR | $15.269 U | $229.04 | | | CONFIRM | | | |
| 599 | 11/20/2001 | DELV | 32.0000 | SMART FORCE PLC SPON ADR | $21.020 | | $672.64 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 32.000 | | | | | | ($529.65) | $0.00 | ($529.65) | -44.1% |
| | | | 32.000 | | | | | | | | | |
| 600 | 03/13/2000 | 7.0000 | | SOFTWARE.COM INC | $113.937 | $797.56 | | | SOFTWARE.COM INC | | | |
| 601 | 11/21/2000 | 11.0000 | | OPENWAVE SYSTEMS INC | | | | | OPENWAVE SYSTEMS INC | | | |
| 602 | 11/21/2000 | | 7.0000 | SOFTWARE.COM INC | | | | $19.42 | CIL | | | |
| 603 | 11/21/2000 | | | OPENWAVE SYSTEMS INC | | | | | | | | |
| 604 | 11/20/2001 | DELV | 11.0000 | OPENWAVE SYSTEMS INC | $10.150 | | $111.65 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 18.000 | | | | | | ($666.49) | $0.00 | ($666.49) | -83.6% |
| | | | 18.000 | | | | | | | | | |
| 605 | 05/31/2000 | 5.0000 | | SONUS NETWORKS INC | $42.988 | $214.94 | | | | | | |
| 606 | 06/08/2000 | 5.0000 | | SONUS NETWORKS INC | $78.812 | $394.06 | | | | | | |
| 607 | 06/12/2000 | | 5.0000 | SONUS NETWORKS INC | $78.735 | | $393.66 | | | | | |
| 608 | 10/13/2000 | 10.0000 | | SONUS NETWORKS INC | | | | | STOCK DIVIDEND | | | |
| 609 | 11/20/2001 | DELV | 15.0000 | SONUS NETWORKS INC | $5.100 | | $76.50 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 20.000 | | | | | | ($138.84) | $0.00 | ($138.84) | -22.8% |
| | | | 20.000 | | | | | | | | | |

09/18/2006 9:47 Portfolio Perspective Interactive Edition™   Page 34 of 39
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00695

## Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBI
**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 610 | 03/13/2000 | 7.0000 | | SPANISH BROADCASTING SYS CL A | $17.875 | $125.13 | | | | | | |
| 611 | 04/17/2000 | | 7.0000 | SPANISH BROADCASTING SYS CL A | $23.004 | | $161.02 | | | | | |
| 612 | 01/16/2001 | 47.0000 | | SPANISH BROADCASTING SYS CL A | $5.669 | $266.44 | | | | | | |
| 613 | 01/18/2001 | 5.0000 | | SPANISH BROADCASTING SYS CL A | $6.471 | $32.36 | | | | | | |
| 614 | 11/20/2001 | DELV | 52.0000 | SPANISH BROADCASTING SYS CL A | $8.950 | | $465.40 | | BLOOMBERG CLOSE: PAINE WEBBER INC | | | |
| | | 59.000 | 59.000 | | | | | | $202.49 | $0.00 | $202.49 | 47.8% |
| 615 | 06/28/2000 | 20.0000 | | SPECTRASITE HOLDINGS INC | $24.636 | $492.73 | | | | | | |
| 616 | 08/15/2001 | | 4.0000 | SPECTRASITE HOLDINGS INC | $3.178 U | | $12.71 | | CONFIRM | | | |
| 617 | 08/22/2001 | | 2.0000 | SPECTRASITE HOLDINGS INC | $2.744 U | | $5.49 | | CONFIRM | | | |
| 618 | 08/24/2001 | | 5.0000 | SPECTRASITE HOLDINGS INC | $2.372 U | | $11.86 | | CONFIRM | | | |
| 619 | 08/27/2001 | | 2.0000 | SPECTRASITE HOLDINGS INC | $2.383 U | | $4.77 | | CONFIRM | | | |
| 620 | 08/28/2001 | | 4.0000 | SPECTRASITE HOLDINGS INC | $2.242 U | | $8.97 | | CONFIRM | | | |
| 621 | 08/29/2001 | | 3.0000 | SPECTRASITE HOLDINGS INC | $2.246 U | | $6.74 | | CONFIRM | | | |
| | | 20.000 | 20.000 | | | | | | ($442.19) | $0.00 | ($442.19) | -89.77% |
| 622 | 10/16/2001 | 5.0000 | | SUNRISE ASSISTED LIVING INC | $28.203 U | $141.02 | | | CONFIRM | | | |
| 623 | 10/22/2001 | 5.0000 | | SUNRISE ASSISTED LIVING INC | $28.771 U | $143.86 | | | CONFIRM | | | |
| 624 | 11/02/2001 | 4.0000 | | SUNRISE ASSISTED LIVING INC | $29.001 U | $116.00 | | | CONFIRM | | | |
| 625 | 11/20/2001 | DELV | 14.0000 | SUNRISE ASSISTED LIVING INC | $28.450 | | $398.30 | | BLOOMBERG CLOSE: PAINE WEBBER INC | | | |
| | | 14.000 | 14.000 | | | | | | ($2.58) | $0.00 | ($2.58) | -0.6% |
| 626 | 07/24/2000 | 12.0000 | | SUPPORT.COM INC | $34.620 | $415.44 | | | | | | |
| 627 | 07/31/2000 | 5.0000 | | SUPPORT.COM INC | $33.621 | $168.11 | | | | | | |
| 628 | 12/26/2000 | 8.0000 | | SUPPORT.COM INC | $20.355 | $162.84 | | | | | | |

