# Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 16.000 | 16.000 | | | | | | ($746.72) | $0.00 | ($746.72) | -91.5% |
| 647 03/13/2000 | 18.0000 | | TRIZETTO GROUP INC | $76.500 | $1,377.00 | | | | | | |
| 648 09/08/2000 | | 18.0000 | TRIZETTO GROUP INC | $10.000 | | $179.99 | | | | | |
| | 18.000 | 18.000 | | | | | | ($1,197.01) | $0.00 | ($1,197.01) | -86.9% |
| 649 07/03/2000 | 5.0000 | | UNITED THERAPEUTICS CORP | $98.904 | $494.62 | | | | | | |
| 650 12/15/2000 | | 5.0000 | UNITED THERAPEUTICS CORP | $16.000 | | $80.00 | | | | | |
| | 5.000 | 5.000 | | | | | | ($414.52) | $0.00 | ($414.52) | -83.8% |
| 651 03/13/2000 | 14.0000 | | VARIAN SEMICONDUCTOR EQUIPMENT ASSOCS INC | $62.875 | $880.25 | | | | | | |
| 652 06/20/2001 | | 4.0000 | VARIAN SEMICONDUCTOR EQUIPMENT ASSOCS INC | $37.859 | | $151.43 | | | | | |
| 653 06/27/2001 | | 1.0000 | VARIAN SEMICONDUCTOR EQUIPMENT ASSOCS INC | $38.084 | | $38.08 | | | | | |
| 654 07/03/2001 | | 3.0000 | VARIAN SEMICONDUCTOR EQUIPMENT ASSOCS INC | $39.228 | | $117.69 | | | | | |
| 655 07/05/2001 | | 6.0000 | VARIAN SEMICONDUCTOR EQUIPMENT ASSOCS INC | $40.327 | | $241.96 | | | | | |
| | 14.000 | 14.000 | | | | | | ($331.09) | $0.00 | ($331.09) | -37.6% |
| 656 03/31/2000 | 75.0000 | | VENTIV HEALTH INC | $10.231 | $767.36 | | | | | | |
| 657 03/02/2001 | | 25.0000 | VENTIV HEALTH INC | $16.000 | | $399.99 | | | | | |
| 658 11/20/2001 | DELV | 50.0000 | VENTIV HEALTH INC | $3.050 | | $152.50 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | 75.000 | 75.000 | | | | | | ($214.87) | $0.00 | ($214.87) | -28.0% |
| 659 03/13/2000 | 54.0000 | | VERIO INC | $58.687 | $3,169.13 | | | | | | |
| 660 06/09/2000 | | 54.0000 | VERIO INC | $55.075 | | $2,973.95 | | | | | |
| | 54.000 | 54.000 | | | | | | ($195.18) | $0.00 | ($195.18) | -6.2% |
| 661 03/13/2000 | 17.0000 | | VERISIGN INC | $192.250 | $3,268.25 | | | | | | |

