# Trade Transactions ROI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 08/10/2001 | | | BIOMET INC | | | $14.15 | | CIL | | | |
| 55 | 10/16/2001 | | | BIOMET INC | | | $15.08 | | CIL | | | |
| 56 | 10/16/2001 | | | BIOMET INC | | $14.15 | | | CIL CXL | | | |
| 57 | 11/15/2001 | 10.0000 | | BIOMET INC | $29.146 U | | $291.45 | | CONFIRM | | | |
| 58 | 11/20/2001 | 87.0000 | DELV | BIOMET INC | $28.460 | | $2,476.02 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
|  |  | 97.000 | 97.000 |  |  |  |  |  | ($212.13) | $8.78 | ($203.35) | -6.8% |
| 59 | 03/10/2000 | 5.0000 | | BROADCOM CORP CL A | $248.114 | $1,230.57 | | | | | | |
| 60 | 03/15/2000 | 35.0000 | | BROADCOM CORP CL A | $246.437 | $8,625.31 | | | | | | |
| 61 | 04/24/2000 | 5.0000 | | BROADCOM CORP CL A | $146.852 | $734.26 | | | | | | |
| 62 | 12/01/2000 | 45.0000 | | BROADCOM CORP CL A | $87.849 | | $3,953.10 | | | | | |
|  |  | 45.000 | 45.000 |  |  |  |  |  | ($6,637.04) | $0.00 | ($6,637.04) | -62.7% |
| 63 | 09/05/2000 | 40.0000 | | BROCADE COMMUNICATIONS SYS INC | $221.526 | $8,861.04 | | | | | | |
| 64 | 11/06/2000 | 5.0000 | | BROCADE COMMUNICATIONS SYS INC | $229.500 | $1,147.50 | | | | | | |
| 65 | 12/28/2000 | 45.0000 | | BROCADE COMMUNICATIONS SYS INC | | | | | STOCK DIVIDEND | | | |
| 66 | 02/16/2001 | 90.0000 | | BROCADE COMMUNICATIONS SYS INC | $53.832 | | $4,844.76 | | A/O 02/13/01 | | | |
|  |  | 90.000 | 90.000 |  |  |  |  |  | ($5,163.78) | $0.00 | ($5,163.78) | -51.6% |
| 67 | 05/16/2001 | 30.0000 | | CALLAWAY GOLF CO | $23.811 | $717.33 | | | | | | |
| 68 | 05/17/2001 | 80.0000 | | CALLAWAY GOLF CO | $24.144 | $1,931.54 | | | | | | |
| 69 | 06/12/2001 | 110.0000 | | CALLAWAY GOLF CO | $18.635 | | $2,049.87 | | | | | |
|  |  | 110.000 | 110.000 |  |  |  |  |  | ($599.00) | $0.00 | ($599.00) | -22.6% |
| 70 | 02/14/2001 | 85.0000 | | CALPINE CORP | $46.993 | $3,994.44 | | | | | | |
| 71 | 07/27/2001 | 85.0000 | | CALPINE CORP | $33.842 U | | $2,859.44 | | CONFIRM | | | |

