## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-84201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 70.000 | 70.000 | | | | | | ($1,350.00) | $0.00 | ($1,350.00) | -42.4% |
| 210 03/02/2001 | 11.0000 | | NVR INC | $193.314 | $2,126.46 | | | | | | |
| 211 05/07/2001 | 4.0000 | | NVR INC | $189.747 | $758.99 | | | | | | |
| 212 05/11/2001 | | 15.0000 | NVR INC | $153.417 | | $2,301.18 | | | | | |
| | 15.000 | 15.000 | | | | | | ($584.27) | $0.00 | ($584.27) | -20.2% |
| 213 04/06/2000 | 115.0000 | | ORACLE CORP | $79.925 | $9,191.38 | | | | | | |
| 214 09/22/2000 | | 115.0000 | ORACLE CORP | $78.419 | | $9,017.92 | A/O 03/31/00 | | | | |
| | 115.000 | 115.000 | | | | | | ($173.46) | $0.00 | ($173.46) | -1.6% |
| 215 12/05/2000 | 70.0000 | | PAYCHEX INC | $68.514 | $4,096.00 | | | | | | |
| 216 12/20/2000 | | 70.0000 | PAYCHEX INC | $37.685 | | $2,637.92 | A/O 11/30/00 | | | | |
| | 70.000 | 70.000 | | | | | | ($1,458.08) | $0.00 | ($1,458.08) | -35.8% |
| 217 06/12/2001 | 35.0000 | | PHARMACEUTICAL PRODUCT DEV INC | $35.709 | $1,249.83 | | | | | | |
| 218 06/13/2001 | 30.0000 | | PHARMACEUTICAL PRODUCT DEV INC | $36.981 | $1,109.45 | | | | | | |
| 219 06/14/2001 | 40.0000 | | PHARMACEUTICAL PRODUCT DEV INC | $37.174 | $1,486.98 | | | | | | |
| 220 06/18/2001 | 35.0000 | | PHARMACEUTICAL PRODUCT DEV INC | $33.765 | $1,181.43 | | | | | | |
| 221 11/05/2001 | | 15.0000 | PHARMACEUTICAL PRODUCT DEV INC | $26.792 U | | $401.87 | | CONFIRM | | | |
| 222 11/07/2001 | | 5.0000 | PHARMACEUTICAL PRODUCT DEV INC | $26.288 U | | $131.44 | | CONFIRM | | | |
| 223 11/15/2001 | | 20.0000 | PHARMACEUTICAL PRODUCT DEV INC | $25.129 U | | $502.56 | | CONFIRM | | | |
| 224 11/20/2001 | DELV | 100.0000 | PHARMACEUTICAL PRODUCT DEV INC | $27.350 | | $2,735.00 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | 140.000 | 140.000 | | | | | | ($1,265.82) | $0.00 | ($1,265.82) | -25.0% |
| 225 11/19/2001 | 55.0000 | | POLYCOM INC | $38.440 U | $2,114.18 | | | | | | |
| 226 11/20/2001 | DELV | 55.0000 | POLYCOM INC | $35.850 | | $1,971.75 | | CONFIRM BLOOMBERG CLOSE; PAINE WEBBER INC | | | |

