## Alternative Investment Strategy

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Account(s): 382-64198-SBI

### NASDAQ Composite Index (100%)

| Trans. Date | Debits | Credits | Cash Flow | Price | Shares | Market Value | Equity |
|---|---|---|---|---|---|---|---|
| 10/31/2001 | | | | $1,690.2000 | 32.7155 | $55,295.80 | $55,295.80 |
| 11/20/2001 | $40,580.90 | | ($40,580.90) | $1,880.5100 | 11.1358 | $20,941.00 | $20,941.00 |
| 11/23/2001 | $0.20 | | ($0.20) | $1,903.2000 | 11.1357 | $21,193.47 | $21,193.47 |
| 11/30/2001 | | | | $1,930.5800 | 11.1357 | $21,498.36 | $21,498.36 |
| | $40,581.10 | $160,790.00 | $120,208.90 | | 11.1357 | $21,498.36 | $21,498.36 |

Total Cash Flow Profit / (Loss): ($120,208.90)
Alternative Investment Strategy Profit / (Loss): ($98,710.54)
Difference: $21,498.36

DUCHESNEAU/PEARCE 00722

## Alternative Investment Strategy

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Account(s): 382-64198-SBI

NASDAQ Composite Index (100%)

| Trans. Date | Debits | Credits | Cash Flow | Price | Shares | Market Value | Equity |
|---|---|---|---|---|---|---|---|

Notes:

Formulae:
  Total Cash Flow P&L = Sum(Debits) - Sum(Credits)
  Alternative Investment Strategy P&L = Total Cash Flow P&L + Alternative Investment Strategy Ending Equity
  Difference = Alternative Investment Strategy P&L - Total Cash Flow P&L = Alternative Investment Strategy Ending Equity

Interpretation:
  Total Cash Flow P&L is the overall profit (loss, if negative) number for the base account.
  Alternative Investment Strategy P&L is the predicted overall profit (loss), were the same cash flow applied to the investment strategy of the Alternative Investment Strategy.
  Alternative Investment Strategy Equity is the sum of the market values of each investment and the cash balance.
  Alternative Investment Strategy Cash Balance is a running total of any dividend income that has not been reinvested.
  Difference: A positive value indicates the Alternative Investment Strategy out-performed the base account; a negative value indicates underperformance.

Income:
  Dividend income is paid on the Dividend Pay Date, based on the number of shares held on the Dividend Record Date, and is reflected in the cash balance and equity on the Pay Date. The portion of the dividend income to be reinvested buys shares at the Pay Date closing prices, and these shares are added to the portfolio as of the following day. Any dividend income not reinvested is held as cash balance.

Stock splits:
  Stock split shares are received at the close of the Split Pay Date, based on the number of shares held on the Split Record Date, and are reflected in the portfolio as of the following day (the Ex-Date), when post-split prices come into effect.

Page: 3 - 10/6/2006

DUCHESNEAU/PEARCE 00723

**Alternative Investment Strategy**

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Account(s): 382-64201-SBI

| Trans. Date | Debits | Credits | Cash Flow | NASDAQ Composite Index (100%) | | | |
|---|---|---|---|---|---|---|---|
| | | | | Price | Shares | Market Value | Equity |
| 03/03/2000 | | $160,790.77 | $160,790.77 | | | | |
| 03/31/2000 | | | | $4,914.7900 | 32.7157 | $160,790.77 | $160,790.77 |
| 04/30/2000 | | | | $4,572.8300 | 32.7157 | $149,603.31 | $149,603.31 |
| 05/31/2000 | | | | $3,860.6600 | 32.7157 | $126,304.17 | $126,304.17 |
| 06/30/2000 | | | | $3,400.9100 | 32.7157 | $111,263.13 | $111,263.13 |
| 07/31/2000 | | | | $3,966.1100 | 32.7157 | $129,754.04 | $129,754.04 |
| 08/31/2000 | | | | $3,766.9900 | 32.7157 | $123,239.70 | $123,239.70 |
| 09/30/2000 | | | | $4,206.3500 | 32.7157 | $137,613.66 | $137,613.66 |
| 10/31/2000 | | | | $3,672.8200 | 32.7157 | $120,158.86 | $120,158.86 |
| 11/30/2000 | | | | $3,369.6300 | 32.7157 | $110,239.79 | $110,239.79 |
| 12/31/2000 | | | | $2,597.9300 | 32.7157 | $84,993.09 | $84,993.09 |
| 01/31/2001 | | | | $2,470.5200 | 32.7157 | $80,824.78 | $80,824.78 |
| 02/28/2001 | | | | $2,772.7300 | 32.7157 | $90,711.79 | $90,711.79 |
| 03/31/2001 | | | | $2,151.8300 | 32.7157 | $70,398.61 | $70,398.61 |
| 04/30/2001 | | | | $1,840.2600 | 32.7157 | $60,205.38 | $60,205.38 |
| 05/31/2001 | | | | $2,116.2400 | 32.7157 | $69,234.26 | $69,234.26 |
| 06/30/2001 | | | | $2,110.4900 | 32.7157 | $69,046.15 | $69,046.15 |
| 07/31/2001 | | | | $2,161.2400 | 32.7157 | $70,706.47 | $70,706.47 |
| 08/31/2001 | | | | $2,027.1300 | 32.7157 | $66,318.97 | $66,318.97 |
| 09/30/2001 | | | | $1,805.4300 | 32.7157 | $59,065.90 | $59,065.90 |
| | | | | $1,498.8000 | 32.7157 | $49,034.28 | $49,034.28 |

