UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESIREE PEARCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DUCHESNEAU GROUP, INC., )<br>DAVID MICHAEL DUCHESNEAU, and )<br>BRANT P. MCGETTRICK, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-11409-NG |

## STIPULATION OF DISMISSAL

The undersigned parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action be dismissed with prejudice and without costs to any party.

Respectfully submitted,

| | |
|---|---|
| DESIREE PEARCE, | THE DUCHESNEAU GROUP, INC., MICHAEL DUCHESNEAU, and BRANDT P. MCGETTRICK, |
| By her attorneys, | By their attorneys, |
| s/Matthew J. Tuttle<br>Matthew J. Tuttle, BBO# 562758<br>Sara B. Davis, BBO# 648002<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 345-3000 | s/David L. Ward<br>Pete S. Michaels<br>David L. Ward<br>Deborah G. Evans<br>MICHAELS & WARD, L.L.P.<br>12 Post Office Square, 4th Floor<br>Boston, MA 02109<br>(617) 350-4050 |

Dated: December 28, 2006

2

CERTIFICATE OF SERVICE

    I hereby certify that, on the 28th day of December 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                           s/ Matthew J. Tuttle

01089561