DUCHESNEAU/PEARCE 00696

## Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBI
**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 629 | 01/03/2001 | 5.0000 | | SUPPORT.COM INC | $20.125 | $100.63 | | | | | | |
| 630 | 07/13/2001 | | 10.0000 | SUPPORT.COM INC | $3.750 U | | $37.50 | | CONFIRM | | | |
| 631 | 07/24/2001 | | 11.0000 | SUPPORT.COM INC | $3.780 U | | $41.58 | | CONFIRM | | | |
| 632 | 08/13/2001 | | 2.0000 | SUPPORT.COM INC | $2.940 U | | $5.88 | | CONFIRM | | | |
| 633 | 08/21/2001 | | 7.0000 | SUPPORT.COM INC | $2.690 U | | $18.83 | | CONFIRM | | | |
| | | 30.000 | 30.000 | | | | | | ($743.23) | $0.00 | ($743.23) | -87.7% |
| 634 | 03/13/2000 | 47.0000 | | TIBCO SOFTWARE INC | $120.000 | $5,640.00 | | | | | | |
| 635 | 11/20/2001 | DELV | 47.0000 | TIBCO SOFTWARE INC | $11.190 | | $525.93 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 47.000 | 47.000 | | | | | | ($5,114.07) | $0.00 | ($5,114.07) | -90.7% |
| 636 | 03/13/2000 | 16.0000 | | TITAN PHARMACEUTICALS INC | $43.125 | $690.00 | | | | | | |
| 637 | 10/01/2001 | | 16.0000 | TITAN PHARMACEUTICALS INC | $6.000 U | | $96.00 | | CONFIRM | | | |
| | | 16.000 | 16.000 | | | | | | ($594.00) | $0.00 | ($594.00) | -86.1% |
| 638 | 11/13/2000 | 10.0000 | | TRANSMETA CORP | $44.518 | $445.19 | | | | | | |
| 639 | 05/15/2001 | 10.0000 | | TRANSMETA CORP | $13.721 | $137.22 | | | | | | |
| 640 | 05/29/2001 | 15.0000 | | TRANSMETA CORP | $13.992 | $209.89 | | | | | | |
| 641 | 09/24/2001 | | 11.0000 | TRANSMETA CORP | $1.747 U | | $19.21 | | CONFIRM | | | |
| 642 | 09/28/2001 | | 2.0000 | TRANSMETA CORP | $1.643 U | | $3.29 | | CONFIRM | | | |
| 643 | 10/03/2001 | | 22.0000 | TRANSMETA CORP | $1.250 U | | $27.50 | | CONFIRM | | | |
| | | 35.000 | 35.000 | | | | | | ($742.30) | $0.00 | ($742.30) | -93.7% |
| 644 | 03/13/2000 | 8.0000 | | TRANSWITCH CORP | $102.000 | $816.00 | | | | | | |
| 645 | 08/15/2000 | 8.0000 | | TRANSWITCH CORP | | | | | STOCK DIVIDEND | | | |
| 646 | 11/20/2001 | DELV | 16.0000 | TRANSWITCH CORP | $4.330 | | $69.28 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |

09/18/2006 9:47 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

Page 36 of 39

DUCHESNEAU/PEARCE 00697