DUCHESNEAU/PEARCE 00698

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64198-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 11/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 662 | 11/20/2001 | DELV | 17.0000 | VERISIGN INC | $41.230 | | $700.91 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 17.000 | | | | | | ($2,567.34) | $0.00 | ($2,567.34) | -78.8% |
| 663 | 07/28/2000 | 15.0000 | | VERSATA INC | $38.012 | $570.18 | | | | | | |
| 664 | 10/12/2000 | 30.0000 | | VERSATA INC | $21.722 | $651.68 | | | | | | |
| 665 | 03/02/2001 | | 45.0000 | VERSATA INC | $3.750 | | $168.74 | | | | | |
| | | | 45.000 | | | | | | ($1,053.12) | $0.00 | ($1,053.12) | -86.2% |
| 666 | 01/12/2001 | 2.0000 | | VERTEX PHARMACEUTICALS INC | $47.621 | $95.24 | | | | | | |
| 667 | 01/23/2001 | 5.0000 | | VERTEX PHARMACEUTICALS INC | $54.700 | $273.50 | | | | | | |
| 668 | 11/20/2001 | DELV | 7.0000 | VERTEX PHARMACEUTICALS INC | $26.080 | | $182.56 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | | 7.000 | | | | | | ($186.18) | $0.00 | ($186.18) | -50.5% |
| 669 | 03/13/2000 | 29.0000 | | VIANT INC | $37.187 | $1,078.44 | | | | | | |
| 670 | 09/07/2000 | | 13.0000 | VIANT INC | $8.382 | | $108.97 | | | | | |
| 671 | 09/08/2000 | | 16.0000 | VIANT INC | $7.758 | | $124.13 | | | | | |
| | | | 29.000 | | | | | | ($845.34) | $0.00 | ($845.34) | -78.4% |
| 672 | 03/13/2000 | 4.0000 | | VIGNETTE CORP | $269.625 | $1,078.50 | | | | | | |
| 673 | 04/19/2000 | 8.0000 | | VIGNETTE CORP | | | | | STOCK DIVIDEND | | | |
| 674 | 07/31/2000 | | 12.0000 | VIGNETTE CORP | $36.731 | | $440.77 | | | | | |
| | | | 12.000 | | | | | | ($637.73) | $0.00 | ($637.73) | -59.1% |
| 675 | 07/17/2000 | 6.0000 | | VIRATA CORP | $68.942 | $413.66 | | | | | | |
| 676 | 08/08/2000 | 5.0000 | | VIRATA CORP | $54.899 | $274.50 | | | | | | |
| 677 | 06/04/2001 | | 5.0000 | VIRATA CORP | $10.036 | | $50.18 | | | | | |
| 678 | 11/20/2001 | DELV | 6.0000 | VIRATA CORP | $11.250 | | $67.50 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |

Page 38 of 39

09/18/2006 9:47  Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00699

# Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64198-SBI
**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 11/2001

| | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 11.000 | 11.000 | | | | | | ($570.48) | $0.00 | ($570.48) | -82.9% |
| 679 | 03/02/2000 | 12.0000 | | WEBEX COMMUNICATIONS INC | $22.188 | $266.27 | | | A/O 07/28/00 | | | |
| 680 | 08/04/2000 | 23.0000 | | WEBEX COMMUNICATIONS INC | $23.442 | $539.18 | | | | | | |
| 681 | 12/28/2000 | 5.0000 | | WEBEX COMMUNICATIONS INC | $14.590 | $72.95 | | | | | | |
| 682 | 11/20/2001 | DELV | 40.0000 | WEBEX COMMUNICATIONS INC | $31.970 | | $1,278.80 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 40.000 | 40.000 | | | | | | $400.40 | $0.00 | $400.40 | 45.8% |
| 683 | 03/13/2000 | 13.0000 | | WESTWOOD ONE INC | $65.000 | $845.00 | | | | | | |
| 684 | 03/28/2000 | 13.0000 | | WESTWOOD ONE INC | | | | | STOCK DIVIDEND | | | |
| 685 | 11/20/2001 | DELV | 26.0000 | WESTWOOD ONE INC | $29.500 | | $767.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 26.000 | 26.000 | | | | | | ($78.00) | $0.00 | ($78.00) | -9.2% |
| 686 | 07/12/2001 | 1.0000 | | WILLIAMS SONOMA INC | $35.965 U | $35.96 | | | CONFIRM; A/O 07/09/01 | | | |
| 687 | 07/13/2001 | 2.0000 | | WILLIAMS SONOMA INC | $35.878 U | $71.76 | | | CONFIRM | | | |
| 688 | 07/13/2001 | 2.0000 | | WILLIAMS SONOMA INC | $35.878 U | $71.76 | | | CONFIRM | | | |
| 689 | 08/20/2001 | 5.0000 | | WILLIAMS SONOMA INC | $34.277 U | $171.38 | | | CONFIRM | | | |
| 690 | 10/11/2001 | 5.0000 | | WILLIAMS SONOMA INC | $26.632 U | $133.16 | | | CONFIRM | | | |
| 691 | 11/20/2001 | DELV | 15.0000 | WILLIAMS SONOMA INC | $37.250 | | $558.75 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 15.000 | 15.000 | | | | | | $74.73 | $0.00 | $74.73 | 15.4% |
| 692 | 03/13/2000 | 3.0000 | | YAHOO INC | $172.812 | $518.44 | | | | | | |
| 693 | 04/04/2000 | | 3.0000 | YAHOO INC | $179.823 | | $539.45 | | | | | |
| | | 3.000 | 3.000 | | | | | | $21.01 | $0.00 | $21.01 | 4.1% |