DUCHESNEAU/PEARCE 00707

## Trade Transactions ROI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

| # | Date | Bot/Rec | Sld/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 85.000 | 85.000 | | | | | | | | ($1,135.00) | -28.4% |
| 72 | 01/02/2001 | 55.0000 | | CARDINAL HEALTH INC | $101.688 | $5,592.88 | | | ($1,135.00) | $0.00 | | |
| 73 | 04/16/2001 | | | CARDINAL HEALTH INC | | | $1.65 | | DIVIDEND | | | |
| 74 | 04/25/2001 | | 55.0000 | CARDINAL HEALTH INC | $95.313 | | $5,242.24 | | | | | |
| | | 55.000 | 55.000 | | | | | | | | ($348.97) | -6.2% |
| 75 | 02/06/2001 | 60.0000 | | CELESTICA INC SUB VTG SHS | $75.306 | $4,518.41 | | | ($350.62) | $1.65 | | |
| 76 | 03/06/2001 | | 60.0000 | CELESTICA INC SUB VTG SHS | $41.761 | | $2,505.60 | | | | | |
| | | 60.000 | 60.000 | | | | | | | | ($2,012.81) | -44.5% |
| 77 | 08/28/2001 | 155.0000 | | CENDANT CORP | $20.669 U | $3,203.74 | | | CONFIRM | $0.00 | | |
| 78 | 09/20/2001 | | 155.0000 | CENDANT CORP | $13.543 U | | $2,099.11 | | CONFIRM | | | |
| | | 155.000 | 155.000 | | | | | | | | ($1,104.63) | -34.5% |
| 79 | 03/10/2000 | 60.0000 | | CHECK POINT SOFTWARE TECH LTD | $250.552 | $15,033.75 | | | ($1,104.63) | $0.00 | | |
| 80 | 07/06/2000 | | 15.0000 | CHECK POINT SOFTWARE TECH LTD | $214.618 | | $3,219.16 | | STOCK DIVIDEND | | | |
| 81 | 07/31/2000 | 45.0000 | | CHECK POINT SOFTWARE TECH LTD | | | | | | | | |
| 82 | 12/19/2000 | | 25.0000 | CHECK POINT SOFTWARE TECH LTD | $133.084 | | $3,327.00 | | | | | |
| 83 | 01/06/2001 | | 10.0000 | CHECK POINT SOFTWARE TECH LTD | $111.585 | | $1,115.82 | | | | | |
| 84 | 02/16/2001 | 27.0000 | | CHECK POINT SOFTWARE TECH LTD | | | | | STOCK DIVIDEND | | | |
| 85 | 02/28/2001 | | 30.0000 | CHECK POINT SOFTWARE TECH LTD | $72.845 | | $2,185.29 | | | | | |
| 86 | 03/02/2001 | | | CHECK POINT SOFTWARE TECH LTD | | | $38.27 | | CIL | | | |
| 87 | 03/07/2001 | | | CHECK POINT SOFTWARE TECH LTD | | | $62.06 | | CIL | | | |
| 88 | 03/07/2001 | | | CHECK POINT SOFTWARE TECH LTD | | $38.27 | | | CIL CXL | | | |
| 89 | 03/09/2001 | | 52.0000 | CHECK POINT SOFTWARE TECH LTD | $65.180 | | $3,389.26 | | | | | |

09/15/2006 12:25 Portfolio Perspective Interactive Edition™   Page 5 of 16
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00708

# Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
|   |      | 132.000 | 132.000 |             |       |       |        |          | ($1,745.16)       | $0.00  | ($1,745.16) | -11.6% |
| 90 | 04/25/2001 | 50.0000 |         | CIENA CORP |  $67.840 | $3,392.02 |           |   |              |        |         |       |
| 91 | 05/31/2001 |         | 50.0000 | CIENA CORP |  $60.756 |           | $3,037.71 |   |              |        |         |       |
|   |      | 50.000  | 50.000  |             |       |       |        |          | ($354.31)         | $0.00  | ($354.31) | -10.4% |
| 92 | 03/10/2000 | 50.0000 |         | CISCO SYS INC | $133.312 | $6,666.63 |        |   |              |        |         |       |
| 93 | 03/28/2000 | 50.0000 |         | CISCO SYS INC |  $77.265 | $2,704.30 |        |   | STOCK DIVIDEND |       |         |       |
| 94 | 04/05/2000 | 35.0000 |         | CISCO SYS INC |  $65.753 |           | $8,876.45 |   |              |        |         |       |
| 95 | 09/12/2000 |         | 135.0000 | CISCO SYS INC |        |           |           |   |              |        |         |       |
|   |      | 135.000 | 135.000 |             |       |       |        |          | ($493.48)         | $0.00  | ($493.48) | -5.3% |
| 96 | 02/02/2001 | 35.0000 |         | COMVERSE TECHNOLOGY INC PAR $0.10 | $117.227 | $4,102.96 |     |   |             |        |         |       |
| 97 | 02/05/2001 | 10.0000 |         | COMVERSE TECHNOLOGY INC PAR $0.10 | $118.518 | $1,185.19 |     |   |             |        |         |       |
| 98 | 03/02/2001 |         | 45.0000 | COMVERSE TECHNOLOGY INC PAR $0.10 |  $75.585 |           | $3,401.23 |   |             |        |         |       |
|   |      | 45.000  | 45.000  |             |       |       |        |          | ($1,886.92)       | $0.00  | ($1,886.92) | -35.7% |
| 99  | 11/13/2000 | 75.0000 |         | CONCORD EFS INC | $42.580 | $3,193.55 |         |   |         |        |         |       |
| 100 | 11/14/2000 | 55.0000 |         | CONCORD EFS INC | $42.896 | $2,359.31 |         |   |         |        |         |       |
| 101 | 04/03/2001 | 5.0000  |         | CONCORD EFS INC | $45.187 |   $225.94 |         |   |         |        |         |       |
| 102 | 04/19/2001 |         | 45.0000 | CONCORD EFS INC | $44.522 |           | $2,003.45 |   |         |        |         |       |
| 103 | 07/19/2001 |         | 25.0000 | CONCORD EFS INC | $58.602 U |         | $1,465.01 |   | CONFIRM |        |         |       |
| 104 | 10/04/2001 | 65.0000 |         | CONCORD EFS INC |         |           |           |   | STOCK DIVIDEND |    |         |       |
| 105 | 10/31/2001 |         | 26.0000 | CONCORD EFS INC | $27.388 U |         |  $684.68  |   | CONFIRM |        |         |       |
| 106 | 11/20/2001 | DELV    | 105.0000 | CONCORD EFS INC | $28.070 |           | $2,947.35 |   | BLOOMBERG CLOSE; PAINE WEBBER INC | | |  |
|   |      | 200.000 | 200.000 |             |       |       |        |          | $1,321.69         | $0.00  | $1,321.69 | 22.9% |