## Trade Transactions ROI

08/15/2006 12:25 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00716

## Trade Transactions ROI

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 55.000 | 55.000 | | | | | | | | | |
| 227 03/10/2000 | 85.0000 | | RF MICRO DEVICES INC | $176.937 | $15,039.69 | | | ($142.43) | $0.00 | ($142.43) | -0.7% |
| 228 07/03/2000 | | 85.0000 | RF MICRO DEVICES INC | $85.606 | | $7,276.33 | | | | | |
| | 85.000 | 85.000 | | | | | | | | | |
| 229 06/06/2000 | 40.0000 | | SIEBEL SYSTEMS INC | $127.619 | $5,104.76 | | | ($7,763.36) | $0.00 | ($7,763.36) | -51.6% |
| 230 07/05/2000 | 15.0000 | | SIEBEL SYSTEMS INC | $158.074 | $2,371.12 | | | AO 06/29/00 | | | |
| 231 09/14/2000 | 55.0000 | | SIEBEL SYSTEMS INC | $70.032 | | | | STOCK DIVIDEND | | | |
| 232 12/22/2000 | | 35.0000 | SIEBEL SYSTEMS INC | $48.152 | | $2,451.07 | | | | | |
| 233 02/28/2001 | | 75.0000 | SIEBEL SYSTEMS INC | | | $3,611.31 | | | | | |
| | 110.000 | 110.000 | | | | | | | | | |
| 234 03/06/2001 | 25.0000 | | SUNGARD DATA SYSTEMS INC | $54.109 | $1,352.73 | | | ($1,413.52) | $0.00 | ($1,413.52) | -16.9% |
| 235 03/07/2001 | 40.0000 | | SUNGARD DATA SYSTEMS INC | $56.852 | $2,274.08 | | | | | | |
| 236 06/22/2001 | 65.0000 | | SUNGARD DATA SYSTEMS INC | | | | | STOCK DIVIDEND | | | |
| 237 08/06/2001 | 30.0000 | | SUNGARD DATA SYSTEMS INC | $23.717 U | | $711.50 | | CONFIRM | | | |
| 238 08/07/2001 | 40.0000 | | SUNGARD DATA SYSTEMS INC | $23.776 U | | $951.01 | | CONFIRM | | | |
| 239 09/11/2001 | 30.0000 | | SUNGARD DATA SYSTEMS INC | $22.213 U | | $666.38 | | CONFIRM | | | |
| 240 09/12/2001 | 5.0000 | | SUNGARD DATA SYSTEMS INC | $22.428 U | | $112.14 | | CONFIRM | | | |
| 241 09/28/2001 | 25.0000 | | SUNGARD DATA SYSTEMS INC | $23.979 U | | $599.46 | | CONFIRM | | | |
| | 130.000 | 130.000 | | | | | | | | | |
| 242 04/16/2001 | 10.0000 | | THQ INC NEW | $35.061 | $360.61 | | | ($586.32) | $0.00 | ($586.32) | -16.2% |
| 243 04/17/2001 | 40.0000 | | THQ INC NEW | $37.456 | $1,498.74 | | | | | | |
| 244 04/18/2001 | 20.0000 | | THQ INC NEW | $37.907 | $758.15 | | | | | | |

## Trade Transactions ROI

Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00717

## Trade Transactions ROI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

Account Name: DESIREE PEARCE SEP IRA
Account Number: 382-84201-SBI

| Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 245 10/24/2001 | 20.0000 | | THG INC NEW | $50.334 U | | $1,006.65 | | CONFIRM | | | |
| 246 10/25/2001 | 5.0000 | | THG INC NEW | $50.165 U | | $250.78 | | CONFIRM | | | |
| 247 11/20/2001 | DELV | 45.0000 | THG INC NEW | $54.110 | | $2,434.95 | | BLOOMBERG CLOSE; PAINE WEBBER INC | | | |
| | 70.000 | 70.000 | | | | | | | | | |
| 248 02/28/2001 | 45.0000 | | USA ED INC | $74.261 | $3,341.75 | | | $1,074.88 | $0.00 | $1,074.88 | 41.1% |
| 249 03/16/2001 | | | USA ED INC | | | $7.88 | | DIVIDEND | | | |
| 250 04/26/2001 | | 45.0000 | USA ED INC | $68.107 | | $3,064.73 | | | | | |
| | 45.000 | 45.000 | | | | | | | | | |
| 251 03/10/2000 | 100.0000 | | VERITAS SOFTWARE CORP | $100.945 | $16,064.54 | | | ($277.02) | $7.88 | ($269.14) | -8.1% |
| 252 07/06/2000 | | 16.0000 | VERITAS SOFTWARE CORP | $112.497 | | $1,897.41 | | | | | |
| 253 08/05/2000 | | 85.0000 | VERITAS SOFTWARE CORP | $114.476 | | $9,730.16 | | | | | |
| | 100.000 | 100.000 | | | | | | | | | |
| 254 03/10/2000 | 30.0000 | | VIGNETTE CORP | $271.500 | $8,145.00 | | | ($4,846.97) | $0.00 | ($4,846.97) | -28.9% |
| 255 04/07/2000 | | 30.0000 | VIGNETTE CORP | $115.744 | | $3,472.23 | | | | | |
| | 30.000 | 30.000 | | | | | | | | | |
| 256 03/12/2001 | 75.0000 | | WALGREEN CO NEW | $44.559 | $3,341.99 | | | ($4,872.77) | $0.00 | ($4,872.77) | -57.4% |
| 257 05/11/2001 | | 75.0000 | WALGREEN CO NEW | $41.153 | | $3,086.38 | | | | | |
| | 75.000 | 75.000 | | | | | | | | | |
| 258 04/18/2001 | 55.0000 | | WASHINGTON MUTUAL INC | $54.146 | $2,978.04 | | | ($255.51) | $0.00 | ($255.51) | -7.6% |
| 259 05/16/2001 | | | WASHINGTON MUTUAL INC | | | $18.15 | | DIVIDEND | | | |
| 260 08/21/2001 | 27.0000 | | WASHINGTON MUTUAL INC | | | | | STOCK DIVIDEND | | | |
| 261 05/21/2001 | | | WASHINGTON MUTUAL INC | | | $16.64 | | CIL | | | |

Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00718

## Trade Transactions ROI

Account Name:   DESIREE PEARCE SEP IRA
Account Number: 382-84201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range: 03/2000 Thru 12/2001

| Date | Bot/Rec | Std/Del | Description | Price | Debit | Credit | Accr Int | Trading Gain/Loss | Income | Net ROI | % ROI |
|------|---------|---------|-------------|-------|-------|--------|----------|-------------------|--------|---------|-------|
| 262  05/24/2001 | | 82.0000 | WASHINGTON MUTUAL INC | $35.871 | | $2,941.32 | | | | | |
| | 82.000 | 82.000 | | | | | | ($20.08) | $18.15 | ($1.93) | -0.1% |

Note: U = Unsolicited

## Trade Transactions ROI

09/16/2006 12:22 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00719

## Monthly Profit / (Loss)

Account Name:  DESIREE PEARCE SEP IRA
Account Number: 382-64201-SBI

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Date Range 03/2000 Thru 12/2001

| Month End | Mkt Val Sec Recvd | Deposits | Cash Tfr In | Mkt Val Sec Deliv | Cash Withdrawn | Cash Tfr Out | Cum CR/DR | Month End Equity | Month P & L | Cum P & L | Margin Interest | Income | Misc CR/DR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 03/31/2000 | | | $160,790.77 | | | | $160,790.77 | $135,669.94 | ($24,090.83) | ($24,090.83) | | $23.04 | ($1,026.00) |
| 2 04/30/2000 | | | | | | | $160,790.77 | $118,499.25 | ($18,220.69) | ($42,291.52) | | $101.56 | |
| 3 05/31/2000 | | | | | | | $160,790.77 | $103,237.43 | ($16,291.82) | ($57,653.34) | | $14.25 | |
| 4 06/30/2000 | | | | | | | $160,790.77 | $117,976.87 | $14,739.44 | ($42,913.90) | | $12.07 | ($640.98) |
| 5 07/31/2000 | | | | | | | $160,790.77 | $114,517.72 | ($3,459.15) | ($46,373.05) | | $12.61 | |
| 6 08/31/2000 | | | | | | | $160,790.77 | $141,430.36 | $26,912.64 | ($19,360.41) | | $10.19 | |
| 7 09/30/2000 | | | | | | | $160,790.77 | $137,314.74 | ($4,115.62) | ($23,476.03) | | $26.01 | |
| 8 10/31/2000 | | | | | | | $160,790.77 | $118,304.56 | ($19,010.18) | ($42,486.21) | | $35.51 | ($690.32) |
| 9 11/30/2000 | | | | | | | $160,790.77 | $74,598.70 | ($43,705.86) | ($86,192.07) | | $16.71 | |
| 10 12/31/2000 | | | | | | | $160,790.77 | $80,022.93 | $5,424.23 | ($80,767.84) | | $11.34 | |
| 11 01/31/2001 | | | | | | | $160,790.77 | $75,623.50 | ($4,399.43) | ($85,167.27) | | $17.29 | ($591.95) |
| 12 02/28/2001 | | | | | | | $160,790.77 | $58,795.03 | ($16,828.47) | ($101,995.74) | | $15.82 | |
| 13 03/31/2001 | | | | | | | $160,790.77 | $53,964.79 | ($4,830.24) | ($106,825.98) | | $21.53 | |
| 14 04/30/2001 | | | | | | | $160,790.77 | $55,101.64 | $1,136.85 | ($105,689.13) | | $57.51 | ($403.62) |
| 15 05/31/2001 | | | | | | | $160,790.77 | $55,201.32 | $99.68 | ($105,589.45) | | $33.17 | |
| 16 06/30/2001 | | | | | | | $160,790.77 | $54,312.54 | ($888.78) | ($106,478.23) | | $17.27 | |
| 17 07/31/2001 | | | | | | | $160,790.77 | $50,683.44 | ($3,629.10) | ($110,107.33) | | $17.00 | ($410.69) |
| 18 08/31/2001 | | | | | | | $160,790.77 | $45,587.18 | ($5,096.26) | ($115,203.59) | | $7.38 | |
| 19 09/30/2001 | | | | | | | $160,790.77 | $40,946.35 | ($4,640.83) | ($119,844.42) | | $11.39 | |
| 20 10/31/2001 | | | | | | | $160,790.77 | $41,485.82 | $538.47 | ($119,304.85) | | $7.68 | ($206.41) |
| 21 11/30/2001 | | | | ($42,487.12) | ($698.14) | | $117,605.51 | $0.00 | $1,699.44 | ($117,705.51) | | $3.09 | $59.93 |
| 22 12/01/2001 | | | | | ($1.43) | | $117,704.08 | $0.00 | $1.43 | ($117,704.08) | | $1.43 | |
| | $0.00 | $0.00 | $160,790.77 | ($42,487.12) | ($699.57) | $0.00 | | | ($117,704.08) | | $0.00 | $423.86 | ($3,912.04) |