DUCHESNEAU/PEARCE 00724

## Alternative Investment Strategy

**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Account(s):** 382-64201-SBI

| Trans. Date | Debits | Credits | Cash Flow | NASDAQ Composite Index (100%) | | | |
|---|---|---|---|---|---|---|---|
| | | | | Price | Shares | Market Value | Equity |
| 10/31/2001 | | | | | | | |
| 11/20/2001 | $40,965.32 | | ($40,965.32) | $1,690.2000 | 32.7157 | $55,296.07 | $55,296.07 |
| 11/23/2001 | $2,119.91 | | ($2,119.91) | $1,880.5100 | 10.9315 | $20,556.87 | $20,556.87 |
| 11/27/2001 | $0.03 | | ($0.03) | $1,903.2000 | 9.8177 | $18,685.00 | $18,685.00 |
| 11/30/2001 | | | | $1,935.9700 | 9.8177 | $19,006.69 | $19,006.69 |
| 12/05/2001 | $1.43 | | ($1.43) | $1,930.5800 | 9.8177 | $18,953.78 | $18,953.78 |
| 12/31/2001 | | | | $2,046.8400 | 9.8170 | $20,093.75 | $20,093.75 |
| | | | | $1,950.4000 | 9.8170 | $19,147.00 | $19,147.00 |
| | $43,086.69 | $160,790.77 | $117,704.08 | | 9.8170 | $19,147.00 | $19,147.00 |

Total Cash Flow Profit / (Loss): ($117,704.08)
Alternative Investment Strategy Profit / (Loss): ($98,557.08)
Difference: $19,147.00

**Alternative Investment Strategy**

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Account(s): 382-64201-SBI

NASDAQ Composite Index (100%)

| Trans. Date | Debits | Credits | Cash Flow | Price | Shares | Market Value | Equity |
|---|---|---|---|---|---|---|---|

Notes:

Formulae:
  Total Cash Flow P&L = Sum(Debits) - Sum(Credits)
  Alternative Investment Strategy P&L = Total Cash Flow P&L + Alternative Investment Strategy Ending Equity
  Difference = Alternative Investment Strategy P&L - Total Cash Flow P&L = Alternative Investment Strategy Ending Equity

Interpretation:
  Total Cash Flow P&L is the overall profit (loss, if negative) number for the base account.
  Alternative Investment Strategy P&L is the predicted overall profit (loss), were the same cash flow applied to the investment strategy of the Alternative Investment Strategy.
  Alternative Investment Strategy Equity is the sum of the market values of each investment and the cash balance.
  Alternative Investment Strategy Cash Balance is a running total of any dividend income that has not been reinvested.
  Difference: A positive value indicates the Alternative Investment Strategy out-performed the base account; a negative value indicates underperformance.

Income:
  Dividend income is paid on the Dividend Pay Date, based on the number of shares held on the Dividend Record Date, and is reflected in the cash balance and equity on the Pay Date. The portion of the dividend income to be reinvested buys shares at the Pay Date closing prices, and these shares are added to the portfolio as of the following day. Any dividend income not reinvested is held as cash balance.

Stock splits:
  Stock split shares are received at the close of the Split Pay Date, based on the number of shares held on the Split Record Date, and are reflected in the portfolio as of the following day (the Ex-Date), when post-split prices come into effect.