Note: U = Unsolicited

DUCHESNEAU/PEARCE 00700

# Trade Transactions ROI - Detail Summary

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| Description | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|
| **EQUITIES** | | | | |
| 1 ADC TELECOMMUNICATIONS INC | ($281.70) | $0.00 | ($281.70) | -3.8% |
| 2 ADVANCEPCS | ($125.61) | $0.00 | ($125.61) | -3.2% |
| 3 AFFILIATED COMPUTER SVCS INC CL A | $466.29 | $0.00 | $466.29 | 19.6% |
| 4 AMERICAN EAGLE OUTFITTERS INC | ($1,879.39) | $0.00 | ($1,879.39) | -38.4% |
| 5 AMERICREDIT CORP | $19.28 | $0.00 | $19.28 | 0.6% |
| 6 AMERISOURCE HEALTH CORP CL A | ($255.14) | $0.00 | ($255.14) | -7.7% |
| 7 APPLIED MICROCIRCUITS CORP | ($1,505.89) | $0.00 | ($1,505.89) | -10.6% |
| 8 BARR LABORATORIES INC | ($790.87) | $0.00 | ($790.87) | -25.9% |
| 9 BEA SYSTEMS INC | ($3,906.49) | $0.00 | ($3,906.49) | -46.7% |
| 10 BED BATH & BEYOND | $8.23 | $0.00 | $8.23 | 0.3% |
| 11 BERGEN BRUNSWIG CORP CL A | $171.64 | $2.98 | $174.62 | 5.5% |
| 12 BEST BUY INC | ($76.51) | $0.00 | ($76.51) | -2.1% |
| 13 BIOMET INC | ($212.13) | $8.78 | ($203.35) | -6.8% |
| 14 BROADCOM CORP CL A | ($6,637.04) | $0.00 | ($6,637.04) | -62.7% |
| 15 BROCADE COMMUNICATIONS SYS INC | ($5,163.78) | $0.00 | ($5,163.78) | -51.6% |
| 16 CALLAWAY GOLF CO | ($599.00) | $0.00 | ($599.00) | -22.6% |
| 17 CALPINE CORP | ($1,135.00) | $0.00 | ($1,135.00) | -28.4% |
| 18 CARDINAL HEALTH INC | ($350.62) | $1.65 | ($348.97) | -6.2% |
| 19 CELESTICA INC SUB VTG SHS | ($2,012.81) | $0.00 | ($2,012.81) | -44.5% |
| 20 CENDANT CORP | ($1,104.63) | $0.00 | ($1,104.63) | -34.5% |
| 21 CHECK POINT SOFTWARE TECH LTD | ($1,745.16) | $0.00 | ($1,745.16) | -11.6% |
| 22 CIENA CORP | ($354.31) | $0.00 | ($354.31) | -10.4% |
| 23 CISCO SYS INC | ($493.48) | $0.00 | ($493.48) | -5.3% |
| 24 COMVERSE TECHNOLOGY INC PAR $0.10 | ($1,886.92) | $0.00 | ($1,886.92) | -35.7% |
| 25 CONCORD EFS INC | $1,321.69 | $0.00 | $1,321.69 | 22.9% |
| 26 CORNING INC | ($1,473.81) | $5.40 | ($1,468.41) | -18.3% |
| 27 CYTYC CORP | ($356.81) | $0.00 | ($356.81) | -17.0% |
| 28 EBAY INC | $68.86 | $0.00 | $68.86 | 2.1% |
| 29 ECHOSTAR COMMNS CORP CL A | ($3,148.88) | $0.00 | ($3,148.88) | -36.0% |