09/15/2006 12:25 Portfolio Perspective Interactive Edition™   Page 6 of 16
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00709

# Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 107 | 07/05/2000 | 30.0000 | | CORNING INC | $287.141 | $8,014.23 | | | | | | |
| 108 | 09/29/2000 | | | CORNING INC | | | $5.40 | | DIVIDEND | $5.40 | | |
| 109 | 10/09/2000 | 60.0000 | | CORNING INC | | | | | STOCK DIVIDEND | | | |
| 110 | 11/07/2000 | | 90.0000 | CORNING INC | $72.673 | | $6,540.42 | | ($1,473.81) | $5.40 | ($1,468.41) | -18.3% |
| | | 90.000 | 90.000 | | | | | | | | | |
| 111 | 10/31/2001 | 75.0000 | | CYTYC CORP | $28.067 U | $2,105.06 | | | CONFIRM | | | |
| 112 | 11/20/2001 | DELV | 75.0000 | CYTYC CORP | $23.310 | | $1,748.25 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 75.000 | 75.000 | | | | | | ($356.81) | $0.00 | ($356.81) | -17.0% |
| 113 | 05/04/2001 | 25.0000 | | EBAY INC | $52.629 | $1,315.75 | | | | | | |
| 114 | 05/15/2001 | 35.0000 | | EBAY INC | $54.833 | $1,919.18 | | | CONFIRM | | | |
| 115 | 08/27/2001 | | 60.0000 | EBAY INC | $55.065 U | | $3,303.79 | | $68.86 | $0.00 | $68.86 | 2.1% |
| | | 60.000 | 60.000 | | | | | | | | | |
| 116 | 03/10/2000 | 70.0000 | | ECHOSTAR COMMNS CORP CL A | $125.125 | $8,758.75 | | | CONFIRM | | | |
| 117 | 03/28/2000 | 70.0000 | | ECHOSTAR COMMNS CORP CL A | | | | | STOCK DIVIDEND | | | |
| 118 | 06/05/2000 | | 60.0000 | ECHOSTAR COMMNS CORP CL A | $40.089 | | $2,405.26 | | | | | |
| 119 | 06/06/2000 | | 80.0000 | ECHOSTAR COMMNS CORP CL A | $40.059 | | $3,204.61 | | ($3,148.88) | $0.00 | ($3,148.88) | -35.0% |
| | | 140.000 | 140.000 | | | | | | | | | |
| 120 | 11/07/2000 | 10.0000 | | ELANTEC SEMICONDUCTOR INC | $111.934 | $1,119.34 | | | | | | |
| 121 | 11/08/2000 | 10.0000 | | ELANTEC SEMICONDUCTOR INC | $114.618 | $1,146.19 | | | | | | |
| 122 | 11/09/2000 | 15.0000 | | ELANTEC SEMICONDUCTOR INC | $120.409 | $1,806.14 | | | | | | |
| 123 | 11/10/2000 | 30.0000 | | ELANTEC SEMICONDUCTOR INC | $108.742 | $3,202.26 | | | | | | |
| 124 | 12/13/2000 | | 65.0000 | ELANTEC SEMICONDUCTOR INC | $43.631 | | $2,836.95 | | | | | |