## Monthly Profit / (Loss)

NOTE:  Deposits include Beginning Cash Balance and Credit Adjustments.
Cash Withdrawn includes Taxes Withheld and Debit Adjustments.

06/15/2006 12:28 Portfolio Perspective Interactive Edition™
Prepared By: Secure Financial Services, Inc.

DUCHESNEAU/PEARCE 00720

## Alternative Investment Strategy

Case Name:  PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Account(s):  382-64198-SBI

### NASDAQ Composite Index (100%)

| Trans. Date | Debits | Credits | Cash Flow | Price | Shares | Market Value | Equity |
|---|---|---|---|---|---|---|---|
| 03/03/2000 | | $160,790.00 | $160,790.00 | $4,914.7900 | 32.7155 | $160,790.00 | $160,790.00 |
| 03/31/2000 | | | | $4,572.8300 | 32.7155 | $149,602.59 | $149,602.59 |
| 04/30/2000 | | | | $3,860.6600 | 32.7155 | $126,303.57 | $126,303.57 |
| 05/31/2000 | | | | $3,400.9100 | 32.7155 | $111,262.60 | $111,262.60 |
| 06/30/2000 | | | | $3,966.1100 | 32.7155 | $129,753.42 | $129,753.42 |
| 07/31/2000 | | | | $3,766.9900 | 32.7155 | $123,239.11 | $123,239.11 |
| 08/31/2000 | | | | $4,206.3500 | 32.7155 | $137,613.00 | $137,613.00 |
| 09/30/2000 | | | | $3,672.8200 | 32.7155 | $120,158.28 | $120,158.28 |
| 10/31/2000 | | | | $3,369.6300 | 32.7155 | $110,239.26 | $110,239.26 |
| 11/30/2000 | | | | $2,597.9300 | 32.7155 | $84,992.68 | $84,992.68 |
| 12/31/2000 | | | | $2,470.5200 | 32.7155 | $80,824.39 | $80,824.39 |
| 01/31/2001 | | | | $2,772.7300 | 32.7155 | $90,711.35 | $90,711.35 |
| 02/28/2001 | | | | $2,151.8300 | 32.7155 | $70,398.28 | $70,398.28 |
| 03/31/2001 | | | | $1,840.2600 | 32.7155 | $60,205.10 | $60,205.10 |
| 04/30/2001 | | | | $2,116.2400 | 32.7155 | $69,233.93 | $69,233.93 |
| 05/31/2001 | | | | $2,110.4900 | 32.7155 | $69,045.82 | $69,045.82 |
| 06/30/2001 | | | | $2,161.2400 | 32.7155 | $70,706.13 | $70,706.13 |
| 07/31/2001 | | | | $2,027.1300 | 32.7155 | $66,318.65 | $66,318.65 |
| 08/31/2001 | | | | $1,805.4300 | 32.7155 | $59,065.61 | $59,065.61 |
| 09/30/2001 | | | | $1,498.8000 | 32.7155 | $49,034.05 | $49,034.05 |

DUCHESNEAU/PEARCE 00721