DUCHESNEAU/PEARCE 00726

## Alternative Investment Strategy

**Case Name:** PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
**Account(s):** 382-64198-SBI, 382-64201-SBI

| Trans. Date | Debits | Credits | Cash Flow | NASDAQ Composite Index (100%) | | | |
|---|---|---|---|---|---|---|---|
| | | | | Price | Shares | Market Value | Equity |
| 03/03/2000 | | $321,580.77 | $321,580.77 | | | | |
| 03/31/2000 | | | | $4,914.7900 | 65.4312 | $321,580.77 | $321,580.77 |
| 04/30/2000 | | | | $4,572.8300 | 65.4312 | $299,205.91 | $299,205.91 |
| 05/31/2000 | | | | $3,860.6600 | 65.4312 | $252,607.74 | $252,607.74 |
| 06/30/2000 | | | | $3,400.9100 | 65.4312 | $222,525.73 | $222,525.73 |
| 07/31/2000 | | | | $3,966.1100 | 65.4312 | $259,507.47 | $259,507.47 |
| 08/31/2000 | | | | $3,766.9900 | 65.4312 | $246,478.80 | $246,478.80 |
| 09/30/2000 | | | | $4,206.3500 | 65.4312 | $275,226.67 | $275,226.67 |
| 10/31/2000 | | | | $3,672.8200 | 65.4312 | $240,317.14 | $240,317.14 |
| 11/30/2000 | | | | $3,369.6300 | 65.4312 | $220,479.05 | $220,479.05 |
| 12/31/2000 | | | | $2,597.9300 | 65.4312 | $169,985.76 | $169,985.76 |
| 01/31/2001 | | | | $2,470.5200 | 65.4312 | $161,649.17 | $161,649.17 |
| 02/28/2001 | | | | $2,772.7300 | 65.4312 | $181,423.14 | $181,423.14 |
| 03/31/2001 | | | | $2,151.8300 | 65.4312 | $140,796.89 | $140,796.89 |
| 04/30/2001 | | | | $1,840.2600 | 65.4312 | $120,410.48 | $120,410.48 |
| 05/31/2001 | | | | $2,116.2400 | 65.4312 | $138,468.19 | $138,468.19 |
| 06/30/2001 | | | | $2,110.4900 | 65.4312 | $138,091.96 | $138,091.96 |
| 07/31/2001 | | | | $2,161.2400 | 65.4312 | $141,412.60 | $141,412.60 |
| 08/31/2001 | | | | $2,027.1300 | 65.4312 | $132,637.62 | $132,637.62 |
| 09/30/2001 | | | | $1,805.4300 | 65.4312 | $118,131.51 | $118,131.51 |
| | | | | $1,498.8000 | 65.4312 | $98,068.33 | $98,068.33 |

Page: 1 - 10/6/2006

DUCHESNEAU/PEARCE 00727

## Alternative Investment Strategy

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Account(s): 382-64198-SBI, 382-64201-SBI

### NASDAQ Composite Index (100%)

| Trans. Date | Debits | Credits | Cash Flow | Price | Shares | Market Value | Equity |
|---|---|---|---|---|---|---|---|
| 10/31/2001 | | | | $1,690.2000 | 65.4312 | $110,591.87 | $110,591.87 |
| 11/20/2001 | $81,546.22 | | ($81,546.22) | $1,880.5100 | 22.0673 | $41,497.87 | $41,497.87 |
| 11/23/2001 | $2,120.11 | | ($2,120.11) | $1,903.2000 | 20.9534 | $39,878.47 | $39,878.47 |
| 11/27/2001 | $0.03 | | ($0.03) | $1,935.9700 | 20.9534 | $40,565.08 | $40,565.08 |
| 11/30/2001 | | | | $1,930.5800 | 20.9534 | $40,452.14 | $40,452.14 |
| 12/05/2001 | $1.43 | | ($1.43) | $2,046.8400 | 20.9527 | $42,886.75 | $42,886.75 |
| 12/31/2001 | | | | $1,950.4000 | 20.9527 | $40,866.07 | $40,866.07 |
| | $83,667.79 | $321,580.77 | $237,912.98 | | 20.9527 | $40,866.07 | |

Total Cash Flow Profit / (Loss): ($237,912.98)
Alternative Investment Strategy Profit / (Loss): ($197,046.91)
Difference: $40,866.07

DUCHESNEAU/PEARCE 00728

**Alternative Investment Strategy**

Case Name: PEARCE V. THE DUCHESNEAU GROUP, INC., ET AL.
Account(s): 382-64198-SBI, 382-64201-SBI

| Trans. Date | Debits | Credits | Cash Flow | Price | Shares | Market Value | Equity |
|---|---|---|---|---|---|---|---|

NASDAQ Composite Index (100%)

Notes:

Formulae:
Total Cash Flow P&L = Sum(Debits) - Sum(Credits)
Alternative Investment Strategy P&L = Total Cash Flow P&L + Alternative Investment Strategy Ending Equity
Difference = Alternative Investment Strategy P&L - Total Cash Flow P&L = Alternative Investment Strategy Ending Equity

Interpretation:
Total Cash Flow P&L is the overall profit (loss, if negative) number for the base account.
Alternative Investment Strategy P&L is the predicted overall profit (loss), were the same cash flow applied to the investment strategy of the Alternative Investment Strategy.
Alternative Investment Strategy Equity is the sum of the market values of each investment and the cash balance.
Alternative Investment Strategy Cash Balance is a running total of any dividend income that has not been reinvested.
Difference: A positive value indicates the Alternative Investment Strategy out-performed the base account; a negative value indicates underperformance.

Income:
Dividend income is paid on the Dividend Pay Date, based on the number of shares held on the Dividend Record Date, and is reflected in the cash balance and equity on the Pay Date. The portion of the dividend income to be reinvested buys shares at the Pay Date closing prices, and these shares are added to the portfolio as of the following day. Any dividend income not reinvested is held as cash balance.

Stock splits:
Stock split shares are received at the close of the Split Pay Date, based on the number of shares held on the Split Record Date, and are reflected in the portfolio as of the following day (the Ex-Date), when post-split prices come into effect.

DUCHESNEAU/PEARCE 00729