Page 1 of 3

Trade Transactions ROI - Detail Summary

## Trade Transactions ROI - Detail Summary

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| Description | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|
| 30 ELANTEC SEMICONDUCTOR INC | ($4,437.98) | $0.00 | ($4,437.98) | -61.0% |
| 31 ELECTRONICS BOUTIQUE HLDGS CORP | $234.21 | $0.00 | $234.21 | 11.2% |
| 32 EMC CORP | ($3,636.71) | $0.00 | ($3,636.71) | -45.0% |
| 33 EMULEX CORP NEW | ($1,155.37) | $0.00 | ($1,155.37) | -52.5% |
| 34 EXPRESS SCRIPTS INC CL A | ($530.02) | $0.00 | ($530.02) | -11.1% |
| 35 GENZYME CORP GENERAL DIVISION | $1,049.84 | $0.00 | $1,049.84 | 24.0% |
| 36 HARMONIC INC | ($2,858.86) | $0.00 | ($2,858.86) | -33.0% |
| 37 IDEC PHARMACEUTICALS CORP | ($2,534.33) | $0.00 | ($2,534.33) | -47.8% |
| 38 INTEGRATED DEVICE TECHNOLOGY INC | ($633.15) | $0.00 | ($633.15) | -10.7% |
| 39 INTERNET SECURITY SYSTEMS INC | ($2,767.74) | $0.00 | ($2,767.74) | -57.2% |
| 40 INTUIT INC | ($177.31) | $0.00 | ($177.31) | -6.0% |
| 41 JDS UNIPHASE CORP | ($11,788.58) | $0.00 | ($11,788.58) | -57.8% |
| 42 JUNIPER NETWORKS INC | ($4,589.12) | $0.00 | ($4,589.12) | -54.6% |
| 43 KOHLS CORP | ($1,168.77) | $0.00 | ($1,168.77) | -26.2% |
| 44 L3 COMMUNICATIONS HLDGS INC | ($682.28) | $0.00 | ($682.28) | -22.8% |
| 45 LABORATORY CORP AMER HLDGS NEW | ($368.55) | $0.00 | ($368.55) | -11.0% |
| 46 LAM RESEARCH CORP | ($3,630.98) | $0.00 | ($3,630.98) | -38.7% |
| 47 LINCARE HOLDINGS INC | ($309.04) | $0.00 | ($309.04) | -9.7% |
| 48 LOWES COMPANIES INC | $361.31 | $1.50 | $362.81 | 13.0% |
| 49 MEDIMMUNE INC | ($2,933.51) | $0.00 | ($2,933.51) | -39.4% |
| 50 MERCURY INTERACTIVE CORP | ($4,456.35) | $0.00 | ($4,456.35) | -56.3% |
| 51 MICROMUSE INC | ($911.73) | $0.00 | ($911.73) | -26.7% |
| 52 NETWORK APPLIANCE INC | ($5,234.26) | $0.00 | ($5,234.26) | -55.9% |
| 53 NEXTEL COMMUNICATIONS INC CL A | ($3,474.89) | $0.00 | ($3,474.89) | -39.9% |
| 54 NOKIA CORP SPONS ADR EACH REPSTG A SH | ($616.82) | $0.00 | ($616.82) | -7.6% |
| 55 NVIDIA CORP | ($1,350.06) | $0.00 | ($1,350.06) | -42.4% |
| 56 NVR INC | ($584.27) | $0.00 | ($584.27) | -20.2% |
| 57 ORACLE CORP | ($173.46) | $0.00 | ($173.46) | -1.9% |
| 58 PAYCHEX INC | ($1,458.08) | $0.00 | ($1,458.08) | -35.6% |
| 59 PHARMACEUTICAL PRODUCT DEV INC | ($1,255.82) | $0.00 | ($1,255.82) | -25.0% |