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 65.000 | | | | | | | | | | |
| 125 | 10/09/2001 | 65.0000 | | ELECTRONICS BOUTIQUE HLDGS CORP | $32.286 | $2,098.64 | | | ($4,437.98) | $0.00 | ($4,437.98) | -61.0% |
| 126 | 11/20/2001 | | DELV 65.0000 | ELECTRONICS BOUTIQUE HLDGS CORP | $35.890 | | $2,332.85 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 65.000 | | | | | | | | | | |
| 127 | 08/28/2000 | 80.0000 | | EMC CORP | $100.971 | $8,077.68 | | | $234.21 | $0.00 | $234.21 | 11.2% |
| 128 | 12/26/2000 | | 80.0000 | EMC CORP | $55.514 | | $4,440.97 | | | | | |
| | | 80.000 | | | | | | | | | | |
| 129 | 01/17/2001 | 25.0000 | | EMULEX CORP NEW | $88.018 | $2,200.45 | | | ($3,836.71) | $0.00 | ($3,836.71) | -45.0% |
| 130 | 02/15/2001 | | 25.0000 | EMULEX CORP NEW | $41.804 | | $1,045.08 | | | | | |
| | | 25.000 | | | | | | | | | | |
| 131 | 12/26/2000 | 25.0000 | | EXPRESS SCRIPTS INC CL A | $92.868 | $2,321.72 | | | ($1,155.37) | $0.00 | ($1,155.37) | -52.5% |
| 132 | 12/27/2000 | 15.0000 | | EXPRESS SCRIPTS INC CL A | $93.864 | $1,407.96 | | | | | | |
| 133 | 01/03/2001 | 10.0000 | | EXPRESS SCRIPTS INC CL A | $104.300 | $1,043.00 | | | | | | |
| 134 | 05/02/2001 | | 20.0000 | EXPRESS SCRIPTS INC CL A | $83.376 | | $1,667.47 | | | | | |
| 135 | 05/04/2001 | | 15.0000 | EXPRESS SCRIPTS INC CL A | $83.688 | | $1,255.29 | | | | | |
| 136 | 05/11/2001 | | 15.0000 | EXPRESS SCRIPTS INC CL A | $87.996 | | $1,319.90 | | | | | |
| | | 50.000 | 50.000 | | | | | | | | | |
| 137 | 01/09/2001 | 50.0000 | | GENZYME CORP GENERAL DIVISION | $87.379 | $4,368.99 | | | ($530.02) | $0.00 | ($530.02) | -11.1% |
| 138 | 06/07/2001 | 50.0000 | | GENZYME CORP GENERAL DIVISION | | | | | STOCK DIVIDEND | | | |
| 139 | 07/24/2001 | | 20.0000 | GENZYME CORP GENERAL DIVISION | $52.903 U | | $1,058.03 | | CONFIRM | | | |
| 140 | 11/06/2001 | | 20.0000 | GENZYME CORP GENERAL DIVISION | $53.042 U | | $1,060.80 | | CONFIRM | | | |
| 141 | 11/20/2001 | | DELV 60.0000 | GENZYME CORP GENERAL DIVISION | $55.000 | | $3,300.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |

09/15/2006 12:25 Portfolio Perspective Interactive Edition™     Page 8 of 16
Prepared By: Secure Financial Services, Inc.