09/15/2006 12:25 Portfolio Perspective Interactive Edition™  Trade Transactions ROI - Detail Summary  Page 2 of 3
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00702

# Trade Transactions ROI - Detail Summary

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| Description | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|
| 60 POLYCOM INC | ($142.43) | $0.00 | ($142.43) | -6.7% |
| 61 RF MICRO DEVICES INC | ($7,763.36) | $0.00 | ($7,763.36) | -51.6% |
| 62 SIEBEL SYSTEMS INC | ($1,413.52) | $0.00 | ($1,413.52) | -18.9% |
| 63 SUNGARD DATA SYSTEMS INC | ($586.32) | $0.00 | ($586.32) | -16.2% |
| 64 THQ INC NEW | $1,074.86 | $0.00 | $1,074.86 | 41.1% |
| 65 USA ED INC | ($277.02) | $7.88 | ($269.14) | -8.1% |
| 66 VERITAS SOFTWARE CORP | ($4,646.97) | $0.00 | ($4,646.97) | -28.9% |
| 67 VIGNETTE CORP | ($4,672.77) | $0.00 | ($4,672.77) | -57.4% |
| 68 WALGREEN CO NEW | ($255.61) | $0.00 | ($255.61) | -7.6% |
| 69 WASHINGTON MUTUAL INC | ($20.08) | $18.15 | ($1.93) | -0.1% |

09/15/2006 12:25 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

Trade Transactions ROI - Detail Summary

Page 3 of 3

DUCHESNEAU/PEARCE 00703

# Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| # | Date | Bot/Rec | Sld/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| | | | | **EQUITIES** | | | | | | | | |
| 1 | 05/26/2000 | 85.0000 | | ADC TELECOMMUNICATIONS INC | $63.561 | $5,402.71 | | | | | | |
| 2 | 07/06/2000 | 25.0000 | | ADC TELECOMMUNICATIONS INC | $82.038 | $2,050.97 | | | | | | |
| 3 | 07/21/2000 | 110.0000 | | ADC TELECOMMUNICATIONS INC | | | | | STOCK DIVIDEND | | | |
| 4 | 09/25/2000 | | 220.0000 | ADC TELECOMMUNICATIONS INC | $32.601 | | $7,171.98 | | ($281.70) | $0.00 | ($281.70) | -3.8% |
| | | 220.000 | 220.000 | | | | | | | | | |
| 5 | 09/11/2001 | 10.0000 | | ADVANCEPCS | $73.064 U | $730.65 | | | CONFIRM | | | |
| 6 | 09/21/2001 | 20.0000 | | ADVANCEPCS | $64.881 U | $1,293.63 | | | CONFIRM | | | |
| 7 | 09/27/2001 | 10.0000 | | ADVANCEPCS | $62.675 U | $626.75 | | | CONFIRM | | | |
| 8 | 10/31/2001 | 20.0000 | | ADVANCEPCS | $62.249 U | $1,244.98 | | | CONFIRM | | | |
| 9 | 11/08/2001 | 60.0000 | | ADVANCEPCS | | | | | STOCK DIVIDEND | | | |
| 10 | 11/20/2001 | DELV | 120.0000 | ADVANCEPCS | $31.420 | | $3,770.40 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 120.000 | 120.000 | | | | | | ($125.61) | $0.00 | ($125.61) | -3.2% |
| 11 | 09/28/2001 | 30.0000 | | AFFILIATED COMPUTER SVCS INC CL A | $79.327 U | $2,379.81 | | | CONFIRM | | | |
| 12 | 11/20/2001 | DELV | 30.0000 | AFFILIATED COMPUTER SVCS INC CL A | $94.870 | | $2,846.10 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 30.000 | 30.000 | | | | | | $466.29 | $0.00 | $466.29 | 19.6% |
| 13 | 02/21/2001 | 60.0000 | | AMERICAN EAGLE OUTFITTERS INC | $59.039 | $3,542.38 | | | | | | |
| 14 | 03/01/2001 | 30.0000 | | AMERICAN EAGLE OUTFITTERS INC | | | | | STOCK DIVIDEND | | | |
| 15 | 05/31/2001 | 35.0000 | | AMERICAN EAGLE OUTFITTERS INC | $38.722 | $1,355.29 | | | | | | |
| 16 | 08/24/2001 | | 125.0000 | AMERICAN EAGLE OUTFITTERS INC | $24.147 U | | $3,018.28 | | CONFIRM | | | |
| | | 125.000 | 125.000 | | | | | | ($1,879.39) | $0.00 | ($1,879.39) | -38.4% |
| 17 | 05/02/2001 | 20.0000 | | AMERICREDIT CORP | $45.530 | $910.61 | | | | | | |