Trade Transactions ROI

DUCHESNEAU/PEARCE 00711

# Trade Transactions ROI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

| Date | Bot/Rec | Sld/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 100.000 | 100.000 | | | | | | | | | |
| 142 03/10/2000 | 60.0000 | | HARMONIC INC | $144.187 | $8,651.25 | | | $1,049.84 | $0.00 | $1,049.84 | 24.0% |
| 143 03/30/2000 | | 20.0000 | HARMONIC INC | $96.814 | | $1,936.23 | | | | | |
| 144 03/31/2000 | | 40.0000 | HARMONIC INC | $96.407 | | $3,856.16 | | | | | |
| | 60.000 | 60.000 | | | | | | ($2,858.88) | $0.00 | ($2,858.88) | -33.0% |
| 145 12/13/2000 | 10.0000 | | IDEC PHARMACEUTICALS CORP | $214.379 | $2,143.80 | | | | | | |
| 146 12/19/2000 | 15.0000 | | IDEC PHARMACEUTICALS CORP | $210.236 | $3,153.55 | | | | | | |
| 147 01/23/2001 | 50.0000 | | IDEC PHARMACEUTICALS CORP | | | $2,763.02 | | | | | |
| 148 03/27/2001 | | 75.0000 | IDEC PHARMACEUTICALS CORP | $36.841 | | | | STOCK DIVIDEND | | | |
| | 75.000 | 75.000 | | | | | | ($2,534.33) | $0.00 | ($2,534.33) | -47.8% |
| 149 07/06/2000 | 100.0000 | | INTEGRATED DEVICE TECHNOLOGY INC | $58.906 | $5,890.69 | | | | | | |
| 150 11/02/2000 | | 65.0000 | INTEGRATED DEVICE TECHNOLOGY INC | $51.792 | | $3,366.42 | | | | | |
| 151 11/03/2000 | | 35.0000 | INTEGRATED DEVICE TECHNOLOGY INC | $54.033 | | $1,891.12 | | | | | |
| | 100.000 | 100.000 | | | | | | ($633.15) | $0.00 | ($633.15) | -10.7% |
| 152 05/25/2001 | 45.0000 | | INTERNET SECURITY SYSTEMS INC | $60.764 | $2,734.40 | | | | | | |
| 153 06/11/2001 | 40.0000 | | INTERNET SECURITY SYSTEMS INC | $52.679 | $2,107.17 | | | | | | |
| 154 07/12/2001 | | 85.0000 | INTERNET SECURITY SYSTEMS INC | $24.399 U | | $2,073.83 | | CONFIRM | | | |
| | 85.000 | 85.000 | | | | | | ($2,767.74) | $0.00 | ($2,767.74) | -57.2% |
| 155 11/07/2001 | 5.0000 | | INTUIT INC | $42.890 U | $214.45 | | | CONFIRM | | | |
| 156 11/09/2001 | 20.0000 | | INTUIT INC | $42.166 U | $843.33 | | | CONFIRM | | | |
| 157 11/15/2001 | 25.0000 | | INTUIT INC | $42.426 U | $1,060.65 | | | CONFIRM | | | |
| 158 11/15/2001 | 20.0000 | | INTUIT INC | $42.209 U | $844.18 | | | CONFIRM | | | |