DUCHESNEAU/PEARCE 00704

## Trade Transactions ROI

**Account Name:** DESIREE PEARCE SEP IRA
**Account Number:** 382-64201-SBI

**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Date Range:** 03/2000 Thru 12/2001

| Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 05/03/2001 | 50.0000 | | AMERICREDIT CORP | $46.499 | $2,324.97 | | | | | | |
| 19 06/12/2001 | | 15.0000 | AMERICREDIT CORP | $51.326 | | $769.87 | | | | | |
| 20 06/13/2001 | | 10.0000 | AMERICREDIT CORP | $51.326 | | $513.25 | | | | | |
| 21 08/27/2001 | | 45.0000 | AMERICREDIT CORP | $43.818 U | | $1,971.74 | | CONFIRM | | | |
| | 70.000 | 70.000 | | | | | | $19.28 | $0.00 | $19.28 | 0.5% |
| 22 02/28/2001 | 45.0000 | | AMERISOURCE HEALTH CORP CL A | $54.672 | $2,460.24 | | | | | | |
| 23 03/01/2001 | 15.0000 | | AMERISOURCE HEALTH CORP CL A | $55.631 | $834.47 | | | | | | |
| 24 05/11/2001 | | 60.0000 | AMERISOURCE HEALTH CORP CL A | $50.661 | | $3,039.57 | | | | | |
| | 60.000 | 60.000 | | | | | | ($255.14) | $0.00 | ($255.14) | -7.7% |
| 25 03/14/2000 | 50.0000 | | APPLIED MICROCIRCUITS CORP | $284.000 | $14,200.00 | | | STOCK DIVIDEND | | | |
| 26 03/29/2000 | 50.0000 | | APPLIED MICROCIRCUITS CORP | | | | | | | | |
| 27 04/07/2000 | | 5.0000 | APPLIED MICROCIRCUITS CORP | $98.481 | | $492.39 | | | | | |
| 28 08/23/2000 | | 20.0000 | APPLIED MICROCIRCUITS CORP | $176.900 | | $3,537.88 | | STOCK DIVIDEND | | | |
| 29 11/03/2000 | 75.0000 | | APPLIED MICROCIRCUITS CORP | | | | | | | | |
| 30 01/08/2001 | | 30.0000 | APPLIED MICROCIRCUITS CORP | $61.065 | | $1,831.90 | | | | | |
| 31 01/12/2001 | | 35.0000 | APPLIED MICROCIRCUITS CORP | $62.003 | | $2,170.05 | | | | | |
| 32 02/09/2001 | | 85.0000 | APPLIED MICROCIRCUITS CORP | $54.847 | | $4,661.89 | | | | | |
| | 175.000 | 175.000 | | | | | | ($1,505.89) | $0.00 | ($1,505.89) | -10.6% |
| 33 08/24/2001 | 35.0000 | | BARR LABORATORIES INC | $87.230 U | $3,053.06 | | | CONFIRM | | | |
| 34 11/16/2001 | | 35.0000 | BARR LABORATORIES INC | $64.636 U | | $2,262.19 | | CONFIRM | | | |
| | 35.000 | 35.000 | | | | | | ($790.87) | $0.00 | ($790.87) | -25.9% |
| 35 03/10/2000 | 60.0000 | | BEA SYSTEMS INC | $139.312 | $8,358.75 | | | | | | |