# Trade Transactions ROI

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| # | Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 159 | 11/20/2001 | DELV | 70.0000 | INTUIT INC | $39.790 | | $2,785.30 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 70.000 | 70.000 | | | | | | ($177.31) | $0.00 | ($177.31) | -6.0% |
| 160 | 03/10/2000 | 70.0000 | | JDS UNIPHASE CORP | $291.437 | $20,400.63 | | | | | | |
| 161 | 03/16/2000 | 70.0000 | | JDS UNIPHASE CORP | | | | | STOCK DIVIDEND | | | |
| 162 | 04/07/2000 | | 25.0000 | JDS UNIPHASE CORP | $95.127 | | $2,378.10 | | | | | |
| 163 | 04/10/2000 | | 20.0000 | JDS UNIPHASE CORP | $106.721 | | $2,134.34 | | | | | |
| 164 | 01/08/2001 | | 65.0000 | JDS UNIPHASE CORP | $39.932 | | $2,595.50 | | | | | |
| 165 | 01/09/2001 | | 30.0000 | JDS UNIPHASE CORP | $50.138 | | $1,504.11 | | | | | |
| | | 140.000 | 140.000 | | | | | | ($11,788.68) | $0.00 | ($11,788.58) | -57.8% |
| 166 | 09/12/2000 | 35.0000 | | JUNIPER NETWORKS INC | $212.758 | $7,446.55 | | | | | | |
| 167 | 09/15/2000 | 5.0000 | | JUNIPER NETWORKS INC | $191.826 | $959.13 | | | | | | |
| 168 | 02/12/2001 | | 40.0000 | JUNIPER NETWORKS INC | $95.417 | | $3,816.56 | | | | | |
| | | 40.000 | 40.000 | | | | | | ($4,589.12) | $0.00 | ($4,589.12) | -54.6% |
| 169 | 02/15/2001 | 65.0000 | | KOHLS CORP | $68.613 | $4,459.85 | | | | | | |
| 170 | 04/18/2001 | | 65.0000 | KOHLS CORP | $50.633 | | $3,291.08 | | | | | |
| | | 65.000 | 65.000 | | | | | | ($1,168.77) | $0.00 | ($1,168.77) | -26.2% |
| 171 | 04/20/2001 | 35.0000 | | L3 COMMUNICATIONS HLDGS INC | $85.594 | $2,995.81 | | | | | | |
| 172 | 07/16/2001 | | 35.0000 | L3 COMMUNICATIONS HLDGS INC | $66.103 U | | $2,313.53 | | CONFIRM | | | |
| | | 35.000 | 35.000 | | | | | | ($682.28) | $0.00 | ($682.28) | -22.8% |
| 173 | 03/01/2001 | 5.0000 | | LABORATORY CORP AMER HLDGS NEW | $155.155 | $775.78 | | | | | | |
| 174 | 03/02/2001 | 16.0000 | | LABORATORY CORP AMER HLDGS NEW | $160.382 | $2,566.12 | | | | | | |
| 175 | 05/04/2001 | | 10.0000 | LABORATORY CORP AMER HLDGS NEW | $141.589 | | $1,415.84 | | | | | |

09/15/2006 12:25 Portfolio Perspective Interactive Edition™    Trade Transactions ROI    Page 10 of 16
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00713

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| # | Date | Bot/Rec | Sld/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 176 | 06/07/2001 | | 11.0000 | LABORATORY CORP AMER HLDGS NEW | $141.598 | | $1,557.51 | | | | | |
| | | 21.000 | 21.000 | | | | | | ($368.55) | $0.00 | ($368.55) | -11.0% |
| 177 | 03/10/2000 | 60.0000 | | LAM RESEARCH CORP | $156.437 | $9,386.25 | | | | | | |
| 178 | 03/22/2000 | 120.0000 | | LAM RESEARCH CORP | | | | | STOCK DIVIDEND | | | |
| 179 | 07/24/2000 | | 180.0000 | LAM RESEARCH CORP | $31.974 | | $5,765.27 | | | | | |
| | | 180.000 | 180.000 | | | | | | ($3,630.98) | $0.00 | ($3,630.98) | -38.7% |
| 180 | 03/01/2001 | 20.0000 | | LINCARE HOLDINGS INC | $57.852 | $1,157.05 | | | | | | |
| 181 | 03/05/2001 | 15.0000 | | LINCARE HOLDINGS INC | $57.802 | $867.03 | | | | | | |
| 182 | 03/06/2001 | 15.0000 | | LINCARE HOLDINGS INC | $58.848 | $882.73 | | | | | | |
| 183 | 03/07/2001 | 5.0000 | | LINCARE HOLDINGS INC | $59.125 | $295.63 | | | | | | |
| 184 | 06/02/2001 | | 10.0000 | LINCARE HOLDINGS INC | $56.310 | | $563.08 | | A/O 04/27/01 | | | |
| 185 | 05/03/2001 | | 45.0000 | LINCARE HOLDINGS INC | $51.786 | | $2,330.32 | | A/O 04/30/01 | | | |
| | | 55.000 | 55.000 | | | | | | ($309.04) | $0.00 | ($309.04) | -9.7% |
| 186 | 08/17/2001 | 75.0000 | | LOWES COMPANIES INC | $37.243 U | $2,793.19 | | | CONFIRM; A/O 08/14/01 | | | |
| 187 | 11/02/2001 | | | LOWES COMPANIES INC | | | $1.50 | | DIVIDEND | | | |
| 188 | 11/20/2001 | DELV | 75.0000 | LOWES COMPANIES INC | $42.060 | | $3,154.50 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | | 75.000 | 75.000 | | | | | | $361.31 | $1.50 | $362.81 | 13.0% |
| 189 | 03/10/2000 | 35.0000 | | MEDIMMUNE INC | $212.562 | $7,439.69 | | | | | | |
| 190 | 06/08/2000 | 70.0000 | | MEDIMMUNE INC | | | | | STOCK DIVIDEND | | | |
| 191 | 01/31/2001 | | 105.0000 | MEDIMMUNE INC | $42.917 | | $4,506.18 | | | | | |
| | | 105.000 | 105.000 | | | | | | ($2,933.51) | $0.00 | ($2,933.51) | -39.4% |
| 192 | 09/27/2000 | 5.0000 | | MERCURY INTERACTIVE CORP | $140.265 | $701.33 | | | A/O 09/22/00 | | | |