## Trade Transactions ROI

09/15/2006 12:25 Portfolio Perspective Interactive Edition™   Page 2 of 16
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00705

# Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI
Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 36 | 04/05/2000 | 60.000 | 60.0000 | BEA SYSTEMS INC | $74.206 | | $4,452.26 | | | | | |
|  |  | 60.000 | 60.000 |  |  |  |  |  | ($3,906.49) | $0.00 | ($3,906.49) | -46.7% |
| 37 | 08/01/2001 | 95.0000 | | BED BATH & BEYOND | $31.693 U | $3,010.87 | | | CONFIRM | | | |
| 38 | 11/20/2001 | DELV | 95.0000 | BED BATH & BEYOND | $31.780 | | $3,019.10 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
|  |  | 95.000 | 95.000 |  |  |  |  |  | $8.23 | $0.00 | $8.23 | 0.3% |
| 39 | 07/03/2001 | 80.0000 | | BERGEN BRUNSWIG CORP CL A | $20.777 | $1,662.18 | | | | | | |
| 40 | 07/05/2001 | 75.0000 | | BERGEN BRUNSWIG CORP CL A | $20.120 | $1,509.05 | | | | | | |
| 41 | 09/04/2001 | 57.0000 | | AMERISOURCEBERGEN CORP | | | | | | | | |
| 42 | 09/04/2001 | | 155.0000 | BERGEN BRUNSWIG CORP CL A | | | | | BERGEN BRUNSWIG CORP CL A | | | |
| 43 | 09/04/2001 | | | AMERISOURCEBERGEN CORP | | | $22.63 | | AMERISOURCEBERGEN CORP | | | |
| 44 | 09/04/2001 | | | BERGEN BRUNSWIG CORP CL A | | | $1.55 | | CIL | | | |
| 45 | 11/20/2001 | DELV | 67.0000 | AMERISOURCEBERGEN CORP | $59.250 | | $3,320.25 | | DIVIDEND | | | |
| 46 | 12/03/2001 | | | AMERISOURCEBERGEN CORP | | | $1.43 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
|  |  | 212.000 | 212.000 |  |  |  |  |  | $171.64 | $2.98 | $174.62 | 5.5% |
| 47 | 07/12/2001 | 35.0000 | | BEST BUY INC | $66.533 U | $2,328.64 | | | CONFIRM | | | |
| 48 | 07/24/2001 | 20.0000 | | BEST BUY INC | $69.608 U | $1,392.17 | | | CONFIRM | | | |
| 49 | 11/20/2001 | DELV | 55.0000 | BEST BUY INC | $66.260 | | $3,644.30 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
|  |  | 55.000 | 55.000 |  |  |  |  |  | ($76.51) | $0.00 | ($76.51) | -2.1% |
| 50 | 06/21/2001 | 35.0000 | | BIOMET INC | $45.898 | $1,606.45 | | | | | | |
| 51 | 06/22/2001 | 30.0000 | | BIOMET INC | $46.274 | $1,388.23 | | | | | | |
| 52 | 07/27/2001 | | | BIOMET INC | | | $8.78 | | DIVIDEND | | | |
| 53 | 08/10/2001 | 32.0000 | | BIOMET INC | | | | | STOCK DIVIDEND | | | |

DUCHESNEAU/PEARCE 00706