## Trade Transactions ROI

09/15/2006 12:25 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

Page 11 of 16

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| Date | Bot/Rec | Sld/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 10/03/2000 | 20.0000 | | MERCURY INTERACTIVE CORP | $145.649 | $2,912.98 | | | | | | |
| 194 10/06/2000 | 30.0000 | | MERCURY INTERACTIVE CORP | $143.156 | $4,294.69 | | | | | | |
| 195 02/28/2001 | | 55.0000 | MERCURY INTERACTIVE CORP | $62.777 | | $3,452.65 | | ($4,456.35) | $0.00 | ($4,456.35) | -56.3% |
| | 55.000 | 55.000 | | | | | | | | | |
| 196 04/25/2001 | 70.0000 | | MICROMUSE INC | $48.703 | $3,409.25 | | | | | | |
| 197 06/18/2001 | | 70.0000 | MICROMUSE INC | $35.680 | | $2,497.52 | | ($911.73) | $0.00 | ($911.73) | -26.7% |
| | 70.000 | 70.000 | | | | | | | | | |
| 198 07/25/2000 | 55.0000 | | NETWORK APPLIANCE INC | $110.282 | $6,066.09 | | | | | | |
| 199 08/23/2000 | 35.0000 | | NETWORK APPLIANCE INC | $94.362 | $3,302.69 | | | | | | |
| 200 02/06/2001 | | 90.0000 | NETWORK APPLIANCE INC | $45.940 | | $4,134.52 | | ($5,234.26) | $0.00 | ($5,234.26) | -55.9% |
| | 90.000 | 90.000 | | | | | | | | | |
| 201 03/10/2000 | 45.0000 | | NEXTEL COMMUNICATIONS INC CL A | $136.500 | $6,142.50 | | | | | | |
| 202 04/10/2000 | 20.0000 | | NEXTEL COMMUNICATIONS INC CL A | $128.717 | $2,574.35 | | | | | | |
| 203 05/26/2000 | | 65.0000 | NEXTEL COMMUNICATIONS INC CL A | $80.648 | | $5,241.96 | | ($3,474.89) | $0.00 | ($3,474.89) | -39.9% |
| | 65.000 | 65.000 | | | | | | | | | |
| 204 04/10/2000 | 40.0000 | | NOKIA CORP SPONS ADR EACH REPSTG A SH | $204.070 | $8,162.83 | | | | | | |
| 205 04/14/2000 | 120.0000 | | NOKIA CORP SPONS ADR EACH REPSTG A SH | | | | | STOCK DIVIDEND | | | |
| 206 07/05/2000 | | 160.0000 | NOKIA CORP SPONS ADR EACH REPSTG A SH | $47.164 | | $7,546.01 | | ($616.82) | $0.00 | ($616.82) | -7.6% |
| | 160.000 | 160.000 | | | | | | | | | |
| 207 05/11/2001 | 35.0000 | | NVIDIA CORP | $90.950 | $3,183.25 | | | | | | |
| 208 09/17/2001 | 35.0000 | | NVIDIA CORP | | | | | STOCK DIVIDEND | | | |
| 209 10/02/2001 | | 70.0000 | NVIDIA CORP | $26.189 U | | $1,833.19 | | CONFIRM | | | |

09/15/2006 12:25 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

Page 12 of 16

DUCHESNEAU/PEARCE 00715